STEPHANIE SHERIDAN (BAR NO.135910)
stephanie.sheridan@sedgwicklaw.com
ALISON WILLIAMS (BAR NO. 251689)
alison.williams@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone:  415.781.7900
Facsimile:   415.781.2635

Attorneys for Defendant
FEDEX OFFICE AND PRINT SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIG TCHOBOIAN and ANGELA POTIKYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC. (f/k/a FEDEX KINKOS OFFICE AND PRINT SERVICES, INC.); DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:10-cv-01008-JAK-MLG<br><br>**DEFENDANT FEDEX OFFICE AND PRINT SERVICES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. John A. Kronstadt<br>Date:    November 7, 2011<br>Time:   1:30 p.m.<br>Ctrm:   750 – 7th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 7, 2011 in Courtroom 750 at the United States District Court, Central District located at 255 East Temple Street, Los Angeles, California at 1:30 p.m., or as soon thereafter as this matter can be heard, defendant FedEx Office and Print Services, Inc. ("FedEx Office") will, and hereby does, move this Court for an order granting summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1 on the grounds

1  that there is no triable issue of material fact, and FedEx Office is entitled to
2  Judgment as a matter of law.
3      As set forth more specifically in the supporting Memorandum of Points and
4  Authorities in Support of Summary Judgment, FedEx Office is entitled to
5  judgment of the following grounds:  (1) FedEx Office has not violated the Fair and
6  Accurate Credit Transactions Act ("FACTA") as a matter of law; (2) plaintiffs do
7  not claim injury or damages from the receipts printed in FedEx Office locations;
8  and (3) plaintiffs have not suffered injury or damages from the receipts printed in
9  FedEx Office locations.  The parties' counsel met and conferred regarding the
10 substance of this motion pursuant to Local Rule 7-3 on several dates since
11 October 20, 2010.
12     This motion is based on this Notice of Motion and Motion for Summary
13 Judgment, the Statement of Uncontroverted Facts and Conclusions of Law, the
14 Memorandum of Points and Authorities in Support of Summary Judgment, the
15 Declaration of Evan Hendricks in Support of Defendant's Motion for Summary
16 Judgment, the Declaration of Stephanie Sheridan in Support of Defendant's
17 Motion for Summary Judgment, as well as the pleadings and papers on file in this
18 action, arguments to be presented at the hearing, and on such other matters as may
19 come to the attention of this Court.
20
21 DATED:  September 28, 2011   Sedgwick LLP
22
23                 By:  /s/ *Stephanie Sheridan*
                     Stephanie Sheridan
24                      Alison Williams
                     Attorneys for Defendant
25                      FEDEX OFFICE AND PRINT SERVICES, INC.
26
27
28