STEPHANIE SHERIDAN  (State Bar No.135910)
stephanie.sheridan@sedgwicklaw.com
VICTORIA PAAL          (State Bar No. 260396)
victoria.paal@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone:  415.781.7900
Facsimile:   415.781.2635

Attorneys for Defendant
FEDEX OFFICE AND PRINT SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIG TCHOBOIAN and ANGELA POTIKYAN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC. (f/k/a FEDEX KINKOS OFFICE AND PRINT SERVICES, INC.); DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:  SACV10-01008-JAK-(MLGx)<br><br>**DECLARATION OF DAVID KASSEN IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:     Hon. John A. Kronstadt<br>Date:      February 13, 2012<br>Time:      8:30 a.m.<br>Ctrm.:     750 – 7th Floor<br><br>**REDACTED VERSION** |

SF/2632678v1

-1-

DECLARATION OF DAVID KASSEN IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

I, David Kassen, hereby declare and state:

1.     I am the Director of Marketing of FedEx Services, and have been employed by the company since 2002. I hold a Masters in Business Administration, through which I completed specialized classes in marketing. My work background includes business and marketing for the past 15 plus years. I have served a variety of roles in Operations and Marketing and am currently responsible for Marketing, which includes understanding customer attitudes, trends, and usage patterns. I have been with FedEx Services Marketing for the last year. FedEx Office leverages my team and the use of FedEx Services Marketing staff to drive the marketing activities of the company. As such, I have personal knowledge of the facts set forth in this declaration and if called upon to do so, could and would testify competently thereto.

2.     For each of the past three years, FedEx Office has asked FedEx Services Marketing to conduct annual market research to obtain a profile of its customer base and of its customers' shopping needs and patterns. The surveys were conducted using statistically valid sample sizes across a broad range of customer types that were geographically dispersed. In 2009 and 2010, this research was conducted by interviewing customers as they entered or exited FedEx Office locations. In 2011, this research was conducted by asking print customers to complete an online survey. FedEx Office considers the groups of customers sampled during each survey to be representative of a national footprint of FedEx Office customers.

3.     SmartRevenue, a company that researches and surveys customer patterns for retail companies, was retained to design and conduct the customer surveys in 2009, 2010, and 2011.

4.     The surveys were designed to provide FedEx Office with information regarding its customer base on a nationwide level. Thus, one of the goals in designing the survey was to ensure that responses were received from a

Sedgwick

1  representative cross-section of FedEx Office customers, and in a manner that
2  would be statistically significant based on consumer, business, and regional
3  breakouts.   My understanding from the work done by SmartRevenue is that the
4  surveys were designed and conducted in accordance with generally accepted
5  principles.

6

7      5.      A true and correct copy of the 2009 survey is attached hereto as
8  Exhibit A.  A true and correct copy of the 2010 survey is attached hereto as Exhibit
9  B.  A true and correct copy of the 2011 survey is attached hereto as Exhibit C.
10      6.      Once the survey results were obtained, SmartRevenue tabulated the
11  results and generated reports for FedEx Office.  A true and correct copy of the
12  2009 survey results is attached hereto as Exhibit D.  A true and correct copy of the
13  2010 survey results is attached hereto as Exhibit E.  A true and correct copy of the
14  2011 survey results is attached hereto as Exhibit F.
15      7.      The surveys in 2009, 2010, and 2011 were not designed by or
16  administered in conjunction with FedEx Office's legal department or FedEx
17  Office's outside counsel for this litigation.  None of these surveys was
18  administered for reasons relating to this case.
19      8.      Neither FedEx Office nor its representatives charged with
20  administering the 2010 and 2011 surveys informed participants about this
21  litigation.
22      9.      To my knowledge, the individuals at SmartRevenue that assisted in
23  the surveys were not aware of this lawsuit prior to or during the time when the
24  2010 and 2011 surveys were being designed and administered.
25      10.     FedEx Office's 2009 customer profile study was conducted over a
26  two-week period during each quarter of 2009, and 2,530 customers participated.
27  The survey results indicated that on that single visit, 39% of customers reported
28  being at FedEx Office for business reasons.  The results of the survey also

-3-

DECLARATION OF DAVID KASSEN IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION
TO MOTION FOR CLASS CERTIFICATION

SF/2632678v1

1  indicated that 39% of customers typically visit FedEx Office for business purposes,

2  while 46% typically visit for personal reasons, and 15% visit equally as often for

3  both business and personal reasons.  Additionally, 75% of these business

4  customers indicated that they visit FedEx Office at least once a month, with the

5  business customers visiting FedEx Office an average of 3.2 times each month.

6       11.    FedEx Office's 2010 customer profile study was conducted over a

7  two-week period in October and November 2010, and 404 customers participated.

8  The results of the survey indicated that 55% of customers typically visit FedEx

9  Office for business purposes, while 37% typically visit for personal reasons, and

10  8% visit equally as often for both business and personal reasons.  Additionally,

11  74% of these business customers indicated that they visit FedEx Office at least

12  once a month, with business customers visiting FedEx Office an average 3.96

13  times each month.

14       12.    The 2010 survey results also indicated that over two-thirds of FedEx

15  Office customers used FedEx Office's services for the companies with which they

16  were then employed.  These results further showed that 37% of FedEx Office's in-

17  person customers for copy and print services in 2010 were there for a business

18  purpose, and 8% visited FedEx Office for dual business and personal purposes.

19  Furthermore, in 2010, business customers most commonly utilized FedEx Office's

20  print services, including self service printing.

21       13.    FedEx Office's most recent customer profile study was conducted

22  over a two-week period in March and April 2011, and 1,952 customers

23  participated.  The results of the 2011 survey indicated that 32% of FedEx Office

24  customers surveyed on a single visit were there for business purposes, and 21%

25  were there for dual business and personal purposes.  The results also indicated that

26  32% of customers who use FedEx Office's copy and print services typically visit

27  FedEx Office for business purposes only, and that 21% of customers typically visit

28  FedEx Office for both business and personal reasons.  Only 46% of customers

-4-

1   indicated that the reason for their typical visit to FedEx Office was solely for

2   personal reasons.  Additionally, 72% of business customers indicated that they

3   make purchases from FedEx Office or use its services at least once a month.

4        14.    The surveys referenced in this declaration and the reports

5   summarizing their results contain highly detailed and confidential marketing

6   research commissioned by FedEx Office.  Included in these documents is

7   competitively sensitive research data, pricing information, and business strategy as

8   to FedEx Office's customers and competitors, market data, sales data and future

9   marketing goals.  FedEx Office therefore considers the information contained in

10   these documents to be highly proprietary and confidential.  There is significant risk

11   that if these marketing exhibits are made publicly available, FedEx Office's

12   competitors would use the information contained therein for improper purposes,

13   putting FedEx Office at a competitive disadvantage.

14        I declare under penalty of perjury under the laws of the United States that

15   the foregoing is true and correct.

16        Executed this 9ᵗʰ day of December 2011, at ____Dallas, Tx____.



17

18

19

20

21

22

23

24

25

26

27

28

Sedgwick

SF/2632678v1

DECLARATION OF DAVID KASSEN IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION
TO MOTION FOR CLASS CERTIFICATION

# EXHIBIT A

**REDACTED IN FULL**


**EXHIBIT A HAS BEEN MANUALLY FILED**

**EXHIBIT B**

**REDACTED IN FULL**

**EXHIBIT B HAS BEEN MANUALLY FILED**

Case No. SACV10-01008-JAK-(MOGx)

**EXHIBIT C**

**REDACTED IN FULL**


**EXHIBIT C HAS BEEN MANUALLY FILED**

**EXHIBIT D**

**REDACTED IN FULL**


**EXHIBIT D HAS BEEN MANUALLY FILED**

**EXHIBIT E**

**REDACTED IN FULL**


**EXHIBIT E HAS BEEN MANUALLY FILED**

**EXHIBIT F**

**REDACTED IN FULL**

**EXHIBIT F HAS BEEN MANUALLY FILED**

Case No. SACV10-01008-JAK-(MOGx)

**RAZMIG TCHOGOIAN v. FEDEX OFFICE AND PRINT SERVICES, INC.**
U.S. District Court, Central District of California, Case No. 8:10-cv-01008-AG-MLG

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, California 94104-2834. On December 12, 2011, I served the within document(s):

**DECLARATION OF DAVID KASSEN IN SUPPORT OF FED EX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [REDACTED VERSION]**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ ELECTRONIC TRANSMISSION– by electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

| | |
|---|---|
| Chant Yedalian, Esq. | Attorneys For Plaintiffs |
| **CHANT & COMPANY** | RAZMIG TCHOBOIAN AND |
| A Professional Law Corporation | ANGELA POTIKYAN |
| 10866 Wilshire Boulevard | |
| Suite 400 | |
| Los Angeles, CA 90024 | |
| Telephone: 424.901.8377 | |
| Facsimile: 424.744.4177 | |

1.

SF/2198337v1

1    I am readily familiar with the firm's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with the
2    U.S. Postal Service on that same day with postage thereon fully prepaid in the
ordinary course of business.  I am aware that on motion of the party served,
3    service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing in affidavit.

4         I declare under penalty of perjury under the laws of the State of California
5    that the above is true and correct.  Executed on December 12, 2011, at San
Francisco, California.

6
7                                        LAURA A. FLOOD
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

SF/2198337v1