STEPHANIE SHERIDAN  (State Bar No.135910)
stephanie.sheridan@sedgwicklaw.com
VICTORIA PAAL           (State Bar No. 260396)
victoria.paal@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone:   415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
FEDEX OFFICE AND PRINT SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIG TCHOBOIAN and ANGELA POTIKYAN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC. (f/k/a FEDEX KINKOS OFFICE AND PRINT SERVICES, INC.); DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.:  SACV10-01008-JAK-(MLGx)<br><br>**DECLARATION OF ANDREA DURNING IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. John A. Kronstadt<br>Date:    February 13, 2012<br>Time:    8:30 a.m.<br>Ctrm.:   750 – 7th Floor |

SF/2632678v1

-1-
DECLARATION OF ANDREA DURNING IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

I, Andrea Durning, hereby declare and state under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1. I am a Vice President of SmartRevenue, Inc. ("SmartRevenue") and have been employed by SmartRevenue since 2004. I am responsible for designing and implementing marketing research, which includes understanding customer attitudes, trends, and usage patterns. As such, I have personal knowledge of the facts set forth in this declaration and if called upon to do so, could and would testify competently thereto.

2. For each of the past three years (2009, 2010, and 2011), FedEx Office retained SmartRevenue to design and conduct customer surveys on its behalf. SmartRevenue is a company that researches and surveys customer patterns for retail companies. SmartRevenue has been in business for over 10 years and has conducted an extensive number of both in-store and online surveys.

3. The purpose of the surveys was to obtain a profile of FedEx Office's customer base and of its customers' shopping needs and patterns. FedEx Office's surveys were conducted using statistically valid sample sizes across a broad range of customer types that were geographically dispersed. In 2009 and 2010, this research was conducted by interviewing customers as they entered or exited FedEx Office locations. In 2011, this research was conducted by asking print customers to complete an online survey. The groups of customers sampled during each survey were determined to be representative of a national footprint of FedEx Office customers.

**SURVEY DESIGN AND ADMINISTRATION**

4. John Dranow, Dard Neuman, Ph.D., and myself are the individuals employed by SmartRevenue who designed and oversaw the 2009, 2010, and 2011 surveys conducted at FedEx Office locations. A summary of biographies for Mr. Dranow, Dr. Neuman, and myself is attached hereto as Exhibit A.

SF/2632678v1

-2-

DECLARATION OF ANDREA DURNING IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

5. The survey was designed to provide FedEx Office with information regarding its customer base on a nationwide level. Thus, one of the goals in designing the survey was to ensure that responses were received from a representative cross-section of FedEx Office customers, and in a manner that would be statistically significant based on consumer, business, and regional breakouts. To achieve this, 40 store locations were selected to provide a cross-section of store types (including store size and traffic volume) across FedEx Office regions. 40 was considered the optimum amount in order to ensure valid cross-sectional comparisons. Field time was two weeks, which allowed the sample to be appropriately represented by customers visiting on all days of the week and across day-parts. Designing the sample collection method by store type and day-parts allowed the sample to be as statistically representative as possible of the FedEx Office customer universe.

6. The survey was designed in accordance with generally accepted statistical principles, such as minimizing sampling error though adequate sample sizes and reducing sampling bias by ensuring data collection took place in a representative sample of regions and locations.

7. Highly trained SmartRevenue ethnographers interacted with FedEx customers in the stores to administer the 2009 and 2010 surveys.

8. The survey questions were designed to collect information on the reasons for customer visits to FedEx Office, customer usage of FedEx Office services in-store (including print/copy and ship), develop a profile of the FedEx customers, and provide an evaluation of the customers' experience while in FedEx Office. True and correct copies of 2009, 2010, and 2011 surveys we designed for FedEx Office are attached to the Declaration of David Kassen.

9. Once the survey results were obtained, SmartRevenue tabulated the results and generated reports for FedEx Office. True and correct copies of the

2009, 2010, and 2011 survey result reports are attached to the Declaration of David Kassen. SmartRevenue conducted the research design, fieldwork, and analysis according to standard research practices. No customer identification information was included in the data or the analysis; data was reported in aggregate form to ensure that customers could never be identified.

10. The surveys in 2009, 2010, and 2011 were not designed by or administered in conjunction with FedEx Office's legal department or FedEx Office's outside counsel for this litigation. None of these surveys was administered for reasons relating to this case.

11. Neither FedEx Office nor its representatives charged with administering the 2010 and 2011 surveys informed participants about this litigation.

12. To my knowledge, Mr. Dranow, Dr. Neuman, and other employees of SmartRevenue, including the SmartRevenue ethnographers who administered the survey to FedEx customers, were not aware of this lawsuit prior to or during the time when the 2010 and 2011 surveys were being designed and administered.

**SURVEY RESULTS**

13. FedEx Office's 2009 customer profile study was conducted over a two-week period during each quarter of 2009, and 2,530 customers participated. The survey results indicated that on that single visit, 39% of customers reported being at FedEx Office for business reasons. The results of the survey also indicated that 39% of customers typically visit FedEx Office for business purposes, while 46% typically visit for personal reasons, and 15% visit equally as often for both business and personal reasons. Additionally, 75% of these business customers indicated that they visit FedEx Office at least once a month, with the business customers visiting FedEx Office an average of 3.2 times each month.

14. FedEx Office's 2010 customer profile study was conducted over a two-week period in October and November 2010, and 404 customers participated. The results of the survey indicated that 55% of customers typically visit FedEx Office for business purposes, while 37% typically visit for personal reasons, and 8% visit equally as often for both business and personal reasons. Additionally, 74% of these business customers indicated that they visit FedEx Office at least once a month, with business customers visiting FedEx Office an average 3.96 times each month.

15. The 2010 survey results also indicated that over two-thirds of FedEx Office customers used FedEx Office's services for the companies with which they were then employed. These results further showed that 37% of FedEx Office's in-person customers for copy and print services in 2010 were there for a business purpose, and 8% visited FedEx Office for dual business and personal purposes. Furthermore, in 2010, business customers most commonly utilized FedEx Office's print services, including self service printing.

16. FedEx Office's most recent customer profile study was conducted over a two-week period in March and April 2011, and 1,952 customers participated. The results of the 2011 survey indicated that 32% of FedEx Office customers surveyed on a single visit were there for business purposes, and 21% were there for dual business and personal purposes. The results also indicated that 32% of customers who use FedEx Office's copy and print services typically visit FedEx Office for business purposes only, and that 21% of customers typically visit FedEx Office for both business and personal reasons. Only 46% of customers indicated that the reason for their typical visit to FedEx Office was solely for personal reasons. Additionally, 72% of business customers indicated that they make purchases from FedEx Office or use its services at least once a month.

SF/2632678v1

-5-

DECLARATION OF ANDREA DURNING IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of December 2011, at Allen, Texas.

*Andrea Durning*

_____

SF/2632678v1

-6-

DECLARATION OF ANDREA DURNING IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

# Exhibit A

# Biographies of:

JOHN DRANOW
DARD NEUMAN, PH.D.
ANDREA DURNING

JOHN DRANOW – President & CEO.  Named New England Small Business Administration (SBA) "Person of the Year" and first runner-up in USA; extensive experience in retail consulting and research, food service, and career education; co-founder New England Culinary Institute; taught and administered at University of Iowa, University of Missouri, Radford College, and Goddard College; past chair of American Institute of Food and Wine.  M.A., M.F.A, University of Iowa; recipient of NEA grant and is a published author.

DARD NEUMAN, Ph.D. – President of Insights. Dard combines academic excellence and industry expertise to design SmartRevenue's quantitative ethnography research, guide research analysis, and provide clients with actionable insights.  He has been part of the SmartRevenue team from its beginnings,  ensuring that project operations, management, and deliverables are of the highest quality.  Dard received his Ph.D. in cultural anthropology, where he completed doctoral research as a Fulbright-Hays scholar.  Dard has also gained distinction as a professor; he served on the Columbia University core curriculum and received the teaching award for excellence.

ANDREA DURNING – VP Research & Online Services. Andrea brings extensive statistical consulting, data analysis, sampling, methodological and online research experience to SR, as well as client and project management expertise. She has been a part of the SmartRevenue team since 2004. Andrea was formerly a Business Development Director at SPSS and an Account Director at AOL/Time Warner, where she developed her expertise in online sampling methodologies. She was also a Senior Methodologist at Statistics Canada, where she developed comprehensive weighting and variance estimation models, as well as designing and conducting numerous social and economic surveys.  She holds a B.S. in Statistics from Dalhousie University.

\* \* \*

**RAZMIG TCHOGOIAN V. FEDEX OFFICE AND PRINT SERVICES, INC.**
U.S. District Court, Central District of California, Case No. 8:10-cv-01008-AG-MLG

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, California 94104-2834. On December 12, 2011, I served the within document(s):

**DECLARATION OF ANDREA DURNING IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ ELECTRONIC TRANSMISSION– by electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

Chant Yedalian, Esq.
**CHANT & COMPANY**
A Professional Law Corporation
10866 Wilshire Boulevard
Suite 400
Los Angeles, CA 90024
Telephone: 424.901.8377
Facsimile: 424.744.4177

Attorneys For Plaintiffs
RAZMIG TCHOBOIAN AND
ANGELA POTIKYAN

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the

1.
PROOF OF SERVICE

SF/2198337v1

1  U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 12, 2011, at San Francisco, California.

_____
LAURA A. FLOOD