1  STEPHANIE SHERIDAN  (State Bar No.135910)
   stephanie.sheridan@sedgwicklaw.com
2  VICTORIA PAAL        (State Bar No. 260396)
   victoria.paal@sedgwicklaw.com
3  SEDGWICK LLP
4  333 Bush Street, 30th Floor
   San Francisco, CA  94104
5  Telephone:  415.781.7900
   Facsimile:   415.781.2635
6
7  Attorneys for Defendant
   FEDEX OFFICE AND PRINT SERVICES, INC.
8

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13  RAZMIG TCHOBOIAN and          Case No.:  SACV10-01008-JAK-(MLGx)
    ANGELA POTIKYAN, on behalf
14  of themselves and all others
    similarly situated,
15                                **DECLARATION OF EVAN
                                  HENDRICKS  IN SUPPORT OF
16                Plaintiffs,     FEDEX OFFICE AND PRINT
                                  SERVICES, INC.'S OPPOSITION
17        v.                      TO PLAINTIFFS' MOTION FOR
                                  CLASS CERTIFICATION**
18  FEDEX OFFICE AND PRINT
19  SERVICES, INC. (f/k/a FEDEX
    KINKOS OFFICE AND PRINT
20  SERVICES, INC.); DOES 1 through   Judge:   Hon. John A. Kronstadt
    10, inclusive,                    Date:    February 13, 2012
21                                    Time:    8:30 a.m.
                  Defendants.         Ctrm.:   750 – 7th Floor
22

23

24

25

26

27

28

SF/2307133v1

Under penalty of perjury pursuant to 28 U.S.C. section 1746, I, Evan Hendricks, hereby declare and state:

## QUALIFICATIONS & BACKGROUND

1.     I make this declaration as an expert in the field of sensitive personal information, including credit and debit card numbers, as it relates to data breaches, data security, identity theft and principles of Fair Information Practices.  As such, I have personal knowledge of the facts set forth in this declaration and if called upon to do so, could and would testify competently thereto.

2.     Since 1977, information-privacy issues, and the Federal and State laws and policies governing them, have been an integral part of my professional life as an editor and publisher of a specialized newsletter, and for the past decade as an expert witness appearing before courts and Congress, and as an expert consultant to governmental, corporate and non-profit organizations.  I was one of the first experts to publish about identity theft when it first surfaced in the 1990s. I was also one of the first experts to publish about data breaches following enactment of the first State law pertaining to them in California, as well as state laws mandating truncation of credit and debit card numbers.

3.     My expertise in sensitive personal information, data breaches, data security, and identity theft stems from several of my professional activities, including:  (1) Editor/Publisher of a specialty news reporting service that covers credit reporting; (2) author of the book *Credit Scores and Credit Reports:  How The System Really Works, What You Can Do* (3rd Ed., Privacy Times 2007), and co-author of a book on information-privacy; (3) an expert witness qualified by the federal courts in litigation involving personal data; (4) an expert who has testified before Congress on numerous occasions, and who has testified twice before the California legislature in regard to legislation on the use of financial data; (5) an expert consultant to government agencies and private corporations; and (6) a

SF/2307133v1

1 member of the Consumer Advisory Council of Experian, one of the three national

2 Credit Reporting Agencies (CRAs).

3     4.     Since 1981, I have been Editor/Publisher of *Privacy Times*,

4 a biweekly, Washington-based newsletter that reports on privacy and information

5 law, including the Fair Credit Reporting Act. The newsletter ranges from

6 8-12 pages, 23 issues per year. This means that in this newsletter (and its three-

7 year predecessor), I have researched, written, edited and published an estimated

8 2,000 pages relating to information law, policy and organizational practice,

9 including Congressional and State legislative actions, judicial opinions, technology

10 developments, industry trends and actions, executive branch policies and consumer

11 news. These endeavors have allowed me to accumulate a specialized body of

12 knowledge in relation to the collection, use and disclosure of credit report data and

13 personal financial information, and the standards governing them. *Privacy Times*

14 is a subscription-only newsletter. The readers are generally the attorneys and

15 specialists within government agencies, corporations, law firms, universities and

16 public interest groups that are responsible for issues relating to freedom of

17 information and privacy laws, including the FCRA and similar State statutes.

18     5.     I am author of the book, *Credit Scores and Credit Reports:  How The*

19 *System Really Works, What You Can Do, 3rd Ed.* (Privacy Times 2007). The book

20 has 23 chapters, 399 pages and 415 footnotes. As the title indicates, it describes

21 how the credit scoring and credit reporting systems work and what consumers can

22 do to obtain their reports, read and understand them, correct errors in them and

23 enforce their rights. I also am co-author of *Your Right To Privacy:  A Basic Guide*

24 *To Legal Rights In An Information Society* (2nd Ed., Southern Illinois University

25 Press, 1990), which has a chapter on credit reporting. I was also a contributor to

26 *Fair Credit Reporting, 6th Ed.* (National Consumer Law Center, 2006), the leading

27 manual for FCRA practitioners.

28

SF/2307133v1

DECLARATION OF EVAN HENDRICKS IN SUPPORT OF FEDEX OFFICE 'S OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

1    6.    Since the early 1990s, I have served as an expert witness in numerous

2    cases involving alleged misuse and/or mismanagement of personal data and have

3    been qualified by the federal courts.[1] As an expert witness, I have had the

4    opportunity to read thousands of pages of often confidential deposition testimony

5    in which officials describe their organizations' practices and procedures for

6    handling sensitive personal information. This is significant because many of these

7    organizations do not openly discuss or publish information on their procedures and

8    practices for handling personal data. In fact, some typically consider such

9    procedures and practices to be proprietary and/or confidential.

10    7.    I have testified before Congress on numerous occasions, including

11    several hearings focused on breaches of consumers' sensitive personal data. I was

12    intimately involved in the work, discussions and negotiations leading up to the

13    2003 FACT Act Amendments, including the provisions mandating truncation of

14    credit and debit card numbers. This included communicating and working with

15    officials from the credit card industry. A true and correct copy of my *Curriculum*

16    *Vitae* is attached hereto as Exhibit A.

17    8.    From 2002 – 2004, I served on the Consumer Advisory Council of

18    Experian (formerly TRW), a national CRA and vendor of other information

19    services. The Council met twice a year to advise the company on a host of credit

20    reporting, marketing and other privacy-related topics. Since August 1998, I have

21    served under contract as a member of the Social Security Administration's Panel

22    Of Privacy Experts advising the agency on a host of issues. In 2002, the U.S.

23    Postal Service retained me under contract to review its re-writing of its Privacy Act

24

25    [1] See, for example, *Adelaide Andrews v. TRW, Inc.*, 225 F.3d 1063 (9th Cir. 1990).
Although the trial judge qualified me, the Ninth Circuit, in reversing part of her
26    opinion in favor of defendant, ruled that she overly limited the scope of my
testimony as to the prevalence of identity theft and its impact on credit report
27    accuracy and integrity. "In making that determination the jury would be helped by
expert opinion on the prevalence of identity theft, as the district court would have
28    been helped if it had given consideration to the Plaintiff's witnesses on this point
before giving summary judgment," the Ninth Circuit panel wrote.

DECLARATION OF EVAN HENDRICKS IN SUPPORT OF FEDEX OFFICE 'S OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

1    notices to ensure they were understandable to the public and consistent with the

2    Privacy Act's goals of ensuring FIPs.  In 1990, Equifax, another national CRA,

3    published "The Equifax Report on Consumers In the Information Age,"

4    a nationwide opinion survey and analysis by Louis Harris and Associates and

5    Prof. Alan F. Westin.  The report listed me as a privacy expert to whom the authors

6    expressed appreciation for my advice on survey coverage.

7        9.    Since 2005, I have served at times as a consultant to ID Watchdog,

8    a company offering identity theft, monitoring, protection and resolution services.

9        **THE SIGNIFICANCE OF CREDIT AND DEBIT CARD DIGITS**

10       10.    The number that appears on the face of a payment card issued by a

11   U.S. financial institution is governed by an international standard that allows

12   financial institutions, merchants, cardholders and payment networks throughout the

13   world to interoperate and exchange information in a seamless fashion.

14   The standard was developed by the International Organization for Standardization

15   (ISO) and the International Electrotechnical Commission (IEC).  The current

16   version, called ISO ISO/IEC 7812-1:2006, was published in 2006.  A true and

17   correct copy of ISO ISO/IEC 7812-1:2006 is attached hereto as Exhibit B, which I

18   obtained by purchasing it on December 8, 2011 in PDF form from the International

19   Organization for Standardization website at the following URL

20   http://www.iso.org/iso/catalogue_detail?csnumber=39698 and saving it on the

21   same date.

22       11.    A payment card number used by a financial institution in the U.S.

23   typically consists of 16 digits.  The first digit is reserved in the international

24   standard to identify the major industry of the issuer, but in practice this first digit

25   has come to identify the brand of the card.  American Express cards begin with 3;

26   Visa cards begin with 4; MasterCard cards begin with 5 and Discover cards begin

27   with 6.  The correlation between card brands and the first digit is widely known to

28   the public, and in particular to potential fraudsters.  Depending on the card type,

DECLARATION OF EVAN HENDRICKS IN SUPPORT OF FEDEX OFFICE 'S OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

Sedgwick

1 the first four to seven digits, including the first number, constitute the Bank

2 Identification Number (BIN).  This BIN identifies the financial institution that

3 issued the card.  Many of these BINS are known to stakeholders in the industry,

4 including retailers and processors, and are available from time to time on Websites.

5 For instance, the company "BinDB.com" provides a comprehensive list of BIN

6 numbers, and I can attest to the accuracy of many of those listed. (See

7 http://www.bindb.com/bin-list.html.)  Attached hereto as Exhibit C is a true and

8 correct PDF of a copy of a list of bin numbers obtained on the website

9 www.bindb.com, which I obtained by accessing it on December 8, 2011, from

10 BinDB's website at the following URL http://www.bindb.com/bin-list.html and

11 then saving it as a PDF on the same date.  The online encyclopedia Wikipedia also

12 lists nearly all of these BIN numbers on its Web page, and I can attest to the

13 accuracy of many of those listed. (See

14 http://en.wikipedia.org/wiki/Bank_card_number.)  Attached hereto as Exhibit D is

15 a true and correct PDF of a copy of a list of bin numbers obtained from Wikipedia,

16 which I obtained by accessing it on December 8, 2011, from Wikipedia's website

17 at the following URL http://en.wikipedia.org/wiki/Bank_card_number and then

18 saving it as a PDF on the same date.

19   12. The numbers immediately following the BIN number on a debit or

20 credit card (typically digits 7 through 15) are reserved for an account number

21 specific to the individual who receives the card.  The final number is a function of

22 the previous numbers and serves as a check that the number is a valid card number.

23   13. The check system works as follows:  in a 16 digit account number,

24 double every odd numbered digit (the first, third, fifth, etc.); if the result exceeds 9,

25 subtract nine from this result (this guarantees that each result is 9 or less); then add

26 up all these digits, the doubled digits as well as the others.  If this sum is divisible

27 by 10, then the card number is valid.

28

SF/2307133v1

-5-

DECLARATION OF EVAN HENDRICKS IN SUPPORT OF FEDEX OFFICE 'S OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

1       For instance, let's examine the following number to see if it is a valid card

2   number:

3       4388 1234 5678 9876

4       First, double all the odd numbered digits.  This produces:

5       8 3 16 8 2 2 6 4 10 6 14 8 18 8 14 6

6       Then go through this number and subtract 9 from every number

7       greater than 9:

8       8378 2264 1658 9856

9   This number sums to 88 which is not divisible by 10.  So the number is not a valid

10   payment card number.  After the fact, this formula serves to check the validity of a

11   number.  From the issuer point of view, however, the final digit is something to

12   choose to make sure the number is valid.

13       14.    The brand of the card is associated with the first digit of debit or credit

14   card number.  Like the first digit, the second digit is part of the Bank Identification

15   Number (BIN).  Thus, printing the first two digits on the cardholder's receipt does

16   not add any new information for someone who picks up the receipt and is looking

17   to use the information on the card to commit payment card fraud.

18       15.    Most importantly, these first two digits cannot be used to identify or

19   create a valid credit or debit card number that could be used for fraudulent

20   purposes.

21       **IDENTITY THEFT RISK**

22       16.    The presence of the first two digits on the cardholder's receipt in

23   addition to the last four digits does not increase the risk that a fraudster could guess

24   the entire card number.  Printing the first two digits of the account number on the

25   receipt would add no new information that would increase the fraudster's ability to

26   guess the entire number.

27       17.    Counterfeit fraud generally occurs where someone makes a card using

28   the cardholder's account number and makes a large number of transactions in retail

-6-

DECLARATION OF EVAN HENDRICKS IN SUPPORT OF FEDEX OFFICE'S OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

1  stores that are then attributed to the cardholder who did not make these

2  transactions.  The presence of the first two digits on the cardholder's receipt does

3  not increase the risk of counterfeit fraud.  Payment systems have evolved layers of

4  security to control the risk of counterfeit fraud.

5      18.   An important security safeguard is the security code, referred to as

6  either the Card Security Code or Card Verification Code, which is also used to

7  check if the card is valid. This code has two varieties – CVC1 or CVV1 and CVC2

8  or CVV2.  The first variety is used for face-to-face purchases (i.e. in a shop) and

9  the second is for online purchasing (i.e. in cases where the card is not physically

10  available). The CVC1 or CVV1 is encoded in the magnetic stripe of the card and is

11  read by card readers, and the CVC2 or CVV2 is typically the 3-digit code on the

12  back of the card that consumers are asked by merchants to provide in "card not-

13  present" transactions, such as Internet or phone purchases. Neither of these codes

14  are visible on the receipts printed at FedEx Office.

15      19.   Without the CVV1 or CVC1 code, it is not possible to make an

16  effective counterfeit credit or debit card that works for face-to-face card-present

17  transactions.  If this code is obtained along with account number and expiration

18  date, an effective counterfeit card can be made, but without this code, effective

19  counterfeit cards cannot be created.  It is for this reason that the industry data

20  security standard, the Payment Card Industry Data Security Standard, prohibits the

21  storage of these codes.  See page 4 of "Payment Card Industry (PCI) Data Security

22  Standard: Security Audit Procedures" (Version 1.1 – Release: September 2006),

23  https://www.pcisecuritystandards.org/pdfs/pci_audit_procedures_v1-1.pdf.

24  Attached hereto as Exhibit E is a true and correct copy of "Payment Card Industry

25  (PCI) Data Security Standard: Security Audit Procedures" (Version 1.1 – Release:

26  September 2006), which I obtained by accessing it on December 8, 2011 at the

27  URL https://www.pcisecuritystandards.org/pdfs/pci_audit_procedures_v1-1.pdf

28  and then saving it as a PDF on that date.

SF/2307133v1

-7-

20.    The presence of the first two digits on the cardholder's receipt does not increase the risk that a counterfeit card could be made. This risk relates to the presence of the entire card number and the embedded CVV1 or CVC1 security code. The presence of the first two and last four digits on the cardholder's receipt provides no information about the value of this additional required code nor the card number as a whole. Put simply, the first two digits and final four digits cannot be used to identify or create a valid credit or debit card number that could be used for fraudulent purposes.

## CONCLUSION

21.    I strongly support good faith class action lawsuits giving individual consumers experiencing similar wrongs the right to band together against powerful entities that negligently or willfully expose people to a real risk of harm. But in this case, in my opinion, there is **no risk of harm** to customers of FedEx Office; no actual harm is alleged in this case, and although FedEx Office printed the first two digits of credit or debit card numbers, this information could not be used in furtherance of identity theft.

22.    In my opinion, this lawsuit is not about consumer protection, and the effect of this type of lawsuit unfortunately has the potential to cause lawmakers to restrict class actions and preclude a private right of action for truly aggrieved consumers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of December 2011, at Bethesda, Maryland.

Evan D. Hendricks
P.O. Box 302
Cabin John, MD  20818
(301) 229-7002

SF/2307133v1                                    -8-

# Exhibit A

# *Evan D. Hendricks*

## *CURRICULUM VITAE*

## Professional Activities

**1981- Present        Editor/Publisher** of ***Privacy Times***

Since 1981, I have been Editor/Publisher of *Privacy Times*, a biweekly, Washington-based newsletter that reports on privacy and information law, including the Fair Credit Reporting Act (FCRA).  The newsletter ranges from 8-12 pages, 23 issues per year.  Thus, I have researched, written, edited and published many articles on Congressional and State legislative actions, judicial opinions, industry trends and actions, executive branch policies and consumer news as they related to the FCRA.

**1992 – Present        Expert Witness**

Qualified by the federal courts in FCRA and identity theft cases.  (Complete list attached). I have read extensive deposition testimony by credit bureau and credit grantor personnel. This is significant because CRAs and credit grantors do not openly discuss or publish information on their procedures and practices for handling personal data, and the best (and possibly only) sources for finding candid descriptions of CRAs' and credit grantors' procedures and practices in relation to credit reporting data are the depositions of CRA and credit grantor employees in FCRA litigation.

**1998 – 2008        Privacy Expert Consultant, U.S. Social Security Administration**

Regularly review policies and practices in relation to the collection, use and disclosure of personal data and Social Security numbers and provide feedback and recommendations.

**2002 – 2004    Member, Experian Consumer Advisory Council**

Along with other Council members, I provide an outsider's view on credit reporting, marketing and other privacy issues.

**July – October 2002        Consultant to U.S. Postal Service**

Working with the USPS's Chief Privacy Officer, I assisted in reviewing and editing the re-write of the USPS's Privacy Act notices, with an emphasis on "Plain English."

---

**Evan Hendricks        P.O. Box 302        Cabin John, MD 20818**
**(301) 229 7002  (301) 229 8011 [fax]  evan@privacytimes.com**

---

**Recent Testimony Before Congress & The FTC**

"Keeping Score on Credit Scores: An Overview of Credit Scores, Credit Reports and their Impact on Consumers," House Financial Services Committee, Subcommittee on Financial Institutions and Consumer Credit Hearing, March 24, 2010.[1]

"What Borrowers Need to Know About Credit Scoring Models and Credit Scores," House Financial Services Subcommittee on Oversight, July 29, 2008.[2]

"Credit Reports: Consumers' Ability to Dispute and Change Information," House Financial Services Committee, June 19, 2007.[3]

"Privacy in the Commercial World II," House Energy & Commerce Subcommittee On Commerce, Trade, and Consumer Protection, June 20, 2006[4]

"Financial Data Protection Act of 2005," House Financial Services Subcommittee on Financial Institutions and Consumer Credit, November 9, 2005[5]

"Credit Card Data Processing: How Secure Is It?" House Financial Services Subcommittee on Oversight and Investigations, July 21, 2005[6]

"Identity Theft: Recent Developments Involving the Security of Sensitive Consumer Information,"[7] Senate Banking Committee, March 15, 2005

"The Accuracy of Credit Report Information and the Fair Credit Reporting Act;" Senate Banking Committee, July 10, 2003[8]

"The Role of FCRA in the Credit Granting Process," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, June 12, 2003[9]

"Database Security: Finding Out When Your Information Has Been Compromised," Senate Judiciary Subcommittee on Technology, Terrorism and Government Information, Nov. 4, 2003[10]

"Fighting Fraud: Improving Information Security," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, and Oversight, April 3, 2003[11]

---

[1] http://www.house.gov/apps/list/hearing/financialsvcs_dem/fihrn_03242010.shtml
[2] http://www.house.gov/apps/list/hearing/financialsvcs_dem/hr072908.shtml
[3] www.house.gov/apps/list/hearing/financialsvcs_dem/ht061907.shtml
[4] http://archives.energycommerce.house.gov/reparchives/108/Hearings/06202006hearing1938/hearing.htm
[5] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=425.html
[6] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=407.html
[7] http://banking.senate.gov/public/index.cfm?FuseAction=Hearings.Hearing&Hearing_ID=7f294169-4375-4e9e-8e29-f418b82e7f4b
[8] http://banking.senate.gov/03_07hrg/071003/index.htm
[9] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=229.html
[10] http://judiciary.senate.gov/hearings/testimony.cfm?id=983&wit_id=2790
[11] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=202.html

"Information Flows: The Costs and Benefits to Consumers and Businesses of The Collection and Use of Consumer Information," Federal Trade Commission, National Workshop, June 18, 2003

**Books**

Credit Scores and Credit Reports: How The System Really Works, What You Can Do [3rd Edition] (Privacy Times, 2007)

Your Right To Privacy: A Basic Guide To Legal Rights In An Information Society (2nd Edition, Southern Illinois University Press, 1990), (Includes a chapter on credit reporting)

Former Secrets: Government Records Made Public Through The Freedom of Information Act (Campaign For Political Rights, 1982)

**International Lectures**

24th International Conference of Data Protection & Privacy Commissioners (Cardiff, Wales – Presentation published in conference proceedings, 2002)

The 23rd International Conference of Data Protection Commissioners (Paris, La Sorbonne – Presentation published in conference proceedings, 2001)

The 22nd Annual Conference on Data Protection (Venice, Italy -- 2000)

The 16th Annual Conference on Data Protection (The Hague, The Netherlands -- 1994).

In the 1980s, served as an expert consultant to both the Privacy Commissioner of Canada and Privacy Commissioner of Australia.

**Presentations/Instruction At Recent CLE & Professional Seminars**

"Second Law and Information Society Symposium: Enforcement, Compliance and Remedies in the Information Society," Presenter, "Credit Report Cases – Effective Remedies?" Center on Law and Information Policy (CLIP), Fordham Law School, New York, May 29-30, 2008.)[12]

"The 1st Annual Privacy Law Scholars Conference," Presenter, "Assessing Privacy Harm: How can victims of privacy violations prove that they have been harmed? The George Washington University Law School, Washington, DC, June 12-13, 2008.[13]

"11th Annual Consumer Financial Services Litigation," Practicing Law Institute, March 20-21, 2006 (New York City)

"Bankruptcy Roundtable," and, "Fair Credit Reporting Act Roundtable," National Consumer

---

[12] http://law.fordham.edu/ihtml/eventitemPP.ihtml?id=37&idc=8943&template=clip
[13] http://privacyscholars.com

Law Center, October 27, 2005

"Advanced Consumer Litigation," Texas Bar CLE, Feb. 10-11, 2005

"Financial Privacy Litigation," (Impact of FACT Act), Practicing Law Institute, February 28- March 1, 2005 (New York City)

"The New FACT Act: Challenge & Oppty.," Privacy & American Business, Feb. 9-10, 2004

"Understanding the FACT Act And The Impact of Multi-Agency Rulewriting Process," Glasser LegalWorks, Sept. 28-29. 2004

"12[th] Annual National Conference," National Credit Reporting Association, Nov. 10-12, 2004

**Professional Societies**

Past President & Board Member, American Society of Access Professionals www.accesspro.org

**Industry Certification**

FCRA Certification, National Credit Reporting Association (www.ncrainc.org).

**Media**

In addition to being a paid consultant and special guest on CNN's IMPACT news in 1996, I am quoted regularly by major and small newspapers (including The Washington Post, New York Times, Wall Street Journal, Chicago Tribune, Los Angeles Times, Newsweek and Money Magazine), regarding issues of privacy generally and the privacy implications of consumer reporting specifically. I have appeared on National Public Radio, PBS NewsHour with Jim Lehrer, ABC Nightline and World News Tonight, NBC Nightly News, CBS Evening News, CNN News Watch, CNBC, MSNBC, Fox News, various local affiliates, and the Oprah Winfrey Show and Geraldo, regarding these issues as well.

**Education**

Bachelor of Arts, Columbia College, Columbia University, New York, N.Y. (1979)

## Testimony & Expert Reports

Within recent years, I have testified at trial, or been deposed as an expert, in the following cases:

Andrews v. Trans Union Corp. et al., Case No. 96-7369, (USDC-C.D. Calif.), concerning theft-of-identity and consumer report inaccuracies.  Expert report, deposition, trial testimony.  Judge Lourdes Baird presiding.  The U.S. Court of Appeals for the Ninth Circuit specifically found that my opinion on the prevalence of identity theft was relevant to the reasonableness of CRA procedures.  (see 225 F.3d 1063 (2000)).

Angela P. Williams vs. Equifax Information Services, LLC, et al., Circuit Court for the Ninth Judicial Circuit, Orange County Florida.  Credit Reporting. Expert disclosure and report. Deposition. Trial Testimony.  Judge George A. Sprinkel IV presiding.

Eric Robert Drew  vs. Equifax Information Services, LLC, et al., U.S. District Court for the Northern District of California , Case No.  CV 07-00726-SI.  Expert report, Deposition, Trial Testimony.  Judge Susan Illston presiding.

Direct Data Solutions, Inc., v. Bailey & Associates Advertising, Inc.: Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida; Case No.:  07-9322 CA 09.  Judge Jerald Bagley presiding.

Brenda F. Campbell v. Experian: U.S. District Court for the Western District of Missouri (No. 07-2514).  FCRA.  Expert report, deposition.  Trial Testimony.  Judge Nanette K. Laughrey presiding.

Harold & Beryllin Gamby v. Equifax Information Services, et al.: U.S. District Court for the Eastern District of Michigan [Southern Div.] (CV-06-11020-MO).  FCRA, identity theft. Expert report. Deposition. Trial Testimony.  Judge Marianne O. Battani presiding.

Deborah Adams v. National Engineering Service Corp./Verifications Inc.,: U.S. District Court for the District of Connecticut. 3:07-cv-01035-JCH.  FCRA.  Expert report, deposition. Trial Testimony.  Judge Warren W. Eginton presiding.

Rebecca L. Valentine. v. Equifax Credit Information Services, et al.: U.S. District Court for the District of Oregon; No. CV 05-801-JO. FCRA, identity theft. Expert report. Deposition. Trial Testimony.  Judge Robert E. Jones presiding.

Nicole Robinson vs. Equifax Information Services, LLC, et al., U.S. District Court for the Eastern District of Virginia (Alexandria Div.), Case No. CIV 1:05 cv 1272.  Expert reports. Deposition. Trial Testimony   Judge Walter H. Rice presiding.

Suzanne Sloane vs. Equifax Information Services, LLC, et al., U.S. District Court for the Eastern District of Virginia (Alexandria Div.), Case No. CIV 1:05 cv 1272.  Expert reports. Deposition. Trial Testimony   Judge Leonie M. Brinkema presiding.

Matthew Kirkpatrick v. Equifax, LLC, U.S. District Court for District of Oregon, (Slip. Op. CV-02-1197-MO. FCRA Expert report. Trial Testimony. Judge Michael W. Mosman presiding.

Sandra Cortez vs. Trans Union, LLC., U.S. District Court for the Eastern District of Pennsylvania: No. 2:05 –cv-–05684-JF. FCRA. Expert Report. Daubert Hearing. Trial Testimony. Senior Judge John P. Fullam qualified me to testify at trial.

Patricia Holmes vs. TeleCheck Intl., Inc., U.S. District Court for the Middle District of Tennessee (Nashville Div.). FCRA. Expert report. Deposition. Trial Testimony. Chief District Judge Todd J. Campbell presiding.

Tracy Terry v. Cheryl Shepard, Eve Shepard, Frank Ferro, and STAR Consulting, LLC, CAL08-03428 -- In the Circuit Court for Prince George's County, Maryland, Michele D. Hotten, Associate Judge presiding. Breach of contract. Damage to credit. Trial testimony. September 22, 2009.

Federal Trade Commission vs. Accusearch, Inc., et al., U.S. District Court for the District of Wyoming, Case No. 06CV0105-D. FTC Section 5. Expert Report. U.S. Magistrate Judge William C. Beaman rejected Defendant's motion to exclude my testimony.

Eddie Silva, et al. v. Haynes Furniture Co., Inc.: U.S. District Court for the Eastern District of Virginia: No. 4:04CV82. FCRA. Fairness hearing testimony. Judge Walter D. Kelley, Jr. presiding.

Joi Helmes v. Wachovia Bank N.A.: U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No: 01-81277-RGM, Chapter 7. Post-bankruptcy credit reporting. Expert report. Deposition. Trial Testimony. Judge Robert G. Mayer presiding.

Alex Campos and Michael York v. ChoicePoint Services, Inc.: U.S. District Court for the District of Georgia (Atlanta), Civ. Action No. 1-03-CV-3577-WSD. FCRA. Expert Declaration. Fairness hearing testimony. Judge William S. Duffey, Jr. presiding.

Denis W. Stasulis v. Suntrust: U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No: 04-12542-RGM, Chapter 7. Post-bankruptcy credit reporting. Expert report. Deposition. Trial Testimony. Judge Robert G. Mayer presiding.

Dwaine Perry, et al. v. FleetBoston Financial Corp.: U.S. District Court for the Eastern District of Pennsylvania: No. 04-507. FCRA. Expert Report. Fairness hearing testimony. Judge Berle M. Schiller presiding.

Tammy Cochran v. C&M Motors, LLC, dba I-10 Toyota, et al: U.S. District Court for the Central District of California, No. CV-03-3568FMC. FCRA. Expert Report. Trial Testimony Judge Florence-Marie Cooper presiding.

Myra Coleman v. Trans Union LLC, CA4: 98-CV-169B-B (USDC-Mississippi) FCRA. Expert report, deposition, trial testimony.  Judge Neal B. Biggers presiding.

Arthur Spengler v. Sears Roebuck & Co., Case No. C-03-0557. (Circuit Court, Wicomico County, Maryland). Tort, Interference with Business Relationships. Trial Testimony. Judge D. Davis qualified me as expert on credit scoring, credit reporting and FCRA-related issues.

Judy C. Thomas v. Trans Union LLC, U.S. District Court for the District of Oregon; Case No. 00-1150-JE.  FCRA. Expert report, deposition, trial testimony.  Magistrate Judge John Jelderks presiding.

Scott E. Campbell v. G.E. Capital Auto Lease, Circuit Court For St. Mary's County, Maryland, Case No. 99-522. FCRA, invasion of privacy. Expert report, deposition. Judge Karen Abrams qualified me to testify, but the case settled one week before trial.

Franklin F. Grizzard, Jr. v. Trans Union, L.L.C., & Equifax Information Services L.L.C., et al.: U.S. District Court for the District of Virginia (Richmond Div.); Nos. 04-CV-625 & 04-CV-626, respectively. Expert report. Affidavit. Deposition.  On the eve of trial, Judge Richard Williams rejected Defendant's motion to disqualify me.  The case settled shortly thereafter.

Catherine Smith, et al. v. Progressive Corporation, et al.: U.S. District Court for the Middle District of Florida (Gainesville), Case No.1:00-CV-210-MMP. Expert Report, Declaration of Value, Fairness Hearing testimony.  Judge Maurice M. Paul presiding.

Franklin E. Clark, et al. v. Experian, et al.: U.S. District Court for the District of South Carolina, Case Nos. 8:00-1217-22, 8:00-1218-22, 8:00-1219-22.  Affidavit, Supplemental Affidavit (both affidavits were admitted into evidence without objection). Judge Cameron McGowan Currie presiding.

Jose Soto v. Capital One Auto Finance, et al.: U.S. District Court for the District of Western Washington (2:08-cv-01838-RSM).  Expert report, deposition.

Terri N. White, Jose Hernandez, et al. v. Experian Information Solutions, et al.: USDC-Central Dist. Of California; Case No. 05-cv-1070- DOC (MLGx).  Declarations, Deposition.

Tara Andrews v. Equifax Information Solutions, Inc., et al.: U.S. District Court for the Western District of Washington; (No. 2:09–CV–00817–JJC). Expert report. Deposition.

Michelle Jansen v. Equifax Credit Information Services, et al.: U.S. District Court for the District of Oregon; No. 05-CV 0385-BR.  Expert report. Deposition.

James Byrd v. TransUnion LLC, Experian Information Solutions, Inc., Equifax Credit Information Services, LLC: U.S. District Court for the District of South Carolina [Columbia Div.].  Expert report. Deposition.

7

<u>David L. Jackson v. Trans Union, et al.</u>: U.S. District Court for the District of Oregon. FCRA. No. CV-08-0060-MO. Expert report. Deposition.

<u>Richard Chakejian v. Equifax Information Services, LLC.</u> : U.S. District Court for the Eastern District of Pennsylvania; No. 07-2211. <u>Bruce A. Summerfield v. Equifax Information Services, LLC.</u> : U.S. District Court for the District of New Jersey; No. 08-1450. FCRA. Expert reports. Consolidate deposition.

<u>Marlos Uzzell v. Experian Information Systems, Trans Union, et al.</u>: U.S. District Court for the Eastern District of Pennsylvania (No. 2:08-CV-02538-CMR). Expert report. Deposition.

<u>Baxter Robinson v. Chase Mortgage Services, Inc., et al.</u>: U.S. District Court for the District of South Carolina (Charleston Div.) (2:08-cv-02087-PMD). Expert report, deposition.

<u>Risa Joyce Deutsch v. Arrow Financial Services LLC, et al</u>: U.S. District Court for Middle the District of Florida [Tampa]; No. 8:08-cv-01469. Damage to credit. Expert report, deposition.

<u>Michael D. Scott, et al. v. Graphic Center, CalPERS, et al.</u>: Superior Court of the State of California, County of Los Angeles. Case No. BC390593397636. Data breach. Declaration.

<u>Christopher K. Jung v. Trans Union, et al.</u>: U.S. District Court for the Eastern District of Pennsylvania (No. 07-2514). Expert report, deposition.

<u>Robert Saindon v. Equifax Information Services, et al.</u>: U.S. District Court for the Northern District of California (08-cv-01744 WHA). Expert report, declaration. deposition.

<u>Christina Lee v. TransUnion, et al.</u>: U.S. District Court for the District of Oregon (CV-07-0998-MO). Expert report, deposition.

<u>Emelia Pasternak v. TransUnion, et al.</u>: U.S. District Court for the Northern District of California. Case No. 4:07-cv-04980-CW Expert report, deposition.

<u>Stacy Fiano v. Experian Information Solutions, et al.</u>, U.S. District Circuit Court of the Southern District of Florida 9:08-cv-80555. Expert report, deposition.

<u>Alana Valerie Sheldon v. Trans Union, LLC., LVNV Funding, LLC, & Resurgent Capital Services L.P.</u>: U.S. District Court for the District of Maryland; 8:08-cv-00057-PJM. Expert report, deposition.

<u>In Re: Cellphone Termination Fee Cases</u>, Superior Court of the State of California, Alameda County, JCCP No. 4332. Deposition.

<u>Karl Benedikt v. ChoicePoint, Inc.,</u>: U.S. District Court for the District of New Jersey [Newark Vicinage]; 07-2569. Expert report, deposition.

Abdirizak Gayre v. CSC Credit Services, Inc., Equifax Information Services, LLC, and Afni, Inc.: U.S. District Court for the District of Minnesota (C.A. No. 07-CV-0622 [JRT/FLN]). FCRA.  Expert report, deposition.

Erin Ayles v. Experian Information Solutions, Inc.: U.S. District Court for the Eastern District of Virginia (Alexandria Division); 1:07cv 662.  Expert report, deposition.

Maria D. v. Comcast Corp., Sacramento Superior Court, Case No. 03AS05745. Deposition.

Terri N. White, et al. v. Experian Information Solutions, Inc., U.S. Dist. Ct. Central Dist. Of Calif. – Case No. 05-cv-1070- DOC (MLGx); Lead Case. Expert declarations. Depositions.

In Re: Farmers Insurance Co., Inc., FCRA Litigation, U.S. District Court for the Western District of Oklahoma, Case No. CIV 03-158-F.  FCRA. Expert report, deposition.

Steven E. Beck v. Equifax Information Services, et al.: U.S. District Court for the Eastern District of Virginia: No. 1-05cv347. FCRA.  Expert report, deposition.

Mary Ann Whiteker, et al. v. Chase Bank, et al..

Ford Motor Credit Co. v. Sudesh Agrawal, Court of Common Pleas, Cuyahoga Country, Ohio; Case No. CV04536588.  Credit reporting and credit scoring. Deposition.

Larry Alabran v. Capital One Services, Inc.,: U.S. District Court for the Eastern District of Virginia (Richmond Division); Case No. 3:04-CV-935. Expert report, deposition.

Gail Cope v. MBNA American Bank NA: U.S. District Court for the District of Oregon; No. 04-CV-493-JE.  Expert report, deposition.

Robert Gordon Peoples v. Experian Services Corp., et al.: U.S. District Court for the Central District of California: No. CV-04-1378 CAS (Ex). Expert report. Deposition.
Lottie Robertson v. Experian Information Services, Inc. & Capital One Bank: U.S. District Court for the Eastern District of Michigan (Southern Div.) No. 04-72308. Expert report. Deposition.

Barbara A. Harris v. Experian Information Solutions, Inc., and Equifax Credit Information Services, Inc: U.S. District Court for the District of Oregon, Civil No. 01-1728-JE. FCRA. Expert reports. Deposition

Bruce Danielson v. Experian Information Solutions:  U.S. District Court for the Northern District of Texas, Case No: 3-04CV-1722N. FCRA. Expert report. Deposition.

Stacy Lawton Guin, et al. v. Brazos Higher Education Service Corporation, Inc.: USDC-Minnesota – No. CV 05-668 RHK/JSM. Negligence. Security Breach. Affidavit. Deposition.

9

Anthony Chin v. State Dept. Federal Credit Union: Circ. Ct. Prince George's County
(Maryland); Civ. Act. No. CAL04-12778; Tort. Deposition. Trial testimony.

James M. McKeown v. Sears Roebuck & Co., et al: U.S. District Court for the Western
District of Wisconsin, Civil No. Case No. 03-CV-0528 C. Expert Report, deposition.

Paulette Field v. Trans Union LLC, et al., Case No. 01 C 6390 (USDC-N.D. Illinois -
Eastern Div. FCRA. Expert report. Deposition.

Earle E. Ausherman, et al. v. Bank of America Corporation et al.: U.S. District Court for
the District of Maryland, Civil Action No. MJG-01-438. FCRA. Expert report. Deposition.

Jesse Klco v. Elmhurst Dodge, U.S. District Court for the Northern District of Illinois
(Eastern Division) Civil Action No. 01 C 0433. FCRA. Expert report, deposition.

(David & Ruthie Keefner v. Webb Ford, Inc. & Deon L. Willis.: U.S. District Court for
the Northern District of Illinois (Eastern Division), Civil Action No. 02C-4643. FCRA. Expert
report. Deposition.

Anthony & Alethea Preston v. MGIC, U.S. District Court for the Middle District of
Florida (Ocala), Case No. 5:03-cv-111-Oc-10GRJ. FCRA. Expert report, deposition.

Bruce Butcher and Pam Butcher v. Chase Manhattan Bank, U.S.A., Inc., U.S. District
Court for District of South Carolina, Case No. 8:03-3184-26. FCRA. Expert report, deposition.

Karen Nienaber, et al. v.Citibank (South Dakota) N.A.,: U.S. District Court for the
District of South Dakota [Southern Div.}; Civ. No. CIV 04-4054. Declaration relied upon by
court in settlement hearing.

### FEE

My fee is $300 per hour for preparation and for consulting; $300 per hour, or a minimum
of $1,200 per day, for deposition or trial testimony, plus reasonable travel time, plus travel costs
and expenses.

# Exhibit B

# INTERNATIONAL STANDARD

# ISO/IEC 7812-1

Third edition
2006-10-15

## Identification cards — Identification of issuers —

## Part 1:
## Numbering system

*Cartes d'identification — Identification des émetteurs —*

*Partie 1: Système de numérotation*

Licensed to Ms. Pack
ISO Store order #: 8652 (Printed: 2011-12-08
Single user licence only, copying and networking prohibited



Reference number
ISO/IEC 7812-1:2006(E)

© ISO/IEC 2006

**ISO/IEC 7812-1:2006(E)**

**PDF disclaimer**

This PDF file may contain embedded typefaces. In accordance with Adobe's licensing policy, this file may be printed or viewed but shall not be edited unless the typefaces which are embedded are licensed to and installed on the computer performing the editing. In downloading this file, parties accept therein the responsibility of not infringing Adobe's licensing policy. The ISO Central Secretariat accepts no liability in this area.

Adobe is a trademark of Adobe Systems Incorporated.

Details of the software products used to create this PDF file can be found in the General Info relative to the file; the PDF-creation parameters were optimized for printing. Every care has been taken to ensure that the file is suitable for use by ISO member bodies. In the unlikely event that a problem relating to it is found, please inform the Central Secretariat at the address given below.

© ISO/IEC 2006

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 • CH-1211 Geneva 20
Tel.  + 41 22 749 01 11
Fax  + 41 22 749 09 47
E-mail  copyright@iso.org
Web  www.iso.org

Published in Switzerland

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

ISO/IEC 7812-1:2006(E)

# Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work. In the field of information technology, ISO and IEC have established a joint technical committee, ISO/IEC JTC 1.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of the joint technical committee is to prepare International Standards. Draft International Standards adopted by the joint technical committee are circulated to national bodies for voting. Publication as an International Standard requires approval by at least 75 % of the national bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO and IEC shall not be held responsible for identifying any or all such patent rights.

ISO/IEC 7812-1 was prepared by Joint Technical Committee ISO/IEC JTC 1, *Information technology*, Subcommittee SC 17, *Cards and personal identification*.

This third edition cancels and replaces the second edition (ISO/IEC 7812-1:2000), which has been technically revised. It also incorporates Technical Corrigendum ISO/IEC 7812-1:2000/Cor.1:2001.

ISO/IEC 7812 consists of the following parts, under the general title *Identification cards — Identification of issuers*:

— *Part 1: Numbering system*

— *Part 2: Application and registration procedures*

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

**ISO/IEC 7812-1:2006(E)**

# Introduction

This part of ISO/IEC 7812 is one of a series of International Standards describing the parameters for card issuers and the use of such cards for international, interindustry and/or intra-industry interchange.

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

**INTERNATIONAL STANDARD**                                    **ISO/IEC 7812-1:2006(E)**

# Identification cards — Identification of issuers —

## Part 1:
## Numbering system

## 1   Scope

This part of ISO/IEC 7812 specifies a numbering system for the identification of issuers of cards that require an issuer identification number (IIN) to operate in international, interindustry and/or intra-industry interchange.

## 2   Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO 3166-1, *Codes for the representation of names of countries and their subdivisions — Part 1: Country codes*

ISO/IEC 7812-2, *Identification cards — Identification of issuers — Part 2: Application and registration procedures*

ISO 8583-1, *Financial transaction card originated messages — Interchange message specifications — Part 1: Messages, data elements and code values*

ITU-T Rec. E.118, *The international telecommunication charge card*

## 3   Terms and definitions

For the purposes of this document, the following terms and definitions apply.

**3.1**
**card**
form factor provided by an issuer, including but not limited to ID-1, virtual, thin flexible, single-use, integrated-circuit and mobile devices

**3.2**
**card holder**
customer associated with the primary account number

**3.3**
**card issuer**
institution (or its agent) that issues the card to the card holder

**3.4**
**individual account identification**
number assigned by the card issuer for the purpose of identifying an individual account

Licensed to Ms. Paai
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

ISO/IEC 7812-1:2006(E)

**3.5**
**interchange**
exchange of transaction data between two or more entities

**3.6**
**issuer identification number**
**IIN**
number that identifies the major industry and the card issuer and that forms the first part of the primary account number

**3.7**
**major industry identifier**
**MII**
first digit of the issuer identification number that identifies the major industry of the card issuer

**3.8**
**primary account number**
**PAN**
number containing a maximum of 19 digits that identifies the card issuer and the card holder

NOTE        See 4.1 and Figure 1.

**3.9**
**Registration Authority**
organization appointed by the ISO Council, responsible for assigning issuer identification numbers and maintaining the *ISO Register of Card Issuer Identification Numbers*

**3.10**
**Registration Management Group**
**RMG**
group established by ISO/IEC JTC 1/SC 17 to act on its behalf in managing the registration and assignment of issuer identification numbers under this part of ISO/IEC 7812

## 4   Numbering system

### 4.1   PAN format

The PAN on a card (see 3.8) is made up of three main components:

— a)   the IIN (see 4.2);

— b)   the individual account identification (see 4.3); and

— c)   a check digit (see 4.4).

See Figure 1 for number format.

This part of ISO/IEC 7812 is concerned primarily with the first of these components, the IIN.

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved



**Figure 1 — Composition of the Primary Account Number**

## 4.2   IIN

All issuer identification numbers (IINs) issued in accordance with this part of ISO/IEC 7812 shall be applied for and registered as specified in ISO/IEC 7812-2.

Applicants whose applications fulfil the criteria for approval specified in ISO/IEC 7812-2 will be assigned an IIN or, in the case of a block assignment, a block of IINs.

### 4.2.1   MII

There are ten single-digit MIIs:

| | |
|---|---|
| 0 | for assignment by ISO/TC 68 and for other future industry assignments |
| 1 | airlines |
| 2 | airlines and other future industry assignments |
| 3 | travel and entertainment and banking/financial |
| 4 | banking/financial |
| 5 | banking/financial |
| 6 | merchandising and banking/financial |
| 7 | petroleum and other future industry assignments |
| 8 | healthcare, telecommunications and other future industry assignments |
| 9 | for assignment by national standards bodies |

New industry assignments shall be approved by the RMG.

The MII does not in any way reflect or limit the application in which the card is usable. Single-digit MIIs are assigned using the applicant's description of their main area of business on the application form (see Annex A of ISO/IEC 7812-2:2000).

### 4.2.2   IINs beginning with "00"

Ten thousand IINs in the range "00" have been allocated to ISO/TC 68 for assignment to institutions other than card issuers in order to accommodate requirements in ISO 8583-1. Applicants applying for IINs commencing with "00" shall refer to ISO 8583-1, where application procedures and an application form are provided.

### 4.2.3   IINs beginning with "80"

IINs beginning with "80" are for use by healthcare institutions. These IINs are managed by individual national registration authorities. Each national registration authority shall register with the ISO/IEC 7812 Registration Authority so that they can be identified in the *ISO Register of Card Issuer Identification Numbers*. The format of the entry for the national registration authorities shall be "80[CCC]", where "80" denotes healthcare and

Licensed to Ms. Paai
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

**ISO/IEC 7812-1:2006(E)**

"CCC" is the three-digit country code in accordance with ISO 3166-1. The formatting and coding of the digits following "80[CCC]" is at the discretion of the regional healthcare authorities. Enquiries for details of national healthcare registration authorities may be made to the ISO/IEC 7812 Registration Authority.

### 4.2.4   IINs beginning with "89"

IINs beginning with "89" are for use by telecommunications administrations and recognized private operating agencies in accordance with ITU-T Rec. E.118. These IINs are maintained by the International Telecommunication Union, and applicants applying for IINs for use on telecommunications cards shall apply for an IIN commencing with "89". Enquiries for IINs starting with "89" shall be made to:

International Telecommunication Union,
Place des Nations,
1211 Geneva 20,
Switzerland,
Telephone: +41 227 305 211,
Fax: + 41 227 337 256.

### 4.2.5   Major industry identifier 9 (MII 9)

MII 9 has been assigned to national standards bodies for national use; it shall be presented as the primary or first digit followed by the three-digit numeric country code as specified in ISO 3166-1.

NOTE      In the interest of international conformity, national standards bodies are advised to assign IINs in accordance with the recommendations given in Annex A.

## 4.3   Individual account identification

The individual account identification (see Figure 1) shall be assigned by the card-issuing institution. It immediately follows the IIN and is variable in length with a maximum of 12 digits.

## 4.4   Check digit

The individual account identification (see 4.3) shall be followed by a check digit. This digit shall be calculated on all the preceding digits of the PAN (see Figure 1) and shall be computed according to the Luhn formula for modulus-10 check digit (see Annex B).

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

ISO/IEC 7812-1:2006(E)

# Annex A
## (informative)

# National numbering systems for card issuers

## A.1  Introduction

Major industry identifier 9, (MII 9) has been assigned for use by national standards bodies in order to establish national numbering systems for card issuers.

## A.2  Role of the Registration Management Group (RMG)

The RMG (see 3.9) acting on behalf of the ISO technical body responsible for this part of ISO/IEC 7812-1 shall, on request, provide advice and counsel to any national standards body on the establishment and operation of a national numbering system.

## A.3  Contact with the RMG

National standards bodies that intend to set up national numbering systems for identification of card issuers are asked to supply the RMG with details of the national procedures for the assignment of IINs, the method used to identify card issuers, and the name of the organization administering the system. The RMG believes that this information may be helpful to countries that are considering the establishment of a national numbering system.

## A.4  Operation of national numbering systems

National standards bodies are advised to establish rules by means of national standards or other methods for identifying card issuers and individual card holders in a national numbering system (see 4.2.5). They are also advised to make arrangements for the administration of the system, for application and assignment of IINs and the maintenance of a register of assigned IINs (copies of national standards or other systems should be supplied to the secretariat of the RMG [see ISO/IEC 7812-2] at no cost). To this end, national standards bodies may wish to appoint an organization to act as their agent in the administration and maintenance of the system within their countries.

NOTE      Where no national standards body exists, or if the national standards body is unable to establish a national numbering system, card issuers in that country may apply to the secretariat of ISO/IEC JTC 1/SC 17 for assistance.

## A.5  National schemes using IINs greater than six digits

In order to allow for more than 100 card issuers to participate in national numbering schemes (i.e. 9CCC00 - 9CCC99, where "CCC" is the three digit numeric country code in accordance with ISO 3166-1), national standards bodies developing national numbering systems shall consider using an IIN greater than six digits. An IIN of eight digits, for example, would allow for 10 000 card issuers to participate in the national numbering scheme.

NOTE      Card issuers should be advised that certain systems may only be capable of handling six digits.

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

ISO/IEC 7812-1:2006(E)

# Annex B
## (normative)

## Luhn formula for computing modulus-10 "double-add-double" check digits

The check digit is calculated on all six digits of the IIN and all of the digits of the individual account identification (variable up to 12 digits).

The following steps are involved in this calculation:

—— Step 1:   Double the value of alternate digits beginning with the first right-hand digit (low order).

—— Step 2:   Add the individual digits comprising the products obtained in Step 1 to each of the unaffected digits in the original number.

—— Step 3:   Subtract the total obtained in Step 2 from the next higher number ending in 0 [this is the equivalent of calculating the "tens complement" of the low-order digit (unit digit) of the total]. If the total obtained in Step 2 is a number ending in zero (30, 40, etc.), the check digit is 0.

EXAMPLE

Issuer identification number and individual account identification without check digit: 612345 123456789

| 6 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | PAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X2 | | X2 | | X2 | | X2 | | X2 | | X2 | | X2 | | X2 | Step 1 |
| 1+2+ | 1+ | 4+ | 3+ | 8+ | 5+ | 2+ | 2+ | 6+ | 4+ | 1+0+ | 6+ | 1+4+ | 8+ | 1+8 | = 67 | Step 2 |
| Next higher number ending in 0 = 70 | | | | | | | | | | | | | | | Step 3 |
| 70 – 67 = 3 | | | | | | | | | | | | | | | |

Issuer Identification Number and Individual Account Identification with check digit: 612345 123456789 3

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

# Bibliography

[1]     ISO/IEC 7810, *Identification cards — Physical characteristics*

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

**ISO/IEC 7812-1:2006(E)**

**ICS  35.240.15**

Price based on 7 pages

Licensed to Ms. Paal
ISO Store order #: 10-1242252/Downloaded: 2011-12-08
Single user licence only, copying and networking prohibited

© ISO/IEC 2006 – All rights reserved

# Exhibit C

Bin list - Mastercard and Visa Binlist



Industry standard fraud prevention

| HOME | SEARCH BIN | FEATURES | BANK TOOLS | FAQ | ORDER |

## Features

- Database Features
- Bin Database Demo
- Bin List
- Price and plans
- News
- Articles
- Partners & Clients
- Faq
- Contact Us

## Information

- Prepaid Cards
- Visa card subtypes
- MasterCard subtypes
- Amex card subtypes

## Download

- Xlsx Sample Format
- CSV Sample Format
- Terms of Use (PDF)
- Formal Proposal (PDF)

## Bin List (Binlist) & Bin Ranges

Like  Confirm  +1  3     87

### Binlist of visa bin, mastercard bin, amex bin

The first 6 digits of a credit card number are known as the **Issuer Identification Number** (IIN), previously known as bank identification number (BIN). These identify the institution that issued the card to the card holder.

Online merchants use **bin list** to help validate credit card transactions. For example, if the credit card's BIN indicates a bank in one country, while the customer's billing address is in another, the transaction may call for extra scrutiny before approval. Additionally, merchants can use bin list to determine card type, such as a credit, debit, or prepaid card. Orders using prepaid cards are three times more likely to rate of fraud. Similarly, International orders (outside of US and Canada) are also three times more likely to be fraudulent. The countries that are most likely to originate a fraudulent order are: Nigeria, Indonesia, Russia and China. Many merchants use the prepaid flag and county of issue flag to alert them when suspicious order has been placed, so they can either inspect it more closely or simply reject it to be safe.

The **bin list** and bin range used on binlist by the major card schemes are:

- **Amex bin list**: Card numbers start with a 37.
- **Visa bin list**: Card numbers start with a 4.
- **MasterCard bin list**: Card numbers start with the numbers 51 through 55.
- **Diners Club bin list**: Card numbers begin with 300 through 305, 36 or 38.
- **Discover bin list**: Card numbers begin with 6011 or 65.
- **JCB bin list**: Card numbers begin with 35.

### Bin range - 21 (JCB)

2131 - Japan Credit Bureau

### Bin range - 30

300 to 305 - Diners Club International Carte Blanche

### Bin range - 35 (JCB)

3562 10 - HSBC JCB Credit Card (Hong Kong)

### Diners bin range - 36 (Diners Club International)

3614 - Diners Club International Credit Card (Finland)
3616 - Diners Club International Credit Card issued by Hyundai Card in Korea
3633 - Diners Club International Credit Card, defunct (Canada)
3634 - Diners Club International Credit Card, IBM bin, defunct (Canada)
3635 - Diners Club International Credit Card (Singapore)
3643 - Diners Club International Credit Card (UK)
3670 - Diners Club International Credit Card (India)

### Amex bin range - 37

370244 - BANESCO (BancUnion) American Express Gold - Venezuela.
370246 - Industrial and Commercial Bank of China (ICBC) Peony American Express Card (PRC)
370247 - Industrial and Commercial Bank of China (ICBC) Peony American Express Gold Card (PRC)
370285 - China Merchants Bank American Express Green Card
370286 - China Merchants Bank American Express Gold Card
3715 - American Express Centurion Card
3717 - American Express Platinum Card
372301 - American Express Gift Card (Canada)
372395 - Blue Cash American Express Card
372550 - Starwood Preferred Guest hotel loyalty credit card
372734 - Blue for Business credit (small business)
372888 - American Express Gold Card (USA)
3732 - American Express Blue Airmiles Cash Back Card (-Canada)
3733 - American Express Blue Cash Back Card (Canada)
3735 - American Express Gold Cash Back Card (Canada)
3742 - Charge Card (UK)

374288 - Centurion Charge Card (UK)
374289 - Platinum Charge Card (UK)
374345 - Citi American Express Cards (USA)
374350 - Citibank (American Airlines) American Express credit card
374614 - British Airways American Express Premium Plus Card
374622 - American Express Optima Credit Card (France)
374660/61 - American Express BMW Card
374671 - Blue American Express Card
374691 - Platinum Credit Card (UK)
374693 - Platinum Credit Card (UK)
374801 - Platinum Credit Card (Finland)
3749 70 - Air France KLM Flying Blue co-branded Gold Charge Card (France)
3749 96 - Corporate Card (France)

## Amex bin range - 37

3750 - American Express Germany Products
3751 - American Express Finland
3752 - American Express Italy
3753 - American Express The Netherlands
3754150 - Commonwealth Bank of Australia Standard American Express
3754151 - Commonwealth Bank of Australia Gold American Express
3754155 - Commonwealth Bank of Australia Gold American Express
375622 - Garanti Bank American Express Green Card (Turkey)
375628 - Garanti Bank American Express Shop&Miles co-branded Gold Card (Turkey)
3757900 - American Express Sweden corporate card (SE)
3760 - American Express Card Australia
376211 - Singapore Airlines Krisflyer American Express Gold Credit Card (Singapore)
3764 - American Express Credit Card
376966 - China CITIC Bank American Express Card (PRC)
376968 - China CITIC Bank American Express Gold Card (PRC)
3770 - Lloyds TSB Airmiles Amex Card (UK)
377032 - American Express Corp-Banca / Banco Occidental de Descuento (Venezuela)
377064 - Lloyds TSB Airmiles Premier Amex Card (UK)
3772 - Starwood Preferred Guest hotel loyalty credit card
377311 - Bank of America Virgin Atlantic Credit Card (UK)
377441 - American Express Black Card (New Zealand)
377445 - BMW American Express Card (New Zealand)
377481 - American Express (Macy's)
3777 - ANZ American Express Frequent Flyer (Australia) / Saison Card International (Japan)
377850 - Westpac American Express Card (Australia)
377852 - Westpac American Express Platinum Card (Australia)
377945 - American Express Corporate (Hungary)
379108 - British Airways American Express Credit Card (UK)
379196 - Blue Sky American Express Credit Card (UK)
379464 - Corporate card (US)

## Visa bin range - 40

400344 - CapitalOne Platinum
400610 - META Bank, (Rewards 660 Visa) Credit Limit Between $200 & $2000
400937-44 - Bank of China Great Wall Visa
400937 - CN BOC Great Wall International Card Corporate
400938 - CN BOC Great Wall International Card Corporate Gold
400941 - CN BOC Great Wall International Card
400942 - CN BOC Great Wall International Card Gold
400944 - Associated Bank (Citibank (South Dakota) N.A.)
401171 - Delta Community Credit Union Visa
401106 - McCoy Federal Credit Union VISA debit card
401180 - Suntrust Bank Debit Card
4016 - Citybank (El Salvador)
401612 - Banco Tequendama Visa CREDIT PLATINUM CARD (Colombia)
4017 - NAB Visa Debit Card (Australia)
4018 - 1st Financial Bank USA
4019 - Wachovia Bank Visa

## Visa bin range - 41

4105 04 to 06 - Bank Negara Indonesia (ID) Visa Credit Card
4106 35 to 39 - Columbus Bank & Trust Company, (Aspire Visa Gold Card)
410654 - Ithala Limited (South Africa) VISA Electron
410897 - The Golden 1 Credit Union (US) Visa Classic
411016 - BANESCO (former BancUnion Visa). Visa Platinum - Venezuela.
411298 - Lloyds TSB (UK) - Visa Credit Card
4117 7 - Bank of America (US; formerly Fleet) VISA Debit Card

Bin list - Mastercard and Visa binlist

411911 - DBS (SG) - Live Fresh Platinum Visa Credit Card
411986 - Banca Transilvania - Visa Credit Card
412134 - Pennsylvania State Employees Credit Union (PSECU) Credit Card
412266 - TD Bank Gift Card
4128 - Citibank (US) Platium Select Dividends VISA Credit Card[citation needed]
412983 - MBNA (Europe) University of Cambridge VISA Credit Card
412984 to 85 - MBNA Europe Visa Credit card and Alliance & Leicester Credit Card
413433 - Sovereign Bank Business Check Card
4140 494 - Banca Transilvania - Visa Electron
4140 493 - Banca Transilvania - Visa Electron
414051 - Bank of Georgia (GE) - Visa Orange Debit Card
414099 - Budapest Bank, Visa Electron, Hungary
4143 - Capital One - Visa Card
4146 - Urban Trust Bank - Salute Visa Card
414711 - Citibank (American Airlines) Visa Signature Credit Card
414716 - Bank of America (US) - Alaska Airlines Signature Visa Credit Card
414720 - Chase (US, formerly Bank One) - Holiday Inn Priority Club Rewards Visa Credit Card
4147 463 - Citibank (SG) - PremierMiles Visa Signature Credit Card
4147 464 - Citibank (SG) - Dividend Visa Signature Credit Card
4147 808 - US Bank
414983 - Plumas Bank (California, US) - Visa Check Card
415055 - Le Crédit Lyonnais, France - Visa Cleo
4153 - Visa Platinum Japan
415461 - Raiffeisen Bank (CZ) - Visa Debit
415874 - TD Bank (USA)
415929 - Cahoot (UK) - Visa Credit Card
415981 - Sovereign - Visa Debit Card

## Visa bin range - 41 (Visa)

416039 - ING Bank Slaski (PL) - Visa Electron
416451 - Fortis Bank (PL) - Visa Electron
416896 - Inteligo (PL) - Visa Electron
417008 to 11 - Bank of America (USA; Formerly Fleet) - Business Visa Card
4172 - Crédit Populaire d'Algérie (CPA), Algeria - Visa Gold Card
418221 - TD Bank in the United States
418224 - New Zealand Post (NZ) - Visa Loaded Card
418236 - Korea Exchange Bank - KEB VISA Signature Card
418238 - UOB (SG) - Visa Platinum Debit Card
418307 - Green Dot Prepaid Visa debit card
4185 - Washington Mutual (US) - Visa Card
4190 0 - U.S. Bank (US) WorldPerks VISA Credit Card
419661 - DongA Bank Vietnam - Visa credit Card

## Bin range - 42 (Visa)

420567 - Volkswagen Bank direct VISA Credit Card (Germany) 67
420767 - Chase VISA debit card
420796 - Banque Invik Everywhere Money prepaid debit Visa Electron card (LU/SE)
420984 - Bank of Lee's Summit, VISA Debit
4213 - China Minsheng Bank VISA Debit Card; Landesbank Berlin Xbox Live VISA Prepaid Card (Germany)
421323 - ICICI Bank visa Gold Debit/ATM Card (India)
421325 - UTI Bank Prepaid Visa Card
421338 - Chequera Debit Card City (El Salvador)
421355 - Interbank - Banco Internacional del Peru Debit Card (Peru)
421458 - Canara Bank
421494 - Asia Commercial Bank Vietnam - Visa Debit Card
4216 - Debit Card Suruga bank (Japan)
4216 - Citizens Bank of Canada/Vancouver City Savings Credit Union Visa Gift Card
421630 - ICICI Bank Visa Gold debit/ATM Card (India)
421689 - Commercial Bank, Sri Lanka - VISA Debit (Electronic)
421764 to 66 - Bank of America VISA Debit Card
4218 - China Minsheng Banking Corporation VISA Credit Card
422050 - SAMBIL MALL Servitebca Visa Prepaid Card (Issued by Venezolano de Credito).
422189 - GE Money (PL) - Visa credit card
422287 - Raiffeisen bank (Russia), Visa Classic
422629 - HSBC Bank (Turkey) VISA Credit Card
422695 - Chase Bank (British Airways) Visa Signature Credit Card
422793 - o2 money card (managed by Natwest) Prepay card
4238 - Members Credit Union Visa Debit
4239 - St George Bank Visa Debit (Australia)
424201 - Landesbank Baden-Württemberg Payback Premium
424327 - Skandiabanken Visa Credit Card (NO)
424631 - Chase Bank USA VISA Business Credit Card
424339 - Skandiabanken Betal & Kreditkort Visa credit card (SE)
424671 - Ing Bank Slaski SA (Poland)
4251 - Fidelity Debit Card issued by PNC
425435 to 36 - Washington Mutual (formerly Fleet) VISA Debit Card

4256 - Bank of America GM Visa Check Card

## Bin range - 42 (Visa)

425800,02,03,04,08,09,34,38,39 - M & T Bank Visa Check Card
4259 - Banco BICE (Chile) Gold Visa Credit Card
425914 - Compass Bank, Visa, Business Platinum Check Card, Debit
426354 - Comdirect Bank (Germany) Visa Credit Card, Natwest UK Visa
426376 - Standard Chartered Bank Bangladesh
426393 - Natwest UK Visa Credit card
426428 to 29 - Bank of America (formerly MBNA) Platinum Visa Credit Card
426451 to 52, 65 - Bank of America (formerly MBNA) Platinum Visa Credit Card
426488 - Code Credit Union (Dayton, Ohio)
426501 - HHonors Platinum Visa Credit Card (Barclaycard)
426510 - Solutions Finance Credit Card (Barclaycard)
426534 - Citibank Australia Visa Platinum Card
426556 to 58 - HSBC Bank VISA Credit Card (Australia)
426588 - UOB Platinum Visa Credit Card (Singapore)
426569 - CitiBank Platinum Visa Credit Card (Singapore)
426655 to 56 - Chase (formerly Bank One) Visa Credit Card
426684 - Chase (formerly Bank One) Buy.com Visa Credit Card
426698 - First Command Financial Planning, Inc.
427010, 19, 20, 28, 29, 30, 38, 39, 62, 64, 85 - Industrial and Commercial Bank of China Visa
427229 - VTB24 (Russia), Visa Classic Unembossed
427342 - Lloyds TSB Business Debit Card
427557 - RBC Centura Bank Visa Debit Card (Pocket Check Card)
4282 - Landesbank Berlin (Germany) Visa Credit Card
428333 - Prezzy card (New Zealand Post)
428418 - ASB Bank (New Zealand) Visa Debit Card
428434 - Citizens Bank of Canada (Canada) Prepaid Visa Gift Card
428454 - Kiwibank (New Zealand) Visa Debit Card
429158 - Bank of Moscow (Russia) Visa Electron Social Security Card
429475 - Regions Bank Visa Debit Card
429805, 12- First National Bank of Omaha and affiliate Visa Debit Cards

## Bin range - 43 (Visa)

430092 - Standard Chartered Platinum VISA Credit Card (Singapore)
4301 - Chase Visa
430252 - Bank of Cyprus Greece Prepaid Visa
4304 - Barclays Bank Plc
430536, 44, 46, 50, 94 - Bank of America (formerly Fleet) Visa Credit Card
430586 - Pennsylvania State Employees' Credit Union Check Card
430605 - Affinity Plus Federal Credit Union Debit Card (USA)
4308 - Macys Visa
4311 - National City Bank Visa Credit Card
431170 - Rizal Commercial Banking Corporation Visa Credit Card (Philippines)
4312 - Chase Leisure Rewards Visa Business Debit/Check Card
431239 - Citibank Australia VISA Debit Card
431261 - IWBank Visa
431262 - IWBank Visa Electron
431301 to 05, 07, 08- Bank of America (formerly MBNA) Preferred Visa & Visa Signature Credit Cards
4315 - Silverton Bank NA
431732 - Plains Commerce, (Total Visa), Small Credit Limit, Credit Repair Card
4318 - S-Bank Visa
431930 - Halifax Ireland VISA Debit card
431931 to 32 - Ulster Bank VISA Debit Card, Republic of Ireland
431935 - Permanent TSB VISA Debit Card, Republic of Ireland
4321 - Citizens Bank of Canada/Vancouver City Savings Credit Union Visa Gift Card
432158 - BA Finance/Credit Europe bank (Russia), Visa Classic "Auchan" card
432371 Wells Fargo Visa check card
432624 to 30 - Bank of America (formerly Fleet National Bank) Visa Check Card, Debit
432845 - Sovereign Bank Check Card
432919 - Cartasi Eura Visa Electron (Italy)
4327 - North Carolina State Employees' Credit Union VISA Check Card
4333 - Citibank Credit Card (Hong Kong)
433445 - BBVA Puerto Rico - Visa Electron
433507 - MBNA - Visa
433948 - Barclays & Times Card Visa Gold Credit Card (India)
433991 - Palm Desert National Bank as Cingular Wireless' rebate debit card

## Bin range - 43 (Visa)

4342 - Bank of America Classic Visa Credit Card
4343 - First Interstate Bank Visa Credit Card
4344 - Landesbank Berlin Holding Visa Credit Card (Amazon.de Credit Card)
4349 - Chase Card Services Canada Marriott Rewards Platinum Visa Card

Bin list - Mastercard and Visa binlist

4355 - U.S. Bank Premiere Line Visa Card
4356 - Target Corporation Visa Credit Card
4356 - Bank of America Visa Debit Card
435680 to 90 - Bank of America, Visa, Platinum Check Card, Debit
4349 - Chase Card Services Canada Marriott Rewards Platinum Visa Card
4355 - U.S. Bank Premiere Line Visa Card
4356 - Target Corporation Visa Credit Card
4356 - Bank of America Visa Debit Card
435680 to 90 - Bank of America, Visa, Platinum Check Card, Debit
435744 - ShenZhen Development Bank, Visa, Classic, Credit (China)
435760 - Compass Bank, Visa, Business Check Card, Debit
436338 Landesbank Berlin AG (ADAC VISA Gold)
436618 - U.S. Bank Visa debit card
436610 to 17, 67 - Chase (formerly First USA)
4367 - China Construction Bank Credit Card
436742 - China Construction Bank Debit Card
436773 - National Bank of New Zealand Visa Credit Card
4377 - Panin Bank - Indonesia, Visa, Platinum Card
437737- Barclay Card India
4380 - Bank of China Olympics Visa Credit Card
4382 - UOB Campus Visa Debit Card (Singapore)
4384 - HSBC Visa Credit Card (India)
438617 - China Construction Bank (Asia) Finance Credit Card
438676 - Shinhan Card VISA Platinum Card
4388 - Capital One Visa Credit Card
438857 - Chase Bank (United Airlines) Visa credit card
4390 - ChequeMax (El Salvador)
4391 - Krungthai Bank - Platinum (Thailand)
439225 to 27 - China Merchants Bank Visa Credit Card

## Bin range - 44 (Visa)

440210 - Citibank Handlowy (PL) - Visa Silver
440211 - Citibank Handlowy (PL) - Visa Gold
440260 - Allied Irish Banks "Click" Visa Card
440319 - Schwab Bank Invest First Visa Signature
4405 - Latvijas Krajbanka (LV)
440626 - Slovenská sporitelna Visa Electron
440753 - CSOB (CZ) - Visa Electron
4408 - Chase (AARP)
4412 - Deutsche Bank (DE) Gold Credit Card
441669 - MetaBank Visa Gift Card
441712 - First USA Bank, N.A.
442162 - British Telecom BT VISA
442518 - Wells Fargo Platinum Visa
442790 - Citizens Bank (RBS) Platinum Visa Debit Card
4428 - BECU Visa
4430 - PNC Bank (Debit Card) (former National City Debit)
4435 - Banner Bank VISA (Debit Card)
4432 - U.S. Bank
443233 - Shinhan Card (former LG Card)
443464 - Five Star Bank
4436 - PNC Bank Visa Points
444238 - SMP bank (Russia) Visa Classic
444400 - First US Bank
444512 - Fifth Third Bank
445093 - HSBC Vietnam - VISA Credit Card
445094 - HSBC Vietnam - VISA Credit Card
4451 - First Tennessee Bank (USA) VISA Debit Card
445479 - Keytrade Bank Visa Classic Credit Card
445480 - Keytrade Bank Visa Gold Credit Card
446155 - BRE Bank (CZ) - mBank Visa Electron
446157 - BRE Bank (PL) - mBank Visa Electron
446157 - BRE Bank (CZ) - mBank Visa Classic Debid Card
446158 - BRE Bank (PL) - mBank Visa Electron

## Bin range - 44 (Visa)

446153 - BRE Bank (CZ) - mBank Visa Gold Credit Card
446261 - Lloyds TSB (UK) - Visa Debit Card (for Personal and Business Accounts)
446268 - Cahoot (UK) - Visa Debit
446274 - Lloyds TSB (UK) - Premier Visa Debit Card (with £250 Cheque guarantee limit)
446277 - Abbey (bank) - Business Banking Visa Debit Card
446278 - Halifax (UK) - Visa debit card
446279 - Bank of Scotland (UK) - Visa debit card
4465 - Wells Fargo (USA) - Visa Credit Card
4470 - M&I Marshall & Ilsley Bank (USA) - Visa debit card
447320 - BC VISA Check Card issuded by Woori Bank

447452 - Union Bank & Trust Company Visa debit card
447692 - HSBC India Visa Silver Credit Card (India)
447747 - ICICI Bank Visa Gold Credit Card (India)
4479 - TCF Bank Debit Card
448156 - Chase Bank / MyEcount.com Sprint Wireless' rebate debit card
448336 - mBank (PL) - Visa credit card
4488 - Suntrust Bank - Visa Credit Card
4489 - National City Bank Visa Debit Card (Credit Card?)
4492 - Vista Federal Credit Union (Walt Disney World) Visa Debit Card
449352 - Nationwide Building Society Visa Credit Card
449364 - Valley Bank
449533 - Bank of America (USA), National Association - Classic, Debit, Visa
443438 - Credit Union Australia - Visa Debit Card
4481 - BC Card VISA Check Card
4482 - TD Bank
448336 - BRE Bank (PL) - mBank Visa Classic
4490 - Community Trust Bank( Visa Debit Card)

## Bin range - 45 (Visa)

4500 - Canadian Imperial Bank of Commerce (CIBC) Visa & MBNA Quantum Visa Credit Cards
450003 - CIBC Infinite Aerogold (VISA credit card)
450060 - CIBC Aerogold (VISA credit card)
450065 - CIBC Platinum (VISA credit card)
4503 - CIBC VISA
4504 - CIBC VISA
450405 - Æon Credit Service Credit Card
4505 - CIBC VISA
4506 - CIBC VISA Debit
4506 - Marfin Laiki Bank Visa Debit Card
4507 - St George Bank Visa Debit Card
4508 - Visa Electron - Popular Bank (NY) a Branch of Banco Popular Dominicano
450823 - Lloyds TSB VISA
450875 - Co-operative Bank Visa Debit Card (formerly Visa Electron)
450878 - Banco de Chile Visa Credit Card
4509 - ANZ Bank Visa Credit Card
4510 - Royal Bank of Canada (CA) - Visa
4511 - Seylan Bank, Sri Lanka
4512 - Royal Bank of Canada (CA) - Visa
451291 - Bank of China (CB) Visa Credit Card
4513 - Bancolombia (CB)
4514 - Royal Bank of Canada RBC AVION Visa (Platinum/Infinite)
451503 - Royal Bank of Canada (CA) - VISA
4516 - RBC Banque Royale VISA BUSINESS (Affaires) - VISA
451834 - DBS Bank Credit Card (Hong Kong)
451845 - Shinhan Bank VISA Check Card
4519 - Royal Bank of Canada (CA) - Client Card (ATM/INTERAC)
4520 - TD Bank CAD VISA
452088 - TD Bank CAD VISA infinite
4529 - MetaBank Visa
4530 - VISA Desjardins
453030 - NAB Gold Affinity
4535 - Scotiabank - Visa Card

## Bin range - 45 (Visa)

4536 - Scotiabank
4537 - Scotiabank - Visa Card
4538 - Scotiabank - Visa Card
453978 - Barclays Bank (UK) - Connect Visa Debit Card
453980 - permanent tsb Visa Credit Card
453997 - Friulcassa / CartaSi (IT) - Visa Card
453998 - CartaSi (IT) - Visa Card
4540 - Carte d'accès Desjardins / VISA Desjardins
4541 - Standard Chartered Manhattan Platinum VISA (India)
4542 - Rakuten Bank - Japan
454305 - RBS Visa Credit Card
454312 - First Direct (UK) - Visa Credit Card
454313 - Nationwide Building Society (UK) - Visa Debit Card
454361 - First Direct (a division of HSBC UK) Gold Visa Credit Card
454417 - Slovenská sporiteľna Visa
454434 - First Trust Bank (UK) - Visa Debit Card
454605 - Citibank Australia (AU) Visa Card
454718 - UOB (SG) A*STAR VISA Corporate Gold Credit Card
454742 - Abbey (bank) - Visa Debit
454749 - BHW (DE) - Visa Charge Card
454867 - ASB Bank Visa Credit Card (New Zealand)

Bin list - Mastercard and Visa binlist

454869 - Westpac New Zealand Visa Credit Card
4549 - Banco Popular de Puerto Rico - Visa credit and debit cards
455025 - Cooperative Bank (UK) - Visa
4551 - TD Bank/General Motors Corporation GM CAD VISA
455121 - GM-Visa Card (CAD) issued by TDCanada Trust
4552 - Cooperative Bank (UK)
455271 - Bank of East Asia Classic Credit Card (Hong Kong)
455272 - Bank of East Asia Gold Credit Card (Hong Kong)
4553 - Wing Hang Bank Credit Card (Hong Kong)
455451 - ICICI Bank Visa Platinum Debit Card (India)
4555 - Cooperative Bank Platinum VISA (UK)
4555 - Bank of Ceylon VISA Credit Card (UK)
4556 - Citibank Visa Vodafone (Greece)

### Bin range - 45 (Visa)

455701 - National Australia Bank (AU) - GOLD VISA Credit Card
455702 - National Australia Bank VISA (AU) - Credit Card
455707 - Hang Seng Bank Credit Card
4563 - BMW VISA ICS International Card Services (The Netherlands)
4563 - Citibank Malaysia (MY) - Visa Credit Card
456351 - (CN)Bank of China Debit card (China UnionPay)
456403 - Bank of Melbourne 1 (AU; now Westpac) - Visa Debit Card
456406 - Challenge Bank (AU; now Westpac) - Visa Debit Card
456413 - DEFENCE FORCE CREDIT UNION VISA DEBIT CARD (Australia)
456414 - CREDIT UNION AUSTRALIA VISA DEBIT (Australia)
456432 - SUNCORP METWAY VISA DEBIT CARD (Australia)
456443 - BENDIGO BANK LTD - BASIC BLACK VISA CREDIT CARD (Australia)
456445 - STATE BANK VICTORIA - VISA DEBIT CARD (now Commonwealth Bank Australia)
456448 - BANK OF QUEENSLAND VISA CREDIT CARD (Australia)
456453 - ANZ Bank VISA Gift Card (Australia)
456462 - ANZ Bank VISA Credit Card (Australia)
456468 - ANZ Bank VISA Credit Card Frequent Flyer Platinum (Australia)
456472 - Westpac Bank Altitude Visa Credit Card Platinum (Australia)
456475 - Newcastle Permanent Building Society ltd VISA Debit (Australia)
456491 - ASB Bank (New Zealand)
456707 - Citibank (UK) Visa Prepaid card)
456735 - Alliance and Leicester VISA Debit Card (UK)
456738 - Citibank (UK) - Visa Debit Card (UK)
4568 - Berliner Bank (DE) - Visa Debit Card
4569 - Skandiabanken VISA Debit Card (NO)
4570 - DZ Bank VISA Credit Card (DE)
4571 - Danske Bank VISA Dankort
4579 - KB Card VISA Gold Card
4580 - Leumi Card (IL) - Visa Card
458123 - Bank of Communications/HSBC (CN) Y-Power Visa Card
458440 - HSBC Vietnam - VISA Debit Card
4585 - HSBC Bank Australia VISA Debit Card
4587 - Peoples Trust Visa Gift Card
4599 - Caja Madrid (ES) - Visa Electron Debit Card

### Bin range - 46 (Visa)

4600 - ABSA VISA
460083 - Axa Bank (CZ) VISA Electron Debit Card
460269 - First Tech Credit Union Check Card
4610 - Chase (bank) Visa Debit Card (USA)
461244 - LCL (Le Crédit Lyonnais) - Visa Card - Maestro (FR)
461608 - BB&T - Visa
461755 - ASB Platinum Visa Card (New Zealand)
461787 - HDFC Bank Visa Signature Credit Card (India)
461983 - BestBuy RewardZone Visa JPMorgan Chase Chase Cards Canada
4620 - Tapiola Bank VISA
4622 - ANZ Bank VISA Access Debit Card
462263 - ING Direct Visa Debit Card
462757 - Visa Electron PKO Bank Polski
462785 - Egg plc VISA
462890 - Citibank Korea PremierMiles VISA Signature Card
4629 - Visa Cash Smartpurse (Thailand)
462986 - ICICI Bank Visa Platinum Credit Card (India)
4635 - Bank of America Business Platinum Debit
463668 - First Tech Credit Union Credit Card
4640 - Bank One (now J.P. Morgan Chase & Co.) Amazon.com VISA Credit Card
4649 - HSBC Bank VISA Debit Card (Sri Lanka)
465208 - Bank of Moscow (Russia) Visa Electron
465590 - Tesco Personal Finance Finest VISA Credit Card (UK)
465838 - Alliance and Leicester VISA Business Debit Card (UK)
465843 - Coventry Building Society VISA debit Card

Bin list - Mastercard and Visa binlist

465845 - Norwich and Peterborough Building Society VISA Debit Card (UK)
465904 - Alliance and Leicester VISA Debit Card (UK)
465910 - Lloyds TSB (UK)
465922 - Barclays Bank (UK)
465923 - Barclays Bank Prem (UK)
46593 - Nationwide Building Society (UK) "Cash Card+" Visa Debit Card (requires full authorisation at POS, similar to Visa Electron)
465941 - HSBC Bank (UK)
465942 - HSBC Bank (UK) Visa Debit Card

## Bin range - 46 (Visa)

465943 - HSBC Bank (UK) Visa Debit, NO Cheque Guarantee
465945 - HSBC(UK) Plus Visa Debit Card
465946 - Debit cards by First Direct (UK) - Division of HSBC UK
4661 - BB&T (Branch Banking and Trust) VISA Check Card
4663 - Orchard Bank Visa issued by HSBC
466514 - Master-bank (Russia) Visa Electron Instant Issue
467226 - Money Mart Titanium+ Prepaid Visa (Canada)
468805 - Axis Bank (India)
468817 - Andhra Bank Visa Debit Card (India)
4689 - Asociacion la Nacional de Ahorros y Prestarnos Visa Credit Card (Dominican Republic)
469551 - CitiBank SMRT Platinum Visa Debit Card (Singapore)
469552 - CitiBank Platinum Visa Debit Card (Singapore)
469596 - Juniper iTunes Rewards Visa Credit Card

## Bin range - 47 (Visa)

4707 58 - US Bank, Visa Debit, USA
4715 - Wachovia VISA
4720 - HSBC VISA (Platinum?), Sri Lanka
472926 - Peoples Trust Vanilla Prepaid Visa Card, Canada
473099 - Wells Fargo Bank, Visa Debit, Iowa USA
4736 - [GE Money Bank] Walmart Prepaid Visa Debit Card, USA
4744 - Bank of America Visa Debit
475116 - RBS Royal Bank of Scotland, Visa Debit (no cheque guarantee, immediate authorisation)
475117 - RBS Royal Bank of Scotland, Visa Debit
475118 - RBS Royal Bank of Scotland, Visa Debit, UK
475127 to 30 Natwest Visa Debit
475131 Nat West Visa Debit
475132 Nat West Private Banking Visa Debit (£250 cheque guarantee)
475423 - MetaBank VISA TravelMoney, Debit
475427 - MetaBank Rebate Visa Card
475714 - Santander UK Visa Debit card
4758 - Oregon Community Credit Union
4760 - Bank Niaga (Indonesia) Visa Debit Card
476164 -TCF Bank Saint Paul MN (USA) Visa Debit Card
476515 - Venezolano de Credito Superefectiva Gold Visa Check card.
476559 - South Florida Educational Federal Credit Union Visa Debit Card
4773 - Siam Commercial Bank - platinum (Thailand)
477361 - Big Sky Credit Union Visa (Australia)
477517 - JPMorgan Chase Bank N.A.
477548 - SEB - Visa debit (Estonia)
477596 - Capital One (UK) Visa Credit Card
4779 - Sainsbury's Bank (UK) - Visa Debit Card
477915 - BZWBK (PL) - Visa Debit Card
478200 - BANK ONE - VISA CLASSIC -DEBIT
478825 - JPMorganChase Corporate Card
478880 - Umpqua Bank of Oregon Visa Debit Card
478901 - Vancity Visa credit card (Canada)
478907 - Vancity Visa credit card (Canada)

## Bin range - 47 (Visa)

478986 - CIBC US Dollar Visa (Canada)
479000 - Eurobank EFG (Bulgaria)VISA Credit card
479056 - First National Bank (South Africa) Visa Electron Debit Card
479080 - Visa Credit card BZWBK Polish bank
479293 - Abbey International Visa Debit Card
479213 - TD Banknorth Visa Debit Card
479348 - Vision Banco Visa Debit Card (Paraguay)
4797 - SEB bankas Visa Debit Card (Lithuania)
4798 - US Bank Visa Select Rewards Business Platinum
479884 - E*Trade Visa Debit Card (U.S.)

## Bin range - 48 (Visa)

Bin list - Mastercard and Visa binlist

4800 - MBNA Gold Visa Credit Card
480152 - Citigroup Inc. - MyECount.com Verizon Wireless' rebate debit card
480213 - Capital ONE FSB Business
480641 - Commonwealth Credit Union Visa Debit Card
4807 - M&I Visa Credit Card
480801 - WellsOne Commercial Card
4809 - Charles Schwab Bank - Visa Platinum Check Card
4820 - Wings Financial FCU Credit Card
4824 - Wirecard Bank Visa Card
4828 - Wachovia Bank (US) - Visa Debit Card
482870 - Wachovia Bank (US) - Visa Debit Card
483542 - Standard Charterd Bank Vietnam - Visa Debit Card
483583 - Sony Finance International, Japan - Dual Currency (JPY/USD) Credit Card
483585 - HSBC Revolution VISA Platinum Credit Card (Singapore)
4841 - Old National Bank Commercial Debit Card
4843 - Digital FCU Visa Gold Credit Card
484427 - Paypal (UK) - Top-up card (managed by RBS)
4854 - Washington Mutual (US) - Visa Debit Card
4861 - Wings Financial FCU Check Card
4862 - Capital One Visa Credit Card
486236 - Capital One - Visa Platinum Credit Card
486430 - Lloyds TSB (UK) - Visa Card
486483 - HSBC (UK) - Commercial Visa credit card
4868 - Wells Fargo (US) - Bank N.A. Check Card
486990 - Plumas Bank (California, US) - Visa Business Check Card
486993 - Umpqua Bank of Oregon (US) - Visa Business Check Card
4873 - Capital One Orbitz Visa Platinum Credit Card
4888 - Bank of America (US) - Visa Credit Card
4892 - [Columbus Bank and Trust Company] Green dot NASCAR Debit Visa Prepaid card

## Bin range - 49 (Visa)

4901 15 First National Bank VISA South Africa / Cedyna INC Visa Japan
490220 - BC VISA Credit Card issued by Woori Bank
490292 - NAB VISA Gold Debit Card (Australia)
4903 - Switch (Debit Card)
4904 - Banner Bank VISA (Credit)
4905 - Switch (Debit Card)
4906 - Barclaycard VISA Credit Card (Germany)
4906 - BC VISA Credit Card (Korea)
490603 - BC VISA Credit Card issued by Industrial Bank of Korea
490606 - BC VISA Credit Card issued by Kookmin Bank
490611 - BC VISA Credit Card issued by Nonghyup Central Bank
490612 - BC VISA Credit Card issued by Nonghyup Local Banks
490620 - BC VISA Credit Card
490623 - BC VISA Credit Card issued by SC First Bank
490625 - BC VISA Credit Card issued by Hana Bank
490627 - BC VISA Credit Card issued by Citibank in Korea
490678 - BC VISA Credit Card issued by Shinhan Card
490762 - Bayerische Landesbank VISA Credit Card (Germany)
4907 - Citibank Credit card (Japan)
490841 - Banco Espirito Santo Gold Visa Credit Card (Portugal)
490847 - Parex Bank Visa Credit Card
4909 - Citibank VISA Credit Card (Spain)
4910 - HSBC Bank VISA Credit Card (Sri Lanka)
491002 - Citibank (UK) AAdvantage Gold Visa Card
4915 - Republic Bank Ltd VISA Credit Card (Trinidad & Tobago)
491611 - Halifax Ireland VISA Credit Card
491731 - Abbey (bank) VISA Electron (UK)
491754 - Halifax (United Kingdom bank) VISA Electron (UK)
4918 - Caja Madrid VISA Business Credit Card (Spain)
491859 - Danske Bank Privatkort Visa Electron debit card (SE)
4919 - Charles Schwab Bank VISA Check Card
4920 - Luottokunta issued VISA (Finland); Citibank UAE issued Visa Credit Card
492046 - Luottokunta issued VISA Gold (Finland)
4921 - Lloyds TSB Visa Debit Card

## Bin range - 49 (Visa)

4929 42 - Barclaycard Premier and OnePulse (Oyster) Visa Credit Cards with contactless payment (UK)
492946 - Barclaycard Business Visa Credit Card
492949 - Barclaycard Visa Initial Credit Card
492160 - HSBC Visa Credit Card (Singapore)
4931 - Visa Citi AA - American Airlines (Dominican Republic)
493467 - Bank of China Olympics Visa Credit Card (Singapore)
493468 - Bank of China Platinum Visa Credit Card (Singapore)
4935 - Credito Siciliano Visa Electron (Italy)

4937 - Standard Chartered Bank UAE issued Visa credit card
494053 - Commonwealth Bank VISA Credit Card (Gold)(Australia)
494052 - Commonwealth Bank VISA Credit Card (Australia)
494114 - National Bank of Abu Dhabi Cashplus Global Visa Electron (UAE)
494120 - HSBC Visa Gold Credit Card (United Kingdom)
4960 - Emporiki Bank Visa Credit Card (Greece)
496604 - HSBC Visa Credit Card (Hong Kong)
496645 - HSBC Visa Gold Credit Card (Singapore)
497063 - La banque postale visa (France)
497160 - HSBC Visa Credit Card (France)
497164 - Banque Accord Visa Credit Card (France)
497251 - First Command Financial Planning, Inc.
497301 - Société Générale CB Visa (France)
497302 - Société Générale CB Visa (France)
4974 - BNP Paribas (France)
497543 - Natexis Banques Populaires Visa Credit Card (France)
497545 - Natexis Banques Populaires Visa Credit Card (France)
497618 - Boursorama Visa Credit Card (France)
497671 - Credit du Nord Visa Credit Card (France)
497652 - Barclays Bank PLC Visa Credit Card (France)
4978 - Caisse d'Epargne VISA Credit Card (France)
497958 - Boursorama Banque VISA PREMIER credit card (France)
498824 - Smile (The Co-operative Bank) Visa debit card (UK in £)
499897 - DKB Deutsche Kreditbank AG Visa Charge Card (Germany)
499916 - Bank of New Zealand VISA Platinum Credit Card
499977 - Bank of New Zealand VISA Credit Card

### Bin range - 50 (Mastercard)

5002 35 - NBC National Bank Of Canada ATM / Debit Card
500766 - Bank of Montreal Debit Card
501012 - Meridian Credit Union Debit and Exchange Network Card
5020 - Maestro Debit Card
503615 - Standard Bank of South Africa Maestro debit card
5038 - Maestro Debit Card
504507 - Barnes & Noble gift card
504834 - ING Vysya Bank Maestro Cirrus Debit/ATM Card (India)
504837 - Formerly Fleet Bank (ATM only card)
5049 - Sears Card, issued by Citibank USA

### Bin range - 51 (Mastercard)

5100 19 - Budapest Bank Investment Card, embossed (Hungary)
510136 - CitiBank CZ Gold Credit Card
510142 - CITIBANK A.S.
510197 - UBS AG Mastercard
510241 - RBS National Bank
5108- INGDirect Electric Orange Debit Card
510840 - The Bancorp Bank (Higher One) MasterCard Debit Card
510982 - USAA Cash Rewards Debit MasterCard
511300 to 99 - JPMorgan Chase Bank Mastercard Debit Card
511810 - PayPal Virtual Credit Card (Secure Card)
512025 to 27 - Orchard Bank Credit Card issued by HSBC (previously Household Bank)
512106 to 08 - Citi Sears MasterCard
5122 - First Gulf Bank
512462 - Lotte Card MasterCard Gold Card
512568 - Gold MasterCard Citi Poland
512607 - Continental Finance, M/C, $300 limit card
512687 - sainsbury credit card uk
513101 - Crédit Agricole Gold MasterCard Credit Card
513141 - Crédit Agricole MasterCard Credit Card
513143 - Advanzia Bank MasterCard Credit Card
5132 - Crédit Mutuel MasterCard Credit Card (France)
513453 - BNP Paribas MasterCard Credit Card (France)
5135 - BRED Banque Populaire MasterCard Credit Card
513536 - BRED Banque Populaire Affinity MasterCard Credit Card
513624 - Barclays Bank PLC MasterCard Platinum (France)
514021 - Barclays Bank PLC MasterCard Credit Card
5141 - Banco Popular North America Mastercard Debit Card
514700 - Mascoma Savings Bank Business Mastercard Debit Card
5148 - US Airways Dividend Miles Platinum MasterCard
514876 - Citibank Korea Platinum MasterCard
514889 - Barclays Bank Delaware, Formerly Juniper Bank
514923 - Chase Bank USA, N.A.
5150 - MetaBank MasterCard FSA debit card (issued on behalf of third-party administrators)
5151 - OboPay Prepaid Debit Card Issued By First Premier

Bin list - Mastercard and Visa binlist

### Bin range - 51 (Mastercard)

5155 - Orchard Bank issued by HSBC
516319 - Virgin MasterCard Credit Card
516337 - Westpac Australia Platinum MasterCard
5163 9 - Westpac Australia Classic MasterCard
5176 - China Minsheng Bank MasterCard Credit Card
517669 - HSBC (formerly Household) MasterCard Credit Card (U.S.)China Minsheng Banking Corporation
5177 - BANAMEX Debit Card
517805 - Capital One MasterCard Credit Card or First Premier Bank
5179 - Bank Atlantic Mastercard Debit Card
518127 - PC Financial MasterCard Credit Card
5182 - Banco Nacional de Costa Rica Servibanca Debit Card
5185 - HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., THE MasterCard (HK)
518642 - MBNA MasterCard (UK)[citation needed]
518652 - Tesco Personal Finance MasterCard Credit Card
5186 7500 - MBNA / British Midland Airways MasterCard (UK)
518676 - MBNA Ireland Platinum Mastercard
5187 - China Merchants Bank MasterCard Credit Card
518791 Lloyds TSB Mastercard Credit Card
5191 - Bank of Montreal MasterCard (Canadian dollar)
519163 Kiwibank (New Zealand) Mastercard Credit Card
5192 - Bank of Montreal MasterCard (US dollar)
5193 - HSBC Bank Canada MasterCard
519463 - Banco De Oro MasterCard Debit Card (Philippines)
519520 Altair prepaid cards
519525 Contis Group & EZPay prepaid cards
5156 - BestBuy MasterCard issued by HSBC (previously Household Bank)
516010 - Polbank EFG (Poland) MasterCard Credit Card
516029 - Shell / CitiFinancial MasterCard
516029 - CitiFinancial Europe

### Bin range - 52 (Mastercard)

5200 - MBNA Quantum MasterCard Credit Card
520169 - BestBuy MasterCard by Bank of Communications/HSBC (China)
520988 - Garanti Bank Shop&Miles MasterCard Credit Card
5217 - Commonwealth Bank of Australia Debit MasterCard
5221 - MasterCard Credit Cards in South Africa
522276 - Chase Manhattan Bank MasterCard Credit Card
5234 - Lufthansa Miles & More MasterCard Credit Card
523748 - Commonwealth Bank of Australia Prepaid Travel Money Mastercard
523951 - ICICI Bank MasterCard Credit Card
524040 - OCBC Bank BEST-OCBC MasterCard Credit Card (Singapore)
5243 - Hudson's Bay Company MasterCard Credit Card (Canada)
525241 - Saison Card International, Japan - United Airlines Mileage Plus
525405 - VÚB Banka (Banca Intesa group) MasterCard original+ Credit card (Slovakia)
5255 - Mastercard CartaSi (Italy)
5256 - Sparda-Bank MasterCard Charge Card (Germany)
525632 - Silver Deutsche Bank (PL)
525678 - Banamex debit card
5258 - Mastercard National Bank of Canada (Canada)
5258 969 - Mastercard Husky (Canada) [Husky/Mohawk MasterCard]
5259 - Canadian Tire Bank Cash Advantage Platinum MasterCard
525995 - Canadian Tire Bank Gas Advantage MasterCard
5262 - Citibank MasterCard Debit Card
5264 - Bank Negara Indonesia MasterCard Debit Card
526418 Vietcombank - Vietnam - MasterCard Debit Card
526468 - State Bank of India
526471 - POSBank MasterCard Debit/ATM Card (Singapore)
526702 - Yes Bank Mastercard Silver Debit Card (India)
526722 - Standard Bank South Africa MasterCard Credit Card (Gift Card)
526781 - VÚB Banka (Banca Intesa group) - MasterCard unembossed Credit card(Slovakia)
526790 - Asia Commercial Bank Vietnam - MasterCard Debit Card
5268 - Landesbank Berlin (Germany) MasterCard Credit Card
5268 - CitiBank Platinum Enrich (Canada) MasterCard Credit Card

### Bin range - 52 (Mastercard)

5274 34 - Caixanova NovaXove (Spain) Mastecard Debit Card
527455 - Rubycard Pre-Paid Mastercard (Ireland) issued by Newcastle Building Society
527456 - WireCard Bank (Germany)
528038 - ING Bank N.V. Amsterdam
528061 - BMO Bank of Montreal MasterCard Prepaid Travel
528229 Nexpay prepaid card
5286 - Santander Cards
5286 - ABSA (Amalgamated Banks of South Africa) MasterCard Credit Card

5286 - Virgin Money South Africa (Virtual Bank; Operates partially on ABSA's system)
5287 - Washington Mutual Bank Debit card
5289 - RBS (ABN AMRO Bank) Switch Platinum MasterCard Credit Card (Singapore)
529580 - (Italy) Kalixa Prepaid MasterCard (Vincento Payment Solutions)
529930 - Marks & Spencer Money MasterCard Credit Card
529962 - Prepaid MasterCards issued by DCBANK. (MuchMusic)
529964 - Altair prepaid MasterCard
529965 - pre paid debit cards
529966 - pre paid debit cards

## Bin range - 53 (Mastercard)

5301 - BarclayCard Mastercards.
5303 - BAC San José (Costa Rica) Debit card
530343 - Net1 Virtual Card Prepaid
530695 - Bancolombia Prepaid MasterCard Credit Card (E-prepago)
530785 - Sears MasterCard issued by [Chase Cards Canada]
531306 - Moneybookers.com Prepaid Mastercard issued by Newcastle Building Society
531355 - National Bank MasterCard Credit Card
5316 - CUETS Financial Canada MasterCard Credit Card
5317 - CUETS Financial Canada Global Payment MasterCard
5322 - Washington Mutual Business Debit card
532450 - China Construction Bank Credit Card
532561 - HSBC Bank USA Premier Debit Mastercard with PayPass
532700 - RBS Premium MasterCard Debit Card
5329 - MBNA Preferred MasterCard Credit Card
532902 - Wachovia Bank MasterCard Credit Card
533838 - [CBA] Prepaid Gift card as MasterCard
533846 - Kalixa Prepaid Mastercard UK Kalixa Prepaid MasterCard (Vincento Payment Solutions)
533875 - Paypal Italy MasterCard Prepaid
533936 - Kalixa Prepaid Mastercard DE Kalixa Prepaid MasterCard (Vincento Payment Solutions)
534160 - Gold Deutsche Bank (PL)
535316 - Commonwealth Bank Standard MasterCard Credit Card
535318 - Commonwealth Bank Gold MasterCard Credit Card
538720 - BC Mastercard issued by Woori Bank
538803 - BC Mastercard issued by Industrial Bank of Korea
538806 - BC Mastercard issued by Kookmin Bank
538811 - BC Mastercard issued by Nonghyup Central Bank
538812 - BC Mastercard issued by Nonghyup Local Banks
538820 - BC Mastercard
538823 - BC Mastercard issued by SC First Bank
538825 - BC Mastercard issued by Hana Bank
538827 - BC Mastercard issued by Citibank in Korea
538878 - BC Mastercard issued by Shinhan Bank
539028 - Citibank Mastercard (Brazil)
5396 - Saks Fifth Avenue World Elite MasterCard issued by HSBC

## Bin range - 54 (Mastercard)

540034 - Standard Chartered Bank Titanium Credit Card (Hong Kong)
540002 - DBS (Esso co-branded) Singapore
5401 - Bank of America (formerly MBNA) MasterCard Gold Credit Card
540141 BANESCO Classic Mastercard card (Venezuela).
540168 - Chase MasterCard Credit Card
540221 - ANZ National Bank ANZ Low Interest MasterCard Credit Card
540223 - Westpac New Zealand MasterCard Credit Card
540207 - BNZ (Bank of New Zealand) Global Plus MasterCard Credit Card
5403 - Citibank MasterCard Credit Card ("Virtual Card" number)
5404 - Lloyds TSB Bank MasterCard Credit Card
5406 - Bancolombia MasterCard Credit Card (Colombia)
5407 - HSBC Bank GM Card
540758 - MBNA Bank UK bmi Blue Mastercard
5409 - HSBC Bank, Union Bank of California Pay Pass debit card
540801 - Household Bank USA MasterCard Credit Card
540806 - Hang Seng Bank Credit Card
540838 - BOC Great Wall Credit Card (CN)
540877 - BOC Platinum MasterCard Credit Card (SG)
541010 - Raiffeisen Zentralbank
541065 - Citibank MC
5412?? - HSBC Malaysia issued Mastercard
541206 USAA
541256 02 - SEB Kort AB, Choice Club credit card (SE)
541256 50 - SEB Kort AB, SJ Prio credit card (SE)
541277 - Nordea Finance/Valutakortet Valuta MasterCard credit card (SE)
541592 - Neteller (UK) Mastercard debit card
5416 - Washington Mutual (formerly Providian) Platinum MasterCard Credit Card
541657 - (Ebay MasterCard) via Providian
5417 - Chase Bank

5420 - MasterCard issued by USAA
5424 - Citibank MasterCard Credit Card (Dividend, Diamond and others)
542418 Citibank Platinum Select
5425 - Barclaycard MasterCard Credit Card (Germany)
542505 - RBS Gold Mastercard Credit Card (formerly ABN Amro Bank) (India)

## Bin range - 54 (Mastercard)

542523 Allied Irish Banks MasterCard Credit Card (Ireland)
542542 00 - GE Money Bank Mastercard debit card (SE)
542542 07 - GE Money Bank Mastercard credit card (SE)
542598- Bank of Ireland Post Office Platinum Card (UK)
5430 - Stockmann Department Store Mastercard, issued by Nordea (Finland)
543034 - Stockmann Department Store Exclusive Mastercard, issued by Nordea (Finland)
543122 - HSBC issued Mastercard (Hong Kong)
543250 - Bank of New Zealand MasterCard Credit Card
5434 - MasterCard credit cards from UK and Irish banks
543429 - Halifax 'One' Mastercard
543458 - HSBC UK Premier Credit Card
543460 - HSBC Mastercard Credit Card (UK)
543479 - National Irish Bank Gold Mastercard
543556 - NatWest Mastercard Charge Card
543678 - Westpac New Zealand Mastercard Gold Credit Card
543482 - RBS Mastercard Credit Card
543696 - Itau Mastercard Credit Card
543699 - NatWest Mastercard Gold Credit Card
5437 - St George Bank Credit Card (Australia)
5438 - USAA Federal Savings Bank
5440 - Mastercard from MBF Malaysia
544156 - Allied Irish Banks Gold MasterCard Credit Card
5442 - HSBC Mastercard Credit Card (Singapore)
5443 - HSBC Mastercard Debit Card with PayPass (USA)
5444 - Valovis Commercial Bank, Debit (Germany)
544434 - Wizard Clear Advantage Mastercard (Australia)
5446 - Canadian Tire MasterCard Credit Card
544917 - Citizens Bank (Personal Checking) Debit
545045 - Danske Bank Intercard MasterCard debit card (SE)
5451 - NatWest Mastercard Credit Card
5452 - MBNA Canada Mastercard
545250 - Maestro (debit card) BZWBK Poland
54546? - Natwest Student Mastercard (UK)
5455 - BancorpSouth Mastercard MasterMoney Debit Card

## Bin range - 43 (Visa)

5457 - Capital One Canada Branch
545955 - Mascoma Savings Bank Mastercard Consumer Debit Card
5460 - Berliner Bank (Germany) ,Mint MasterCard Credit Card and Capital One UK
5466 - Citibank, MBNA & Chase World MasterCard Credit Cards,
546604 - First USA Banke, N.A. Master Card
546641,80 - HSBC GM MasterCard Credit Card
5471 - Davivienda MasterCard Credit Card (Colombia)
547343 - ANZ Business MasterCard (New Zealand)
547347 - HSBC Commercial Card (UK in £)
547356 - RBS Royal Bank of Scotland
547367 - NatWest (RBS)
548009 - Fifth Third Bank
548045 - BANCO BRADESCO S.A. (BRAZIL)
5483 - HypoVereinsbank (Germany)
548652 - Banco de Chile Master Card Credit Card
548653 - Banco de Chile Master Card Credit Card RUA
548674 - Alfa-Bank Russia Credit Card RUA
548805 - Hatton National Bank, Sri Lanka RUA
548901 - Banco Santander MasterCard debit card (Spain)
548912 - Banco Santander MasterCard debit card with chip (Spain)
548955 - HOUSEHOLD BANK (NEVADA), N.A, (Orchard Bank M/C, HSBC Card Services) RUA
5490 - MBNA & Chase Platinum MasterCard Credit Cards
549035 - MBNA American Bank [Now part of Bank of America]
549099 - MBNA American Bank [Now part of Bank of America]
5491 - AT&T Universal MasterCard Credit Card, now part of Citibank, also MBNA MasterCard Credit Cards
549104 - Chase Manhattan Bank USA, N.A.
549110 - HSBC Bank Nevada, N.A. issued Household Bank Platinum Mastercard
549113- Citibank MC
549123- USAA Federal Savings Bank Platinum
549409 - HSBC Bank Nevada, NA Premier World Mastercard (credit card)

## Bin range - 55 (Mastercard)

Bin list - Mastercard and Visa binlist

5506 19 - "Skycard" MasterCard Credit Card issued in UK in association with Barclaycard
551128 - ITS Bank/SHAZAM (Interbank Network) Mastercard USA unclear if Debit or Credit
551167 - ITS Bank/SHAZAM (Interbank Network) Mastercard USA unclear if Debit or Credit
551445 - Cambridge Trust Company in Massachusetts, USA
5520 - DBS POSB Everyday Platinum Mastercard (Singapore) / Royal Bank of Scotland Private Banking Platinum MasterCard
552033 - Commonwealth Bank Platinum Awards MasterCard Credit Card
552093 - Citibank Mastercard Platinum Credit Card (India)
552157 - Lloyds TSB Platinum Mastercard
552188 - TESCO CREDIT CARD
5522 - NatWest Platinum Mastercard
552220 - BC Platinum Mastercard issued by Woori Bank
552461 - Morgan-Stanley World Elite Mastercard
552594 - CUETS Financial (Canada) Business Mastercard
552724 - Danske Bank MasterCard Direkt debit card (SE)
5528 - Professional MasterCard issued by CitiBank
553421 - Bank of Scotland Mastercard
553823 - MIT Federal Credit Union Debit Mastercard
553985 - First National Bank in Edinburg, USA
554346 - Kookmin Bank Mastercard "Free Pass" Debit Card
554544 - Bank of Ireland
554619 - Citibank Mastercard Silver Credit Card (India)
554827 - POSBank MasterCard Debit Card (Singapore)
555005 - Commonwealth Bank of Australia Corporate Mastercard
556951 - Nat West Bank Mastercard
557098 - Aqua Card Mastercard (UK)
5573 - Metro Bank MasterCard Debit Card
557552 - Ally Bank Platinum Debit Card
557843 - "Goldfish" MasterCard Credit Card issued in UK by Morgan Stanley
557892 - MasterCard Credit Card issued in Nordea Denmark
557905 - Santander Mexico Debit Card
558108 - Citizens Bank (Business Checking) Debit
558158 - Paypal MasterCard Debit Card, JPMorgan Chase Bank, Formerly Bank One
558818 - [Hdfc Bank] MasterCard Credit Card "Business Platinum" India

## Maestro bin range - 56

5600 17 - Comdata Card
560054 - HSBC Bank USA, N.A. Maestro card (given to Online Savings account holders who do not hold a chequing account, this card does not carry a Mastercard logo and is mostly advertised in North America as an HSBC ATM card, although it does carry a Cirrus and Maestro logos on the back side of the card)
560279 - Commonwealth Bank of Australia Key Card
560373 - Alliance and Leicester cash deposit card
561059 - Australian Bank Card
561066 - HSBC Bank Canada ATM Card
564100 - Santander UK cash card
564120 - Nationwide Cashbuilder ATM card.
564182 - Switch (debit card) Debit Card
565659 - Banco Santander Ferrari MasterCard credit card (Spain)

## Bin range - 57

574085 - Banco Santander Puerto Rico ATM/debit card

## Bin range - 58

5813 53 - Vancity ATM Card
581828 - Credit Union (Ontario) debit cards
585048 - Suntrust Banks - ATM Card
585210 - Citibank Greece ATM Card
586357 - Branch Banking and Trust (BB&T) ATM Card
587781 - Bank of America ATM Card
589297 - TD Canada Trust Interac/ATM Card
589562 - TARJETA NARANJA (Argentina)
588644 - Citibank Korea International ATM Card
589242 - National Bank of Greece Debit Card
589261 - Maestro (debit card) Pekao
589460 - Choice Card, issued by HSBC, for the Cold Storage chain
589732 - Digital TV Converter Box $40.00 Coupons (USA) - DTV2009.GOV
5898 xx - All Korean Banks ATM/DEBIT Card
589856 - Standard Chartered Bank (Hong Kong) ATM Card
5899 xx - MCB

## Bin range - 60

6002 29 - Wegmans Shoppers Card

Bin list - Mastercard and Visa binlist

6002 92,93,94 - Hudson's Bay Company
6003 15 - Safeway
6006 49 - Lowe's Home Improvement Center gift card (also Radio Shack and GameStop and related companies)
6010 56 - ValueLink stored value card (Starbucks, Borders Books, et al.)
6010 21 - ARI Canada - Ontario government
6011 - Discover Card Credit Card
6012 BANESCO (former BancUnion) Maestro Debit card
6013 82 - Bank of China Maestro Debit card (GreatWall Debit Card)
6016 Bancolombia
6017 25 - ING Direct Canada ATM Card
6018 59 - A GAP card that carries GAP, Banana Republic and Old Navy logos, issued by GE Money Bank.
6018 87 - President's Choice Financial Canada Debit Card (ATM/Interac)
6019 - Brandsmart USA Credit Card
6027 00 - Wichita State University "Shocker Card" (a stored value card)
6029 69 - CN Bank of Beijing Debit Card Visa Interlink/China UnionPay CNY
6032 07 - Shoppers Drug Mart Optimum Program
6033 67 - (CN) Bank of Hangzhou Debit Card, China UnionPay
6034 11 - Palm Desert National Bank, USA (IKobo.com Money-transfer debit card)
6034 50 - Starbucks Card (Starbucks Europe Ltd)
6035 28 - STAPLES Canada Enterprise Credit Card (issued by Citi Cards Canada)
6037 53 - McDonald's Gift Card (serviced by ValueLink)
6037 98 - KiwiBank Debit Card (Cirrus)
6039 48 - OBI Petrol Card
6041 - Walmart Canada Gift Card
6045 - Lowes (Canada) (issued by GE Money Canada)
6046 46 - Scene LP (Cineplex Entertainment)
6049 76 - Tim Hortons QuickPay Tim Card
6051 - Starbucks Card - USA & Canada
6060 - Shinhan Card
6061 72 - Club Sobeys (Canada)
6061 79 - Commonwealth Finance Solutions Ltd
6064 84 - PRJ Financial Services - Karum Group LLC

## Bin range - 62

Bin range - 6200-6250 (China UnionPay)

6200 13 - Bank of Communications Hong Kong Branch Expo 2010 Shanghai China CUP Gift Card (Hong Kong)
6200 21 - Bank of Communications Expo 2010 Shanghai China Prepaid Card (China)
6210 19 - Zheshang Bank Debit Card (CN)
6210 41 - Bank of China (Hong Kong) BOC Card - Debit (Hong Kong)
6210 60 - Woori Bank UnionPay Shanghai Tourism Card (China)
6222 00 - CN ICBC Peony Money Link Card
6222 01 - CN ICBC Peony Money Link Card
6222 02 - CN ICBC Peony Money Link Card E-Age
6222 03 - CN ICBC Peony Money Link Card E-Age
6222 08 - CN ICBC Elite Club Account Card
6222 10 - CN ICBC Peony Quasi-Credit Card
6222 12 - Chong Hing Bank China Unionpay Gift Card (Hong Kong)
6222 26 - Bank of Communications Pacific Card Debit Card
6222 52 - BestBuy UnionPay Credit Card by Bank of Communications/HSBC
6222 60 - Bank of Communications Expo 2010 Shanghai China CUP Special Edition Debit Card (mainland China)
6223 72 - The Bank of East Asia Platinum Credit Card (Hong Kong)
6223 09 - Zheshang Bank Debit Card (CN)
6223 81 - CCB (Asia) CUP Credit Card (Hong Kong)
6224 09 - Hang Seng Bank Green Banking Smart Card - Debit (Hong Kong)
6224 10 - Hang Seng Bank Hang Seng Card - Debit (Hong Kong)
6224 92 - DBS Octopus ATM Card - Debit (Hong Kong)
6225 68 - Guangdong Development Bank Debit(China UnionPay) Card (CN)
6226 30/31/32/33 - China Huaxia Bank Debit card, China Unionpay(CN)
6226 59 - CHINA EVERBRIGHT BANK Debit and Credit All in One Card (CN)
6227 00 - China Construction Bank Debit(China UnionPay) Card (CN)
6227 52 - Bank of China China UnionPay Credit Card (CN)
6227 89 - Bank of China China UnionPay Platinum Credit Card (SG)
6229 33 - Bank of East Asia UnionPay Debit Card (China)
6229 42 - Standard Chartered UnionPay Debit Card (China)
6229 74 - AEON Prepaid UnionPay Card (Hong Kong)
6250 40 - BOC CUP Dual Currency Credit Card - HKD Account (Hong Kong)
6250 41 - BOC CUP Dual Currency Credit Card - CNY Account (Hong Kong)

## Bin range - 63

630490 - Bank of Ireland Laser/Maestro debit card
630495 - National Irish Bank Laser/Maestro debit card
630499 - permanent tsb Laser/Maestro debit card
63191 - British Home Stores - Bhs credit card
633174 - Co-operative membership card
633300 to 6333 49 - Maestro Cards

Bin list - Mastercard and Visa binlist

633450 to 6334 99 - Solo Cards
633540 - Argos Card
633641 Post Office Card Account card
633675 - G-T-P Group Ltd Payment Card
633676 - HMV Gift Card
633698 - G-T-P Group Ltd Prepaid Card
633791 - Commonwealth Finance Solutions Ltd
633845 - Subway Subcard (UK)
6340 - Tesco Personal Finance ATM Card
636325 - Sahand Samaneh Mahpa Co Loyalty Card (IR)
639300 - Malina loyalty card (RU)

### Bin range - 65 (Discover Card)

65 - Discover Card

### Bin range - 67

670695 - Allied Irish Banks Maestro/Laser card (Ireland)
6709 - Laser Debit Card
6718 - RBS Cashline ATM Cards, Cirrus Branded
6725/6726 - Maestro debit cards (Germany)
6759xx - VARIOUS BANKS (UK) - Maestro (formerly Switch) debit cards
675922 - Clydesdale Bank Maestro debit card
675940 - HSBC (UK) Maestro Debit card
675964 - RBS Maestro Debit Card, with £100 Cheque Guarantee
675967 - NatWest Maestro Debit Card, with £100 Cheque Guarantee
675968 - NatWest Maestro Debit Card, with £250 Cheque Guarantee
6761 - Maestro debit card
676165 - Maestro debit card - CSOB Bank (CZ)
676378 - BZWBK (PL) - Maestro PayPass
676398 - ING Bank Slaski (PL) - Maestro PayPass
676481 - HSBC Bank (Turkey) - Maestro debit card
676613 - Citibank (PL) - Maestro debit card
6767xx - VARIOUS BANKS (UK) - Solo; xx indicates the bank in the UK national sort code system.
676953 - Pekao (PL) - Maestro debit card
676969 - Eurobank EFG (GR) - Maestro debit card
6771 - VARIOUS BANKS - Laser debit card
677574 - Intesa SanPaolo - Maestro debit card
677594 - Alior Bank (PL) - Maestro debit card

**TOOLS**

Bin Database
Bin Lookup
Database Features
Database Structure

Euro Kartensysteme - Germany Bins
Pbs International - Danish Bins
Teller - Norway Bins
Bank Card Company - Belgium Bins

BinDB Articles
Visa Card Subtypes
MasterCard Subtypes
American Express Card Subtypes

**ABOUT**

Forum
FAQ
About Us
Contact Us

Copyright © 2009-2011 BinDB.com

Legal | About Us

# Exhibit D



🔓 Log in / create account

WIKIPEDIA
The Free Encyclopedia

| Article | Discussion | | Read | Edit | View history | Search |

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia

Interaction
Help
About Wikipedia
Community portal
Recent changes
Contact Wikipedia

Toolbox

Print/export

Languages
Deutsch

日本語
中



## Please read: A personal appeal from Bruno Linhares, Wikipedia author of 169 articles

Read now

# Bank card number

From Wikipedia, the free encyclopedia

A **bank card number** is the **primary account number** found on credit cards and bank cards. It has a certain amount of internal structure and shares a common numbering scheme. Credit card numbers are a special case of ISO/IEC 7812 bank card numbers.

An ISO/IEC 7812 number is typically 16 digits in length.[1] It consists of:

- a six-digit Issuer Identification Number (IIN), the first digit of which is the Major Industry Identifier (MII),
- a variable length (up to 12 digits) individual account identifier,
- a single check digit calculated using the Luhn algorithm.[2]

The term "Issuer Identification Number" (IIN) replaces the previously used "Bank Identification Number" (BIN). See ISO/IEC 7812 for more information.

### Contents [hide]

1 Major Industry Identifier (MII)
2 Issuer Identification Number (IIN)
3 Other codes
4 Security
5 See also
6 References
7 External links

## Major Industry Identifier (MII)                              [edit]

The first digit of a credit card number is the Major Industry Identifier (MII), which represents the category of entity which issued the credit card. Different MII digits represent the following issuer categories:

- 0 – ISO/TC 68 and other future industry assignments
- 1 – Airlines
- 2 – Airlines and other future industry assignments
- 3 – Travel and entertainment and banking/financial
- 4 – Banking and financial

- 5 – Banking and financial
- 6 – Merchandising and banking/financial
- 7 – Petroleum and other future industry assignments
- 8 – Healthcare, telecommunications and other future industry assignments
- 9 – National assignment

For example, American Express, Diner's Club, and Carte Blanche are in the travel and entertainment category, VISA, MasterCard, and Discover are in the banking and financial category (Discover being in the Merchandising and banking/financial category), and Sun Oil and Exxon are in the petroleum category.

## Issuer Identification Number (IIN) [edit]

The first six digits of the credit card number (including the initial MII digit) are known as the Issuer Identification Number (IIN). These identify the institution that issued the card to the card holder. The rest of the number is allocated by the issuer. Cards are issued by the issuer through an issuing network. The card number's *length* is its number of digits. Many credit card issuers print the first four digits of the IIN on their card, just beneath where the number is embossed, as an added security measure.


Partial IIN on a credit card
(both printed and embossed)

- credit cards
- debit cards
- charge cards
- stored-value cards
- Electronic Benefit Transfer cards

In the United States, IINs are also used in NCPDP pharmacy claims to identify processors, and are printed on all pharmacy insurance cards. IINs are the primary routing mechanism for real-time claims. Each processor has one or more IINs, which it divides into plans by using Group Number and Processor Control Number fields.

The IIN database and membership is managed by the American Bankers Association (ABA) and is updated monthly. The ABA is responsible for allocating IIN ranges to the issuing networks.

Online merchants may use IIN lookups to help validate transactions. For example, if the credit card's IIN indicates a bank in one country, while the customer's billing address is in another, the transaction may call for extra scrutiny.

| Issuing network | IIN ranges | Active | Length | Validation |
|---|---|---|---|---|
| American Express | 34, 37[3][*dead link*] | Yes | 15[4] | Luhn algorithm |
| Bankcard[5] | 5610, 560221-560225 | No | 16 | Luhn algorithm |
| China UnionPay | 62[6] | Yes | 16-19 | *unknown* |
| Diners Club Carte Blanche | 300-305 | Yes | 14 | Luhn algorithm |
| Diners Club enRoute | 2014, 2149 | No | 15 | no validation |
| Diners Club International[7] | 36 | Yes | 14 | Luhn algorithm |
| Diners Club United States & | | | | Luhn |

| Canada[8] | 54, 55 | Yes | 16 | algorithm |
| Discover Card[9] | 6011, 622126-622925, 644-649, 65 | Yes | 16 | Luhn algorithm |
| InstaPayment | 637-639[citation needed] | Yes | 16 | Luhn algorithm |
| JCB | 3528-3589[10] | Yes | 16 | Luhn algorithm |
| Laser | 6304, 6706, 6771, 6709 | Yes | 16-19 | Luhn algorithm |
| Maestro | 5018, 5020, 5038, 6304, 6759, 6761, 6762, 6763 | Yes | 12-19 | Luhn algorithm |
| MasterCard | 51-55 | Yes | 16 | Luhn algorithm |
| Solo | 6334, 6767 | No | 16, 18, 19 | Luhn algorithm |
| Switch | 4903, 4905, 4911, 4936, 564182, 633110, 6333, 6759 | No | 16, 18, 19 | Luhn algorithm |
| Visa | 4 | Yes | 16[11] | Luhn algorithm |
| Visa Electron | 4026, 417500, 4508, 4844, 4913, 4917 | Yes | 16 | Luhn algorithm |

On November 8, 2004, MasterCard and Diner's Club formed an alliance. Cards issued in Canada and the United States start with 54 or 55 and are treated as MasterCards worldwide. International cards use the 36 prefix and are treated as MasterCards in Canada and the United States, but are treated as Diner's Club cards elsewhere. Diner's Club International's web site makes no reference to old 38 prefix numbers, and they can be presumed reissued under the 55 or 36 IIN prefix. Effective October 16, 2009, Diner's Club cards beginning with 30, 36, 38 or 39 have been processed by Discover Card.[12]

Effective October 1, 2006, Discover began using the entire 65 prefix, not just 650. Also, similar to the Master Card/Diner's agreement, China Union Pay cards are now treated as Discover cards and accepted on the Discover network.

A search on Visa's web site results in many references to card numbers being 16 digits long. However, searching for references to 13-digit cards will turn up no results. All 13-digit account numbers have since been migrated to 16-digit account numbers. At least two different schemes were devised for this that included appending three digits to the account number, and, in more rare cases, inserting three digits after the twelfth digit of the old 13-digit number.

Switch was re-branded as Maestro in mid-2007.[13] In 2011, UK Domestic Maestro (formerly Switch) was aligned with the standard international Maestro proposition.

## Other codes                                                                    [edit]

The Card Security Code is typically the last three digits printed on the signature strip on the back of the card. On American Express cards, the Card Security Code is a printed (not embossed) group of four digits on the front towards the right.

The Card Security Code (CSC), sometimes called Card Verification Value (CVV or CV2), Card Verification Value Code (CVVC), Card Verification Code (CVC), Verification Code (V-Code or V

Code), or Card Code Verification (CCV) is a security feature for credit or debit card transactions, giving increased protection against credit card fraud.

There are actually several types of security codes:

- The first code, called CVC1 or CVV1, is encoded on the magnetic stripe of the card and used for transactions in person.
- The second code, and the most cited, is CVV2 or CVC2. This CSC (also known as a CCID or Credit Card ID) is often asked for by merchants for them to secure "card not present" transactions occurring over the Internet, by mail, fax or over the phone. In many countries in Western Europe, due to increased attempts at card fraud, it is now mandatory to provide this code when the cardholder is not present in person.
- Contactless card and chip cards may supply their own codes generated electronically, such as iCVV or Dynamic CVV.

## Security                                                                         [edit]

Due to risk of credit card fraud if a number (PAN) is known, various techniques are used to prevent these from being widely disseminated. These include:

- PAN truncation – only printing some of the digits on receipts
- Tokenization – only using some of the digits during communication and storage of the transaction

## See also                                                                         [edit]

- Bank account
- International Bank Account Number
- List of Bank Identification Numbers
- Routing transit number

## References                                                                       [edit]

1. ^ "What your credit card numbers mean" 🔗. Retrieved 2010-12-07.
2. ^ ISO/IEC 7812-1:2006 Identification cards — Identification of issuers — Part 1: Numbering system 🔗
3. ^ "Card Security Features" 📄 (PDF). American Express. January 2001. Retrieved 2006-04-05.[dead link]
4. ^ "American Express Fraud Prevention Handbook" 📄 (PDF). p. 13. Retrieved 2006-04-05.
5. ^ "Bankcard Association of Australia" 🔗. Retrieved 2006-04-05.
6. ^ "China UnionPay Cards" 🔗. Retrieved 2010-11-26.
7. ^ "MasterCard Diner's Club Alliance" 🔗. Retrieved 2006-04-05.
8. ^ "Diner's Club - Fraud Management" 🔗. Retrieved 2007-01-26.
9. ^ "Discover Network - IIN Range Update, 8.2" 📄 (PDF). September 2008. Retrieved 2008-10-23.
10. ^ "Discover Network IIN Range Update, 9.2" 📄 (PDF). September 2009.
11. ^ "What To Do If Compromised: Visa Fraud Control and Investigations Procedures" 📄 (PDF). December 2008. p. 36. Retrieved 2010-01-09.
12. ^ "Discover Network - IIN Range Update, 9.1" 📄 (PDF). October 2008. Retrieved 2009-01-28.
13. ^ "Switch to Maestro" 🔗. Retrieved 2010-08-20.

## External links                                                                   [edit]

- H.P. Luhn and Automatic Indexing 🔗
- What your credit card numbers mean 🔗
- Issuer Identification Number Search 🔗

| v · d · e | Credit, charge, and debit cards | [hide] |
|---|---|---|
| **Major credit cards** | JCB · MasterCard · Visa | |

Bank card number - Wikipedia, the free encyclopedia
Case 8:10-cv-01008-JAK-MLG  Document 90  Filed 12/12/11  Page 56 of 110  Page ID
#:1469

| Major debit cards | Debit MasterCard · Maestro · Visa Debit (Delta, Connect) · Visa Electron |
|---|---|
| Charge cards | American Express · Diners Club · UATP |
| Regional cards | BC Card · Carte Bleue · China UnionPay · Dankort · Discover · Girocard (EC) · Interac · Laser · RuPay · V PAY |
| Defunct cards | Access · Bankcard · Carte Blanche · Choice · enRoute · Eurocard · Everything · Switch · Solo |
| Accounts | **Bank card number** · Enclosure · Credit limit · Credit card balance transfer · Revolving account |
| Interest | Grace period · Introductory rate · Teaser rate · Universal default |
| Payment | Credit card cashback · Card not present transaction · Chargeback · Controlled payment number · Interchange fee |
| Technology | Automated teller machine · EMV · Smart card · Contactless payment · Interbank network · Credit card terminal · Magnetic stripe card |
| Security/crime | Credit card fraud · Friendly fraud · Credit card hijacking · Card security code |



Rate this page                                    View page ratings
What's this?

⑦ Trustworthy        ⑦ Objective        ⑦ Complete        ⑦ Well-written

☑ I am highly knowledgeable about this topic (optional)

Submit ratings

Categories:  Identifiers  |  Financial routing standards  |  Credit card terminology

This page was last modified on 30 November 2011 at 21:00.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Contact us

Privacy policy   About Wikipedia   Disclaimers   Mobile view

 

# Exhibit E



# Payment Card Industry (PCI) Data Security Standard

## Security Audit Procedures

## Version 1.1

Release: September 2006



# Table of Contents

Security Audit Procedures .................................................................................................................................... 1
Version 1.1 ........................................................................................................................................................... 1
    Table of Contents ............................................................................................................................................ 2
Introduction .......................................................................................................................................................... 3
PCI DSS Applicability Information ........................................................................................................................ 4
Scope of Assessment for Compliance with PCI DSS Requirements .................................................................. 5
    Wireless .......................................................................................................................................................... 6
    Outsourcing .................................................................................................................................................... 6
    Sampling ......................................................................................................................................................... 6
    Compensating ................................................................................................................................................. 7
    Controls .......................................................................................................................................................... 7
Instructions and Content for Report on Compliance .......................................................................................... 7
Revalidation of Open Items ................................................................................................................................. 9
Build and Maintain a Secure Network ................................................................................................................. 9
    Requirement 1: Install and maintain a firewall configuration to protect cardholder data ............................... 9
    Requirement 2: Do not use vendor-supplied defaults for system passwords and other security parameters. ... 13
Protect Cardholder Data ................................................................................................................................... 16
    Requirement 3: Protect stored cardholder data ........................................................................................... 16
    Requirement 4: Encrypt transmission of cardholder data across open, public networks ............................. 21
Maintain a Vulnerability Management Program ................................................................................................. 23
    Requirement 5: Use and regularly update anti-virus software or programs ................................................. 23
    Requirement 6: Develop and maintain secure systems and applications .................................................... 24
Implement Strong Access Control Measures .................................................................................................... 28
    Requirement 7: Restrict access to cardholder data by business need-to-know ........................................... 28
    Requirement 8: Assign a unique ID to each person with computer access. ................................................ 29
    Requirement 9: Restrict physical access to cardholder data. ...................................................................... 33
Regularly Monitor and Test Networks ............................................................................................................... 36
    Requirement 11: Regularly test security systems and processes. ............................................................... 39
Maintain an Information **Security** Policy ............................................................................................................. 41
    Requirement 12: Maintain a policy that addresses information security for employees and contractors. .... 41
Appendix A: PCI DSS Applicability for Hosting Providers (with Testing Procedures) ...................................... 47
    Requirement A.1: Hosting providers protect cardholder data environment .................................................. 47
Appendix B – Compensating Controls ............................................................................................................... 49
    Compensating Controls – General ................................................................................................................ 49
    Compensating Controls for Requirement 3.4 ............................................................................................... 49
Appendix C: Compensating Controls Completed Example/Worksheet .............................................................. 50
    Example ......................................................................................................................................................... 50
    Worksheet ...................................................................................................................................................... 51



# Introduction

The PCI Security Audit Procedures are designed for use by assessors conducting onsite reviews for merchants and service providers required to validate compliance with Payment Card Industry (PCI) Data Security Standard (DSS) requirements. The requirements and audit procedures presented in this document are based on the PCI DSS.

This document contains the following:

- **Introduction**
- **PCI DSS Applicability Information**
- **Scope of Assessment for Compliance with PCI DSS Requirements**
- **Instructions and Content for** *Report On Compliance*
- **Revalidation of Open Items**
- **Security Audit Procedures**

APPENDICES

- **Appendix A: PCI DSS Applicability for Hosting Providers (with Testing Procedures)**
- **Appendix B: Compensating Controls**
- **Appendix C: Compensating Controls Worksheet/Completed Example**

 Security Standards Council ™

# PCI DSS Applicability Information

The following table illustrates commonly used elements of cardholder and sensitive authentication data; whether **storage** of each data element is permitted or prohibited; **and if each data element** must be **protected**. This table is not exhaustive, but is presented to illustrate the different types of requirements that apply to each data element.

|  | Data Element | Storage Permitted | Protection Required | PCI DSS REQ. 3.4 |
|---|---|---|---|---|
| Cardholder Data | Primary Account Number (PAN) | YES | YES | YES |
|  | Cardholder Name* | YES | YES* | NO |
|  | Service Code* | YES | YES* | NO |
|  | Expiration Date* | YES | YES* | NO |
| Sensitive Authentication Data** | Full Magnetic Stripe | NO | N/A | N/A |
|  | CVC2/CVV2/CID | NO | N/A | N/A |
|  | PIN / PIN Block | NO | N/A | N/A |

\* These data elements must be protected if stored in conjunction with the PAN. This protection must be consistent with PCI DSS requirements for general protection of the cardholder environment. Additionally, other legislation (for example, related to consumer personal data protection, privacy, identity theft, or data security) may require specific protection of this data, or proper disclosure of a company's practices if consumer-related personal data is being collected during the course of business. PCI DSS, however, does not apply if PANs are not stored, processed, or transmitted.

\*\* Sensitive authentication data must not be stored subsequent to authorization (even if encrypted).

 Security
Standards Council

# Scope of Assessment for Compliance with PCI DSS Requirements

The PCI DSS security requirements apply to all "system components." A system component is defined as any network component, server, or application that is included in or connected to the cardholder data environment. The cardholder data environment is that part of the network that possesses cardholder data or sensitive authentication data. Network components include but are not limited to firewalls, switches, routers, wireless access points, network appliances, and other security appliances. Server types include, but are not limited to the following: web, database, authentication, mail, proxy, network time protocol (NTP), and domain name server (DNS). Applications include all purchased and custom applications, including internal and external (internet) applications.

Adequate network segmentation, which isolates systems that store, process, or transmit cardholder data from the rest of the network, may reduce the scope of the cardholder data environment. The assessor must verify that the segmentation is adequate to reduce the scope of the audit.

A service provider or merchant may use a third party provider to manage components such as routers, firewalls, databases, physical security, and/or servers. If so, there may be an impact on the security of the cardholder data environment. The relevant services of the third party provider must be scrutinized either in 1) each of the third party provider's clients' PCI audits; or 2) the third party provider's own PCI audit.

For service providers required to undergo an annual onsite review, compliance validation must be performed on all system components where cardholder data is stored, processed, or transmitted, unless otherwise specified.

For merchants required to undergo an annual onsite review, the scope of compliance validation is focused on any system(s) or system component(s) related to authorization and settlement where cardholder data is stored, processed, or transmitted, including the following:

- All external connections into the merchant network (for example; employee remote access, payment card company, third party access for processing, and maintenance)
- All connections to and from the authorization and settlement environment (for example, connections for employee access or for devices such as firewalls and routers)
- Any data repositories outside of the authorization and settlement environment where more than 500 thousand account numbers are stored. Note: Even if some data repositories or systems are excluded from the audit, the merchant is still responsible for ensuring that all systems that store, process, or transmit cardholder data are compliant with the PCI DSS
- A point-of-sale (POS) environment – the place where a transaction is accepted at a merchant location (that is, retail store, restaurant, hotel property, gas station, supermarket, or other POS location)
- If there is no external access to the merchant location (by Internet, wireless, virtual private network (VPN), dial-in, broadband, or publicly accessible machines such as kiosks), the POS environment may be excluded



## Wireless

If wireless technology is used to store, process, or transmit cardholder data (for example, point-of-sale transactions, "line-busting"), or if a wireless local area network (LAN) is connected to or part of the cardholder environment (for example, not clearly separated by a firewall), the Requirements and Testing Procedures for wireless environments apply and must be performed as well. Wireless security is not mature yet, but these requirements specify that basic wireless security features be implemented to provide minimal protection. Since wireless technologies cannot yet be secured well, before wireless technology is put in place, a company should carefully evaluate the need for the technology against the risk. Consider deploying wireless technology only for non-sensitive data transmission or waiting to deploy more secure technology.

## Outsourcing

For those entities that outsource storage, processing, or transmission of cardholder data to third party service providers, the *Report on Compliance* must document the role of each service provider. Additionally, the service providers are responsible for validating their own compliance with the PCI DSS requirements, independent of their customers' audits. Additionally, merchants and service providers must contractually require all associated third parties with access to cardholder data to adhere to the PCI DSS. *Refer to Requirement 12.8 in this document for details.*

## Sampling

The assessor may select a representative sample of system components to test. The sample must be a representative selection of all of the types of system components, and include a variety of operating systems, functions, and applications that are applicable to the area being reviewed. For example, the reviewer could choose Sun servers running Apache WWW, NT servers running Oracle, mainframe systems running legacy card processing applications, data transfer servers running HP-UX, and Linux Servers running MYSQL. If all applications run from a single OS (for example, NT, Sun), then the sample should still include a variety of applications (for example, database servers, web servers, data transfer servers).

*When selecting samples of merchants' stores or for franchised merchants, assessors should consider the following:*

- If there are standard, required PCI DSS processes in place that each store must follow, the sample can be smaller than is necessary if there are no standard processes, to provide reasonable assurance that each store is configured per the standard process.
- If there is more than one type of standard process in place (for example, for different types of stores), then the sample must be large enough to include stores secured with each type of process.
- If there are no standard PCI DSS processes in place and each store is responsible for their processes, then sample size must be larger to be assured that each store understands and implements PCI DSS requirements appropriately.



## Compensating Controls

Compensating controls must be documented by the assessor and included with the Report on Compliance submission, as shown in Appendix C – Compensating Controls Worksheet / Completed Example.

See PCI DSS Glossary, Abbreviation, and Acronyms for the definitions of "compensating controls."

# Instructions and Content for Report on Compliance

This document is to be used by assessors as the template for creating the *Report on Compliance*. The audited entity should follow each payment card company's respective reporting requirements to ensure each payment card company acknowledges the entity's compliance status. Contact each payment card company to determine each company's reporting requirements and instructions. All assessors must follow the instructions for report content and format when completing a *Report on Compliance*:

1. **Contact Information and Report Date**

- Include contact information for merchant or service provider and assessor

- Date of report

2. **Executive Summary**

Include the following:

- Business description

- List service providers and other entities with which the company shares cardholder data

- List processor relationships

- Describe whether entity is directly connected to payment card company

- For merchants, POS products used



- Any wholly-owned entities that require compliance with the PCI DSS

- Any international entities that require compliance with the PCI DSS

- Any wireless LANs and/or wireless POS terminals connected to the cardholder environment

**3. Description of Scope of Work and Approach Taken**

- Version of the Security Audit Procedures document used to conduct the assessment

- Timeframe of assessment

- Environment on which assessment focused (for example, client's Internet access points, internal corporate network, processing points for the payment card company)

- Any areas excluded from the review

- Brief description or high-level drawing of network topology and controls

- List of individuals interviewed

- List of documentation reviewed

- List of hardware and critical (for example, database or encryption) software in use

- For Managed Service Provider (MSP) reviews, clearly delineate which requirements in this document apply to the MSP (and are included in the review), and which are not included in the review and are the responsibility of the MSP's customers to include in their reviews. Include information about which of the MSP's IP addresses are scanned as part of the MSP's quarterly vulnerability scans, and which IP addresses are the responsibility of the MSP's customers to include in their own quarterly scans



**4. Quarterly Scan Results**

- Summarize the four most recent quarterly scan results in comments at Requirement 11.2
- Scan must cover all externally accessible (Internet-facing) IP addresses in existence at the entity

**5. Findings and Observations**

- All assessors must use the following template to provide detailed report descriptions and findings on each requirement and sub-requirement
- Where applicable, document any compensating controls considered to conclude that a control is in place
- *See* PCI DSS Glossary, Abbreviation, and Acronyms *for the definitions of "compensating controls."*

# Revalidation of Open Items

A "controls in place" report is required to verify compliance. If the initial report by the auditor/assessor contains "open items," the merchant/service provider must address these items before validation is completed. The assessor/auditor will then reassess to validate that the remediation occurred and that all requirements are satisfied. After revalidation, the assessor will issue a new *Report on Compliance*, verifying that the system is fully compliant and submit it consistent with instructions (See above.).

# Build and Maintain a Secure Network

## Requirement 1: Install and maintain a firewall configuration to protect cardholder data

Firewalls are computer devices that control computer traffic allowed into and out of a company's network, as well as traffic into more sensitive areas within a company's internal network. A firewall examines all network traffic and blocks those transmissions that do not meet the specified security criteria.

All systems must be protected from unauthorized access from the Internet, whether entering the system as e-commerce, employees' Internet-based access through desktop browsers, or employees' e-mail access. Often, seemingly insignificant paths to and from the Internet can provide unprotected pathways into key systems. Firewalls are a key protection mechanism for any computer network.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **1.1**   Establish firewall configuration standards that include the following: | **1.1** Obtain and inspect the firewall configuration standards and other documentation specified below to verify that standards are complete. Complete each item in this section | | | |



**Security Standards Council**

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **1.1.1** A formal process for approving and testing all external network connections and changes to the firewall configuration | **1.1.1** Verify that firewall configuration standards include a formal process for all firewall changes, including testing and management approval of all changes to external connections and firewall configuration | | | |
| **1.1.2** A current network diagram with all connections to cardholder data, including any wireless networks | **1.1.2.a** Verify that a current network diagram exists and verify that it documents all connections to cardholder data, including any wireless networks | | | |
| | **1.1.2.b**. Verify that the diagram is kept current | | | |
| **1.1.3** Requirements for a firewall at each Internet connection and between any demilitarized zone (DMZ) and the internal network zone | **1.1.3** Verify that firewall configuration standards include requirements for a firewall at each Internet connection and between any DMZ and the Intranet. Verify that the current network diagram is consistent with the firewall configuration standards. | | | |
| **1.1.4** Description of groups, roles, and responsibilities for logical management of network components | **1.1.4** Verify that firewall configuration standards include a description of groups, roles, and responsibilities for logical management of network components | | | |
| **1.1.5** Documented list of services and ports necessary for business | **1.1.5** Verify that firewall configuration standards include a documented list of services/ports necessary for business | | | |
| **1.1.6** Justification and documentation for any available protocols besides hypertext transfer protocol (HTTP), and secure sockets layer (SSL), secure shell (SSH), and virtual private network (VPN) | **1.1.6** Verify that firewall configuration standards include justification and documentation for any available protocols besides HTTP and SSL, SSH, and VPN | | | |
| **1.1.7** Justification and documentation for any risky protocols allowed (for example, file transfer protocol (FTP), which includes reason for use of protocol and security features implemented | **1.1.7.a** Verify that firewall configuration standards include justification and documentation for any risky protocols allowed (for example, FTP), which includes reason for use of protocol, and security features implemented | | | |
| | **1.1.7.b** Examine documentation and settings for each service in use to obtain evidence that the service is necessary and secured | | | |
| **1.1.8** Quarterly review of firewall and router rule sets | **1.1.8.a** Verify that firewall configuration standards require quarterly review of firewall and router rule sets | | | |



Security
Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | **1.1.8.b** Verify that the rule sets are reviewed each quarter | | | |
| **1.1.9** Configuration standards for routers | **1.1.9** Verify that firewall configuration standards exist for both firewalls and routers | | | |
| **1.2** Build a firewall configuration that denies all traffic from "untrusted" networks and hosts, except for protocols necessary for the cardholder data environment. | **1.2** Select a sample of firewalls/routers 1) between the Internet and the DMZ and 2) between the DMZ and the internal network. The sample should include the choke router at the Internet, the DMZ router and firewall, the DMZ cardholder segment, the perimeter router, and the internal cardholder network segment. Examine firewall and router configurations to verify that inbound and outbound traffic is limited to only protocols that are necessary for the cardholder data environment | | | |
| **1.3** Build a firewall configuration that restricts connections between publicly accessible servers and any system component storing cardholder data, including any connections from wireless networks. This firewall configuration should include: | **1.3** Examine firewall/router configurations to verify that connections are restricted between publicly accessible servers and components storing cardholder data, as follows: | ███████ | | |
| **1.3.1** Restricting inbound Internet traffic to internet protocol (IP) addresses within the DMZ (ingress filters) | **1.3.1** Verify that inbound Internet traffic is limited to IP addresses within the DMZ | | | |
| **1.3.2** Not allowing internal addresses to pass from the Internet into the DMZ | **1.3.2** Verify that internal addresses cannot pass from the Internet into the DMZ | | | |
| **1.3.3** Implementing stateful inspection, also known as dynamic packet filtering (that is, only "established" connections are allowed into the network) | **1.3.3** Verify that the firewall performs stateful inspection (dynamic packet filtering). [Only established connections should be allowed in, and only if they are associated with a previously established session (run NMAP on all TCP ports with "syn reset" or "syn ack" bits set – a response means packets are allowed through even if they are not part of a previously established session)] | | | |
| **1.3.4** Placing the database in an internal network zone, segregated from the DMZ | **1.3.4** Verify that the database is on an internal network zone, segregated from the DMZ | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **1.3.5**  Restricting inbound and outbound traffic to that which is necessary for the cardholder data environment | **1.3.5**  Verify that inbound and outbound traffic is limited to that which is necessary for the cardholder environment, and that the restrictions are documented | | | |
| **1.3.6**  Securing and synchronizing router configuration files. For example, running configuration files (for normal functioning of the routers), and start-up configuration files (when machines are re-booted) should have the same secure configuration | **1.3.6**  Verify that router configuration files are secure and synchronized [for example, running configuration files (used for normal running of the routers) and start-up configuration files (used when machines are re-booted), have the same, secure configurations] | | | |
| **1.3.7**  Denying all other inbound and outbound traffic not specifically allowed | **1.3.7**  Verify that all other inbound and outbound traffic not covered in 1.2 and 1.3 above is specifically denied | | | |
| **1.3.8**  Installing perimeter firewalls between any wireless networks and the cardholder data environment, and configuring these firewalls to deny any traffic from the wireless environment or from controlling any traffic (if such traffic is necessary for business purposes) | **1.3.8**  Verify that there are perimeter firewalls installed between any wireless networks and systems that store cardholder data, and that these firewalls deny or control (if such traffic is necessary for business purposes) any traffic from the wireless environment into systems storing cardholder data | | | |
| **1.3.9**  Installing personal firewall software on any mobile and employee-owned computers with direct connectivity to the Internet (for example, laptops used by employees), which are used to access the organization's network. | **1.3.9**  Verify that mobile and/or employee-owned computers with direct connectivity to the Internet (for example, laptops used by employees), and which are used to access the organization's network, have personal firewall software installed and active, which is configured by the organization to specific standards and not alterable by the employee | | | |
| **1.4**  Prohibit direct public access between external networks and any system component that stores cardholder data (for example, databases, logs, trace files). | **1.4**  To determine that direct access between external public networks and system components storing cardholder data are prohibited, perform the following, *specifically* for the firewall/router configuration implemented between the DMZ and the internal network: | ████████ | ████████ | ████████ |
| **1.4.1**  Implement a DMZ to filter and screen all traffic and to prohibit direct routes for inbound and outbound Internet traffic | **1.4.1**  Examine firewall/router configurations and verify there is no direct route inbound or outbound for Internet traffic | | | |

 Security Standards Council ™

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **1.4.2** Restrict outbound traffic from payment card applications to IP addresses within the DMZ. | **1.4.2** Examine firewall/router configurations and verify that internal outbound traffic from cardholder applications can only access IP addresses within the DMZ | | | |
| **1.5** Implement IP masquerading to prevent internal addresses from being translated and revealed on the Internet. Use technologies that implement RFC 1918 address space, such as port address translation (PAT) or network address translation (NAT). | **1.5** For the sample of firewall/router components above, verify that NAT or other technology using RFC 1918 address space is used to restrict broadcast of IP addresses from the internal network to the Internet (IP masquerading) | | | |

## Requirement 2: Do not use vendor-supplied defaults for system passwords and other security parameters.

Hackers (external and internal to a company) often use vendor default passwords and other vendor default settings to compromise systems. These passwords and settings are well known in hacker communities and easily determined via public information.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **2.1** Always change vendor-supplied defaults **before** installing a system on the network (for example, include passwords, simple network management protocol (SNMP) community strings, and elimination of unnecessary accounts). | **2.1** Choose a sample of system components, critical servers, and wireless access points, and attempt to log on (with system administrator help) to the devices using default vendor-supplied accounts and passwords, to verify that default accounts and passwords have been changed. (Use vendor manuals and sources on the Internet to find vendor-supplied accounts/passwords.) | | | |
| **2.1.1  For wireless environments,** change wireless vendor defaults, including but not limited to, wireless equivalent privacy (WEP) keys, default service set identifier (SSID), passwords, and SNMP community strings. Disable SSID broadcasts. Enable WiFi protected access (WPA and WPA2) technology for encryption | **2.1.1** Verify the following regarding vendor default settings for wireless environments:<br>• WEP keys were changed from default at installation, and are changed anytime any one with knowledge of the keys leaves the company or changes positions<br>• Default SSID was changed<br>• Broadcast of the SSID was disabled | | | |



Security
Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| and authentication when WPA-capable. | • Default SNMP community strings on access points were changed<br>• Default passwords on access points were changed<br>• WPA or WPA2 technology is enabled if the wireless system is WPA-capable<br>• Other security-related wireless vendor defaults, if applicable | | | |
| **2.2** Develop configuration standards for all system components. Assure that these standards address all known security vulnerabilities and are consistent with industry-accepted system hardening standards as defined, for example, by SysAdmin Audit Network Security Network (SANS), National Institute of Standards Technology (NIST), and Center for Internet Security (CIS). | **2.2.a** Examine the organization's system configuration standards for network components, critical servers, and wireless access points, and verify the system configuration standards are consistent with industry-accepted hardening standards as defined, for example, by SANS, NIST, and CIS | | | |
| | **2.2.b** Verify that system configuration standards include each item below (at 2.2.1 – 2.2.4) | | | |
| | **2.2.c** Verify that system configuration standards are applied when new systems are configured | | | |
| **2.2.1** Implement only one primary function per server (for example, web servers, database servers, and DNS should be implemented on separate servers) | **2.2.1** For a sample of system components, critical servers, and wireless access points, verify that only one primary function is implemented per server | | | |
| **2.2.2** Disable all unnecessary and insecure services and protocols (services and protocols not directly needed to perform the devices' specified function) | **2.2.2** For a sample of system components, critical servers, and wireless access points, inspect enabled system services, daemons, and protocols. Verify that unnecessary or insecure services or protocols are not enabled, or are justified and documented as to appropriate use of the service (for example, FTP is not used, or is encrypted via SSH or other technology) | | | |
| **2.2.3** Configure system security parameters to prevent misuse | **2.2.3.a** Interview system administrators and/or security managers to verify that they have knowledge of common security parameter settings for their operating systems, database servers, Web servers, and wireless systems | | | |
| | **2.2.3.b** Verify that common security parameter settings are included in the system configuration standards | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | **2.2.3.c**   For a sample of system components, critical servers, and wireless access points, verify that common security parameters are set appropriately | | | |
| **2.2.4**   Remove all unnecessary functionality, such as scripts, drivers, features, subsystems, file systems, and unnecessary web servers. | **2.2.4**         For a sample of system components, critical servers, and wireless access points,, verify that all unnecessary functionality (for example, scripts, drivers, features, subsystems, file systems, etc.) is removed. Verify enabled functions are documented, support secure configuration, and that only documented functionality is present on the sampled machines | | | |
| **2.3**       Encrypt all non-console administrative access. Use technologies such as SSH, VPN, or SSL/TLS (transport layer security) for web-based management and other non-console administrative access. | **2.3**       For a sample of system components, critical servers, and wireless access points,, verify that non-console administrative access is encrypted by:<br>• Observing an administrator log on to each system to verify that SSH (or other encryption method) is invoked before the administrator's password is requested<br>• Reviewing services and parameter files on systems to determine that Telnet and other remote log-in commands are not available for use internally<br>• Verifying that administrator access to the wireless management interface is encrypted with SSL/TLS. Alternatively, verify that administrators cannot connect remotely to the wireless management interface (all management of wireless environments is only from the console) | | | |
| **2.4**       Hosting providers must protect each entity's hosted environment and data. These providers must meet specific requirements as detailed in Appendix A: "PCI DSS Applicability for Hosting Providers." | **2.4**       Perform testing procedures A.1.1 through A.1.4 detailed in Appendix A, "PCI DSS Applicability for Hosting Providers (with Testing Procedures)" for PCI audits of **Shared Hosting Providers**, to verify that **Shared Hosting Providers** protect their entities' (merchants and service providers) hosted environment and data. | | | |

 Security Standards Council

# Protect Cardholder Data

## Requirement 3: Protect stored cardholder data

Encryption is a critical component of cardholder data protection. If an intruder circumvents other network security controls and gains access to encrypted data, without the proper cryptographic keys, the data is unreadable and unusable to that person. Other effective methods of protecting stored data should be considered as potential risk mitigation opportunities. For example, methods for minimizing risk include not storing cardholder data unless absolutely necessary, truncating cardholder data if full PAN is not needed, and not sending PAN in unencrypted e-mails.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **3.1**     Keep cardholder data storage to a minimum. Develop a data retention and disposal policy. Limit storage amount and retention time to that which is required for business, legal, and/or regulatory purposes, as documented in the data retention policy. | **3.1**     Obtain and examine the company policies and procedures for data retention and disposal, and perform the following<br>• Verify that policies and procedures include legal, regulatory, and business requirements for data retention, including specific requirements for retention of cardholder data (for example, cardholder data needs to be held for X period for Y business reasons)<br>• Verify that policies and procedures include provisions for disposal of data when no longer needed for legal, regulatory, or business reasons, including disposal of cardholder data<br>• Verify that policies and procedures include coverage for all storage of cardholder data, including database servers, mainframes, transfer directories, and bulk data copy directories used to transfer data between servers, and directories used to normalize data between server transfers<br>• Verify that policies and procedures include A programmatic (automatic) process to remove, at least on a quarterly basis, stored cardholder data that exceeds business retention requirements, or, alternatively, requirements for an audit, conducted at least on a quarterly basis, to verify that stored cardholder data does not exceed business retention requirements | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **3.2** Do not store sensitive authentication data subsequent to authorization (even if encrypted).<br><br>Sensitive authentication data includes the data as cited in the following Requirements 3.2.1 through 3.2.3: | **3.2** If sensitive authentication data is received and deleted, obtain and review the processes for deleting the data to verify that the data is unrecoverable<br><br>For each item of sensitive authentication data below, perform the following steps: | | | |
| **3.2.1** Do not store the full contents of any track from the magnetic stripe (that is on the back of a card, in a chip or elsewhere). This data is alternatively called full track, track, track 1, track 2, and magnetic stripe data<br><br>*In the normal course of business, the following data elements from the magnetic stripe may need to be retained: the accountholder's name, primary account number (PAN), expiration date, and service code. To minimize risk, store only those data elements needed for business. NEVER store the card verification code or value or PIN verification value data elements.*<br><br>*Note: See "Glossary" for additional information.* | **3.2.1** For a sample of system components, critical servers, and wireless access points, examine the following and verify that the full contents of any track from the magnetic stripe on the back of card are not stored under any circumstance:<br>• Incoming transaction data<br>• Transaction logs<br>• History files<br>• Trace files<br>• Debugging logs<br>• Several database schemas<br>• Database contents | | | |
| **3.2.2** Do not store the card-validation value or code (three-digit or four-digit number printed on the front or back of a payment card) used to verify card-not-present transactions<br>*Note: See "Glossary" for additional information.* | **3.2.2** For a sample of system components, critical servers, and wireless access points, examine the following and verify that the three-digit or four-digit card-validation code printed on the front of the card or the signature panel (CVV2, CVC2, CID, CAV2 data) is not stored under any circumstance:<br>• Incoming transaction data<br>• Transaction logs<br>• History files<br>• Trace files<br>• Debugging logs | | | |

 Security Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | • Several database schemas<br>• Database contents | | | |
| **3.2.3** Do not store the personal identification number (PIN) or the encrypted PIN block. | **3.2.3** For a sample of system components, critical servers, and wireless access points, examine the following and verify that PINs and encrypted PIN blocks are not stored under any circumstance:<br>• Incoming transaction data<br>• Transaction logs<br>• History files<br>• Trace files<br>• Debugging logs<br>• Several database schemas<br>• Database contents | | | |
| **3.3** Mask PAN when displayed (the first six and last four digits are the maximum number of digits to be displayed).<br>*Note: This requirement does not apply to employees and other parties with a specific need to see the full PAN; nor does the requirement supersede stricter requirements in place for displays of cardholder data (for example, for point of sale [POS] receipts).* | **3.3** Obtain and examine written policies and examine online displays of credit card data to verify that credit card numbers are masked when displaying cardholder data, except for those with a specific need to see full credit card numbers | | | |
| **3.4** Render PAN, at minimum, unreadable anywhere it is stored (including data on portable digital media, backup media, in logs, and data received from or stored by wireless networks) by using any of the following approaches:<br>• Strong one-way hash functions (hashed indexes)<br>• Truncation<br>• Index tokens and pads (pads | **3.4.a** Obtain and examine documentation about the system used to protect stored data, including the vendor, type of system/process, and the encryption algorithms (if applicable). Verify that data is rendered unreadable using one of the following methods:<br>• One-way hashes (hashed indexes) such as SHA-1<br>• Truncation or masking<br>• Index tokens and PADs, with the PADs being securely stored<br>• Strong cryptography, such as Triple-DES 128-bit or AES 256-bit, with associated key management | | | |



Security
Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| must be securely stored)<br>• Strong cryptography with associated key management processes and procedures<br>The MINIMUM account information that must be rendered unreadable is the PAN.<br>*If for some reason, a company is unable to encrypt cardholder data, refer to Appendix B: "Compensating Controls."* | processes and procedures | | | |
| | **3.4.b**  Examine several tables from a sample of database servers to verify the data is rendered unreadable (that is, not stored in plain text) | | | |
| | **3.4.c**  Examine a sample of removable media (for example, backup tapes) to confirm that cardholder data is rendered unreadable | | | |
| | **3.4.d**  Examine a sample of audit logs to confirm that cardholder data is sanitized or removed from the logs | | | |
| | **3.4.e**  Verify that cardholder data received from wireless networks is rendered unreadable wherever stored | | | |
| **3.4.1** If disk encryption is used (rather than file- or column-level database encryption), logical access must be managed independently of native operating system access control mechanisms (for example, by not using local system or Active Directory accounts). Decryption keys must not be tied to user accounts. | **3.4.1.a**   If disk encryption is used, verify that logical access to encrypted file systems is implemented via a mechanism that is separate from the native operating systems mechanism (for example, not using local or Active Directory accounts) | | | |
| | **3.4.1.b**   Verify that decryption keys are not stored on the local system (for example, store keys on floppy disk, CD-ROM, etc. that can be secured and retrieved only when needed) | | | |
| | **3.4.1.c**   Verify that cardholder data on removable media is encrypted wherever stored (disk encryption often cannot encrypt removable media) | | | |
| **3.5**     Protect encryption keys used for encryption of cardholder data against both disclosure and misuse: | **3.5** Verify processes to protect encryption keys used for encryption of cardholder data against disclosure and misuse by performing the following: | ████████ | ████████ | ████████ |
| **3.5.1**   Restrict access to keys to the fewest number of custodians necessary | **3.5.1**   Examine user access lists to verify that access to cryptographic keys is restricted to very few custodians | | | |

 Security Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **3.5.2** Store keys securely in the fewest possible locations and forms | **3.5.2** Examine system configuration files to verify that cryptographic keys are stored in encrypted format and that key-encrypting keys are stored separately from data-encrypting keys | | | |
| **3.6** Fully document and implement all key management processes and procedures for keys used for encryption of cardholder data, including the following: | **3.6.a** Verify the existence of key management procedures for keys used for encryption of cardholder data | | | |
| | **3.6.b For Service Providers** only: If the Service Provider shares keys with their customers for transmission of cardholder data, verify that the Service Provider provides documentation to customers that includes guidance on how to securely store and change customer's encryption keys (used to transmit data between customer and service provider) | | | |
| | **3.6.c** Examine the key management procedures and perform the following: | ■ | | |
| **3.6.1** Generation of strong keys | **3.6.1** Verify that key management procedures require the generation of strong keys | | | |
| **3.6.2** Secure key distribution | **3.6.2** Verify that key management procedures require secure key distribution | | | |
| **3.6.3** Secure key storage | **3.6.3** Verify that key management procedures require secure key storage | | | |
| **3.6.4** Periodic key changes <br> • As deemed necessary and recommended by the associated application (for example, re-keying); preferably automatically <br> • At least annually | **3.6.4** Verify that key management procedures require periodic key changes. Verify that key change procedures are carried out at least annually | | | |
| **3.6.5** Destruction of old keys. | **3.6.5** Verify that key management procedures require the destruction of old keys | | | |
| **3.6.6** Split knowledge and establishment of dual control of keys (so that it requires two or three people, each knowing only their part of the key, to reconstruct the whole key | **3.6.6** Verify that key management procedures require split knowledge and dual control of keys (so that it requires two or three people, each knowing only their part of the key, to reconstruct the whole key) | | | |


Security Standards Council ™

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| 3.6.7   Prevention of unauthorized substitution of keys | 3.6.7   Verify that key management procedures require the prevention of unauthorized substitution of keys | | | |
| 3.6.8   Replacement of known or suspected compromised keys | 3.6.8   Verify that key management procedures require the replacement of known or suspected compromised keys | | | |
| 3.6.9   Revocation of old or invalid keys | 3.6.9   Verify that key management procedures require the revocation of old or invalid keys (mainly for RSA keys) | | | |
| 3.6.10  Requirement for key custodians to sign a form stating that they understand and accept their key-custodian responsibilities | 3.6.10  Verify that key management procedures require key custodians to sign a form specifying that they understand and accept their key-custodian responsibilities | | | |

## Requirement 4: Encrypt transmission of cardholder data across open, public networks

Sensitive information must be encrypted during transmission over networks that are easy and common for a hacker to intercept, modify, and divert data while in transit.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| 4.1   Use strong cryptography and security protocols such as secure sockets layer (SSL) / transport layer security (TLS) and internet protocol security (IPSEC) to safeguard sensitive cardholder data during transmission over open, public networks.<br>*Examples of open, public networks that are in scope of the PCI DSS are the Internet, WiFi (IEEE 802.11x), global system for mobile communications (GSM), and general packet radio service (GPRS).* | 4.1.a   Verify the use of encryption (for example, SSL/TLS or IPSEC) wherever cardholder data is transmitted or received over open, public networks<br>• Verify that strong encryption is used during data transmission<br>• For SSL implementations, verify that HTTPS appears as a part of the browser Universal Record Locator (URL), and that no cardholder data is required when HTTPS does not appear in the URL<br>• Select a sample of transactions as they are received and observe transactions as they occur to verify that cardholder data is encrypted during transit<br>• Verify that only trusted SSL/TLS keys/certificates are accepted<br>• Verify that the proper encryption strength is implemented for the encryption methodology in use | | | |



Security
Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | (Check vendor recommendations/best practices) | | | |
| **4.1.1   For wireless networks transmitting cardholder data**, encrypt the transmissions by using WiFi protected access (WPA or WPA2) technology, IPSEC VPN, or SSL/TLS. Never rely exclusively on wired equivalent privacy (WEP) to protect confidentiality and access to a wireless LAN. <br><br> If WEP is used, do the following: <br> • Use with a minimum 104-bit encryption key and 24 bit-initialization value <br> • Use ONLY in conjunction with WiFi protected access (WPA or WPA2) technology, VPN, or SSL/TLS <br> • Rotate shared WEP keys quarterly (or automatically if the technology permits) <br> • Rotate shared WEP keys whenever there are changes in personnel with access to keys <br> • Restrict access based on media access code (MAC) address | **4.1.1.a**   For wireless networks transmitting cardholder data or connected to cardholder environments, verify that appropriate encryption methodologies are used for any wireless transmissions, such as: Wi-Fi Protected Access (WPA or WPA2), IPSEC VPN, or SSL/TLS | | | |
| | **4.1.1.b**   If WEP is used, verify <br> • it is used with a minimum 104-bit encryption key and 24 bit-initialization value <br> • it is used only in conjunction with Wi-Fi Protected Access (WPA or WPA2) technology, VPN, or SSL/TLS <br> • shared WEP keys are rotated at least quarterly (or automatically if the technology is capable) <br> • shared WEP keys are rotated whenever there are changes in personnel with access to keys <br> • access is restricted based on MAC address | | | |
| **4.2**      Never send unencrypted PANs by e-mail. | **4.2.a**   Verify that an email encryption solution is used whenever cardholder data is sent via email | | | |
| | **4.2.b**   Verify the existence of a policy stating that unencrypted PAN is not to be sent via email | | | |
| | **4.2.c**   Interview 3-5 employees to verify that email encryption software is required for emails containing PANs | | | |



# Maintain a Vulnerability Management Program

## Requirement 5: Use and regularly update anti-virus software or programs

Many vulnerabilities and malicious viruses enter the network via employees' e-mail activities. Anti-virus software must be used on all systems commonly affected by viruses to protect systems from malicious software.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| 5.1 Deploy anti-virus software on all systems commonly affected by viruses (particularly personal computers and servers)<br><br>*Note: Systems commonly affected by viruses typically do not include UNIX-based operating systems or mainframes.* | 5.1 For a sample of system components, critical servers, and wireless access points, verify that anti-virus software is installed | | | |
| 5.1.1 Ensure that anti-virus programs are capable of detecting, removing, and protecting against other forms of malicious software, including spyware and adware. | 5.1.1 For a sample of system components, critical servers, and wireless access points, verify that anti-virus programs detect, remove, and protect against other malicious software, including spyware and adware | | | |
| 5.2 Ensure that all anti-virus mechanisms are current, actively running, and capable of generating audit logs. | 5.2 Verify that anti-virus software is current, actively running, and capable of generating logs<br>• Obtain and examine the policy and verify that is contains requirements for updating anti-virus software and definitions<br>• Verify that the master installation of the software is enabled for automatic updates and periodic scans, and that a sample of system components, critical servers, and wireless access points servers have these features enabled<br>• Verify that log generation is enabled and that logs are retained in accordance with company retention policy | | | |

 Security Standards Council™

# Requirement 6: Develop and maintain secure systems and applications

Unscrupulous individuals use security vulnerabilities to gain privileged access to systems. Many of these vulnerabilities are fixed by vendor-provided security patches. All systems must have the most recently released, appropriate software patches to protect against exploitation by employees, external hackers, and viruses. Note: Appropriate software patches are those patches that have been evaluated and tested sufficiently to determine that the patches do not conflict with existing security configurations. For in-house developed applications, numerous vulnerabilities can be avoided by using standard system development processes and secure coding techniques.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **6.1** Ensure that all system components and software have the latest vendor-supplied security patches installed. Install relevant security patches within one month of release. | **6.1.a** For a sample of system components, critical servers, and wireless access points and related software, compare the list of security patches installed on each system to the most recent vendor security patch list, to verify that current vendor patches are installed | | | |
| | **6.1.b** Examine policies related to security patch installation to verify they require installation of all relevant new security patches within 30 days | | | |
| **6.2** Establish a process to identify newly discovered security vulnerabilities (for example, subscribe to alert services freely available on the Internet). Update standards to address new vulnerability issues. | **6.2.a** Interview responsible personnel to verify that processes are implemented to identify new security vulnerabilities | | | |
| | **6.2.b** Verify that processes to identify new security vulnerabilities include use of outside sources for security vulnerability information and updating the system configuration standards reviewed in Requirement 2 as new vulnerability issues are found | | | |
| **6.3** Develop software applications based on industry best practices and incorporate information security throughout the software development life cycle. | **6.3** Obtain and examine written software development processes to verify that they are based on industry standards and that security is included throughout the life cycle From an examination of written software development processes, interviews of software developers, and examination of relevant data (network configuration documentation, production and test data, etc.), verify that: | | | |
| **6.3.1** Testing of all security patches and system and software configuration changes before deployment | **6.3.1** All changes (including patches) are tested before being deployed into production | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **6.3.2**   Separate development, test, and production environments | **6.3.2**   The test/development environments are separate from the production environment, with access control in place to enforce the separation | | | |
| **6.3.3**   Separation of duties between development, test, and production environments | **6.3.3**   There is a separation of duties between personnel assigned to the development/test environments and those assigned to the production environment | | | |
| **6.3.4**   Production data (live PANs) are not used for testing or development | **6.3.4**   Production data (live PANs) are not used for testing and development, or are sanitized before use | | | |
| **6.3.5**   Removal of test data and accounts before production systems become active | **6.3.5**   Test data and accounts are removed before a production system becomes active | | | |
| **6.3.6**   Removal of custom application accounts, usernames, and passwords before applications become active or are released to customers | **6.3.6**   Custom application accounts, usernames and/or passwords are removed before system goes into production or is released to customers | | | |
| **6.3.7**   Review of custom code prior to release to production or customers in order to identify any potential coding vulnerability. | **6.3.7.a**   Obtain and review any written or other policies to confirm that code reviews are required and must be performed by individuals other then originating code author | | | |
| | **6.3.7.b**   Verify code reviews are conducted for new code and after code changes<br>*Note: This requirement applies to code reviews for custom software development, as part of the System Development Life Cycle (SDLC) – these reviews can be conducted by internal personnel.  Custom code for web-facing applications will be subject to additional controls as of June 30, 2008 – see PCI DSS requirement 6.6 for details.* | | | |
| **6.4**      Follow change control procedures for all system and software configuration changes. The procedures must include the following: | **6.4.a**   Obtain and examine company change-control procedures related to implementing security patches and software modifications, and verify that the procedures require items 6.4.1 – 6.4.4 below | ███████████████ | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | **6.4.b**   For a sample of system components, critical servers, and wireless access points, examine the three most recent changes/security patches for each system component, and trace those changes back to related change control documentation. Verify that, for each change examined, the following was documented according to the change control procedures: | | | |
| **6.4.1**   Documentation of impact | **6.4.1**   Verify that documentation of customer impact is included in the change control documentation for each sampled change | | | |
| **6.4.2**   Management sign-off by appropriate parties | **6.4.2**   Verify that management sign-off by appropriate parties is present for each sampled change | | | |
| **6.4.3**   Testing of operational functionality | **6.4.3**   Verify that operational functionality testing was performed for each sampled change | | | |
| **6.4.4**   Back-out procedures | **6.4.4**   Verify that back-out procedures are prepared for each sampled change | | | |
| **6.5**   Develop all web applications based on secure coding guidelines. such as the *Open Web Application Security Project Guidelines*. Review custom application code to identify coding vulnerabilities. Cover prevention of common coding vulnerabilities in software development processes, to include the following: | **6.5.a**   Obtain and review software development processes for any web-based applications. Verify that processes require training in secure coding techniques for developers, and are based on guidance such as the *OWASP Guidelines* (http://www.owasp.org) | | | |
| | **6.5.b**   For any web-based applications, verify that processes are in place to confirm that web applications are not vulnerable to  the following | ███████████ | ███████████ | ███████████ |
| **6.5.1**   Unvalidated input | **6.5.1**   Unvalidated input | | | |
| **6.5.2**   Broken access control (for example, malicious use of user IDs) | **6.5.2**   Malicious use of User IDs | | | |
| **6.5.3**   Broken authentication and session management (use of account credentials and session cookies) | **6.5.3**   Malicious use of account credentials and session cookies | | | |
| **6.5.4**   Cross-site scripting (XSS) attacks | **6.5.4**   Cross-site scripting | | | |
| **6.5.5**   Buffer overflows | **6.5.5**   Buffer overflows due to unvalidated input and other causes | | | |
| **6.5.6**   Injection flaws (for example, | **6.5.6**   SQL injection and other command injection flaws | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| structured query language (SQL) injection) | | | | |
| **6.5.7** Improper error handling | **6.5.7** Error handling flaws | | | |
| **6.5.8** Insecure storage | **6.5.8** Insecure storage | | | |
| **6.5.9** Denial of service | **6.5.9** Denial of service | | | |
| **6.5.10** Insecure configuration management | **6.5.10** Insecure configuration management | | | |
| **6.6** Ensure that all web-facing applications are protected against known attacks by either of the following methods:<br>• Having all custom application code reviewed for common vulnerabilities by an organization that specializes in application security<br>• Installing an application-layer firewall in front of web-facing applications<br><br>*Note: This method is considered a best practice until June 30, 2008, after which it becomes a requirement.* | **6.6** For web-based applications, ensure that one of the following methods are in place as follows:<br>• Verify that custom application code is periodically reviewed by an organization that specializes in application security; that all coding vulnerabilities were corrected; and that the application was re-evaluated after the corrections<br>• Verify that an application-layer firewall is in place in front of web-facing applications to detect and prevent web-based attacks | | | |

 **Security Standards Council** ™

# Implement Strong Access Control Measures

## Requirement 7: Restrict access to cardholder data by business need-to-know

This requirement ensures critical data can only be accessed by authorized personnel.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **7.1** Limit access to computing resources and cardholder information only to those individuals whose job requires such access. | **7.1** Obtain and examine written policy for data control, and verify that the policy incorporates the following:<br>• Access rights to privileged User IDs are restricted to least privileges necessary to perform job responsibilities<br>• Assignment of privileges is based on individual personnel's job classification and function<br>• Requirement for an authorization form signed by management that specifies required privileges<br>• Implementation of an automated access control system | | | |
| **7.2** Establish a mechanism for systems with multiple users that restricts access based on a user's need to know, and is set to "deny all" unless specifically allowed. | **7.2** Examine system settings and vendor documentation to verify that an access control system is implemented and that it includes the following<br>• Coverage of all system components<br>• Assignment of privileges to individuals based on job classification and function<br>• Default "deny-all" setting (some access control systems are set by default to "allow-all" thereby permitting access unless/until a rule is written to specifically deny it) | | | |

 Security
Standards Council ™

## Requirement 8: Assign a unique ID to each person with computer access.

Assigning a unique identification (ID) to each person with access ensures that actions taken on critical data and systems are performed by, and can be traced to, known and authorized users.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **8.1** Identify all users with a unique user name before allowing them to access system components or cardholder data. | **8.1** For a sample of user IDs, review user ID listings and verify that <u>all</u> users have a unique username for access to system components or cardholder data | | | |
| **8.2** In addition to assigning a unique ID, employ at least one of the following methods to authenticate all users:<br>• Password<br>• Token devices (for example, SecureID, certificates, or public key)<br>• Biometrics | **8.2** To verify that users are authenticated using unique ID and additional authentication (for example, a password) for access to the cardholder environment, perform the following:<br>• Obtain and examine documentation describing the authentication method(s) used<br>• For each type of authentication method used and for each type of system component, observe an authentication to verify authentication is functioning consistent with documented authentication method(s) | | | |
| **8.3** Implement two-factor authentication for remote access to the network by employees, administrators, and third parties. Use technologies such as remote authentication and dial-in service (RADIUS) or terminal access controller access control system (TACACS) with tokens; or VPN (based on SSL/TLS or IPSEC) with individual certificates. | **8.3** To verify that two-factor authentication is implemented for all remote network access, observe an employee (for example, an administrator) connecting remotely to the network and verify that both a password and an additional authentication item (Smart card, token PIN) are required. | | | |
| **8.4** Encrypt all passwords during transmission and storage on all system components. | **8.4.a** For a sample of system components, critical servers, and wireless access points, examine password files to verify that passwords are unreadable | | | |
| | **8.4.b** For **Service Providers** only, observe password files to verify that customer passwords are encrypted | | | |



Security Standards Council ™

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **8.5**   Ensure proper user authentication and password management for non-consumer users and administrators on all system components as follows: | **8.5**   Review procedures and interview personnel to verify that procedures are implemented for user authentication and password management, by performing the following: | ███ | ███ | ███ |
| **8.5.1** Control addition, deletion, and modification of user IDs, credentials, and other identifier objects | **8.5.1.a**   Select a sample of user IDs, including both administrators and general users. Verify that each user is authorized to use the system according to company policy by performing the following:<br>• Obtain and examine an authorization form for each ID<br>• Verify that the sampled User IDs are implemented in accordance with the authorization form (including with privileges as specified and all signatures obtained,.), by tracing information from the authorization form to the system | | | |
| | **8.5.1.b**   Verify that only administrators have access to management consoles for wireless networks | | | |
| **8.5.2** Verify user identity before performing password resets | **8.5.2**   Examine password procedures and observe security personnel to verify that, if a user requests a password reset by phone, email, web, or other non-face-to-face method, the user's identity is verified before the password is reset | | | |
| **8.5.3** Set first-time passwords to a unique value for each user and change immediately after the first use | **8.5.3**   Examine password procedures and observe security personnel to verify that first-time passwords for new users are set to a unique value for each user and changed after first use | | | |
| **8.5.4** Immediately revoke access for any terminated users | **8.5.4**   Select a sample of employees terminated in the past six months, and review current user access lists to verify that their IDs have been inactivated or removed | | | |
| **8.5.5**   Remove inactive user accounts at least every 90 days | **8.5.5**   For a sample of user IDs, verify that there are no inactive accounts over 90 days old | | | |
| **8.5.6**   Enable accounts used by vendors for remote maintenance only during the time period needed | **8.5.6**   Verify that any accounts used by vendors to support and maintain system components are inactive, enabled only when needed by the vendor, and monitored while being used | | | |
| **8.5.7**   Communicate password procedures and policies to all | **8.5.7**   Interview the users from a sample of user IDs, to verify that they are familiar with password procedures and policies | | | |



Security
Standards Council ™

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| users who have access to cardholder data | | | | |
| **8.5.8**   Do not use group, shared, or generic accounts and passwords | **8.5.8.a**   For a sample of system components, critical servers, and wireless access points, examine user ID lists to verify the following<br>• Generic User IDs and accounts are disabled or removed<br>• Shared User IDs for system administration activities and other critical functions do not exist<br>• Shared and generic User IDs are not used to administer wireless LANs and devices | | | |
| | **8.5.8.b**   Examine password policies/procedures to verify that group and shared passwords are explicitly prohibited | | | |
| | **8.5.8.c**   Interview system administrators to verify that group and shared passwords are not distributed, even if requested | | | |
| **8.5.9**   Change user passwords at least every 90 days | **8.5.9**   For a sample of system components, critical servers, and wireless access points, obtain and inspect system configuration settings to verify that user password parameters are set to require users to change passwords at least every 90 days<br>For **Service Providers** only, review internal processes and customer/user documentation to verify that customer passwords are required to change periodically and that customers are given guidance as to when, and under what circumstances, passwords must change | | | |
| **8.5.10**  Require a minimum password length of at least seven characters | **8.5.10**  For a sample of system components, critical servers, and wireless access points, obtain and inspect system configuration settings to verify that password parameters are set to require passwords to be at least seven characters long<br>For **Service Providers** only, review internal processes and customer/user documentation to verify that customer passwords are required to meet minimum length requirements | | | |
| **8.5.11**  Use passwords containing both numeric and alphabetic characters | **8.5.11**  For a sample of system components, critical servers, and wireless access points, obtain and inspect system configuration settings to verify that password parameters are set to require passwords to contain both numeric and alphabetic characters<br>For **Service Providers** only, review internal processes and | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | customer/user documentation to verify that customer passwords are required to contain both numeric and alphabetic characters | | | |
| **8.5.12** Do not allow an individual to submit a new password that is the same as any of the last four passwords he or she has used | **8.5.12** For a sample of system components, critical servers, and wireless access points, obtain and inspect system configuration settings to verify that password parameters are set to require that new passwords cannot be the same as the four previously used passwords<br>For **Service Providers** only,  review internal processes and customer/user documentation to verify that new customer passwords cannot be the same as the previous four passwords | | | |
| **8.5.13** Limit repeated access attempts by locking out the user ID after not more than six attempts | **8.5.13** For a sample of system components, critical servers, and wireless access points, obtain and inspect system configuration settings to verify that password parameters are set to require that a user's account is locked out after not more than six invalid logon attempts<br>For **Service Providers** only, review internal processes and customer/user documentation to verify that customer accounts are temporarily locked-out after not more than six invalid access attempts | | | |
| **8.5.14** Set the lockout duration to thirty minutes or until administrator enables the user ID | **8.5.14** For a sample of system components, critical servers, and wireless access points, obtain and inspect system configuration settings to verify that password parameters are set to require that once a user account is locked out, it remains locked for thirty minutes or until a system administrator resets the account | | | |
| **8.5.15**  If a session has been idle for more than 15 minutes, require the user to re-enter the password to re-activate the terminal | **8.5.15**   For a sample of system components, critical servers, and wireless access points, obtain and inspect system configuration settings to verify that system/session idle time out features have been set to 15 minutes or less | | | |
| **8.5.16**  Authenticate all access to any database containing cardholder data. This includes access by applications, administrators, and all other users | **8.5.16.a**   Review database configuration settings for a sample of databases to verify that access is authenticated, including for individual users, applications, and administrators | | | |
| | **8.5.16.b**   Review database configuration settings and database accounts to verify that direct SQL queries to the database are prohibited (there should be very few individual database login accounts. Direct SQL queries should be limited to database administrators) | | | |

 Security Standards Council ™

## Requirement 9: Restrict physical access to cardholder data.

Any physical access to data or systems that house cardholder data provides the opportunity for individuals to access devices or data and to remove systems or hardcopies, and should be appropriately restricted.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **9.1** Use appropriate facility entry controls to limit and monitor physical access to systems that store, process, or transmit cardholder data. | **9.1** Verify the existence of physical security controls for each computer room, data center, and other physical areas with systems that contain cardholder data<br>• Verify that access is controlled with badge readers and other devices including authorized badges and lock and key<br>• Observe a system administrator's attempt to log into consoles for three randomly selected systems in the cardholder environment and verify that they are "locked" to prevent unauthorized use | | | |
| **9.1.1** Use cameras to monitor sensitive areas. Audit collected data and correlate with other entries. Store for at least three months, unless otherwise restricted by law. | **9.1.1** Verify that video cameras monitor the entry/exit points of data centers where cardholder data is stored or present. Video cameras should be internal to the data center or otherwise protected from tampering or disabling. Verify that cameras are monitored and that data from cameras is stored for at least three months | | | |
| **9.1.2** Restrict physical access to publicly accessible network jacks | **9.1.2** Verify by interviewing network administrators and by observation that network jacks are enabled only when needed by authorized employees. For example, conference rooms used to host visitors should not have network ports enabled with DHCP. Alternatively, verify that visitors are escorted at all times in areas with active network jacks | | | |
| **9.1.3** Restrict physical access to wireless access points, gateways, and handheld devices | **9.1.3** Verify that physical access to wireless access points, gateways, and handheld devices is appropriately restricted | | | |
| **9.2** Develop procedures to help all personnel easily distinguish between employees and visitors, especially in areas where cardholder data is accessible.<br>*"Employee" refers to full-time and part-time employees, temporary* | **9.2.a** Review processes and procedures for assigning badges to employees, contractors, and visitors, and verify these processes include the following:<br>• Procedures in place for granting new badges, changing access requirements, and revoking terminated employee and expired visitor badges<br>• Limited access to badge system | | | |



**PCi** Security Standards Council ™

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| *employees and personnel, and consultants who are "resident" on the entity's site. A "visitor" is defined as a vendor, guest of an employee, service personnel, or anyone who needs to enter the facility for a short duration, usually not more than one day.* | **9.2.b**  Observe people within the facility to verify that it is easy to distinguish between employees and visitors | | | |
| **9.3**    Make sure all visitors are handled as follows: | **9.3**       Verify that employee/visitor controls are in place as follows: | ███████████ | | |
| **9.3.1**   Authorized before entering areas where cardholder data is processed or maintained | **9.3.1**    Observe visitors to verify the use of visitor ID badges. Attempt to gain access to the data center to verify that a visitor ID badge does not permit unescorted access to physical areas that store cardholder data | | | |
| **9.3.2**   Given a physical token (for example, a badge or access device) that expires and that identifies the visitors as non-employees | **9.3.2**    Examine employee and visitor badges to verify that ID badges clearly distinguish employees from visitors/outsiders and that visitor badges expire | | | |
| **9.3.3**   Asked to surrender the physical token before leaving the facility or at the date of expiration | **9.3.3**    Observe visitors leaving the facility to verify visitors are asked to surrender their ID badge upon departure or expiration | | | |
| **9.4**    Use a visitor log to maintain a physical audit trail of visitor activity. Retain this log for a minimum of three months, unless otherwise restricted by law. | **9.4.a**   Verify that a visitor log is in use to record physical access to the facility as well as for computer rooms and data centers where cardholder data is stored or transmitted | | | |
| | **9.4.b**   Verify that the log contains the visitor's name, the firm represented, and the employee authorizing physical access, and is retained for at least three months | | | |
| **9.5**    Store media back-ups in a secure location, preferably an off-site facility, such as an alternate or backup site, or a commercial storage facility. | **9.5**       Verify that the storage location for media backups is secure. Verify that offsite storage is visited periodically to determine that backup media storage is physically secure and fireproof | | | |
| **9.6**    Physically secure all paper and electronic media (including computers, electronic media, networking and communications | **9.6**       Verify that procedures for protecting cardholder data include controls for physically securing paper and electronic media in computer rooms and data centers (including paper receipts, paper reports, faxes, CDs, and disks in employee desks and open | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| hardware, telecommunication lines, paper receipts, paper reports, and faxes) that contain cardholder data | workspaces, and PC hard drives) | | | |
| **9.7** Maintain strict control over the internal or external distribution of any kind of media that contains cardholder data: including the following | **9.7** Verify that a policy exists to control distribution of media containing cardholder data, that the policy covers all distributed media including that distributed to individuals | | | |
| **9.7.1** Classify the media so it can be identified as confidential | **9.7.1** Verify that all media is classified so that it can be identified as "confidential" | | | |
| **9.7.2** Send the media by secured courier or other delivery method that can be accurately tracked | **9.7.2** Verify that all media sent outside the facility is logged and authorized by management and sent via secured courier or other delivery mechanism that can be tracked | | | |
| **9.8** Ensure management approves any and all media that is moved from a secured area (especially when media is distributed to individuals). | **9.8** Select a recent sample of several days of offsite media tracking logs, and verify the presence in the logs of tracking details and proper management authorization | | | |
| **9.9** Maintain strict control over the storage and accessibility of media that contains cardholder data. | **9.9** Obtain and examine the policy for controlling storage and maintenance of hardcopy and electronic media and verify that the policy requires periodic media inventories. | | | |
| **9.9.1** Properly inventory all media and make sure it is securely stored. | **9.9.1.a** Obtain and review the media inventory log to verify that periodic media inventories are performed<br>**9.9.1.b** Review processes to verify that media is securely stored | | | |
| **9.10** Destroy media containing cardholder data when it is no longer needed for business or legal reasons as follows | **9.10** Obtain and examine the periodic media destruction policy and verify that it covers all media containing cardholder data and confirm the following: | | | |
| **9.10.1** Cross-cut shred, incinerate, or pulp hardcopy materials | **9.10.1.a** Verify that hard-copy materials are cross-cut shredded, incinerated, or pulped, in accordance with ISO 9564-1 or ISO 11568-3e | | | |
| | **9.10.1.b** Examine storage containers used for information to be destroyed to verify that the containers are secured. For example, verify that a "to-be-shredded" container has a lock preventing access | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | to its contents | | | |
| **9.10.2** Purge, degauss, shred, or otherwise destroy electronic media so that cardholder data cannot be reconstructed | **9.10.2** Verify that electronic media is destroyed beyond recovery by using a military wipe program to delete files, or via degaussing or otherwise physically destroying the media | | | |

# Regularly Monitor and Test Networks

**Requirement 10: Track and monitor all access to network resources and cardholder data.**

Logging mechanisms and the ability to track user activities are critical. The presence of logs in all environments allows thorough tracking and analysis when something does go wrong. Determining the cause of a compromise is very difficult without system activity logs.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **10.1** Establish a process for linking all access to system components (especially access done with administrative privileges such as root) to each individual user. | **10.1** Verify through observation and interviewing the system administrator, that audit trails are enabled and active, including for any connected wireless networks. | | | |
| **10.2** Implement automated audit trails for all system components to reconstruct the following events: | **10.2** Verify though interviews, examination of audit logs, and examination of audit log settings, that the following events are logged into system activity logs: | ███████████ | ███████████ | ███████████ |
| **10.2.1** All individual accesses to cardholder data | **10.2.1** All individual access to cardholder data | | | |
| **10.2.2** All actions taken by any individual with root or administrative privileges | **10.2.2** Actions taken by any individual with root or administrative privileges | | | |
| **10.2.3** Access to all audit trails | **10.2.3** Access to all audit trails | | | |
| **10.2.4** Invalid logical access attempts | **10.2.4** Invalid logical access attempts | | | |
| **10.2 5** Use of identification and authentication mechanisms | **10.2.5** Use of identification and authentication mechanisms | | | |
| **10.2.6** Initialization of the audit logs | **10.2.6** Initialization of audit logs | | | |
| **10.2.7** Creation and deletion of system- | **10.2.7** Creation and deletion of system level objects | | | |


Security Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| level objects | | | | |
| **10.3** Record at least the following audit trail entries for all system components for each event: | **10.3** Verify through interviews and observation, for each auditable event (from 10.2), that the audit trail captures the following: | | | |
| **10.3.1** User identification | **10.3.1** User identification | | | |
| **10.3.2** Type of event | **10.3.2** Type of event | | | |
| **10.3.3** Date and time | **10.3.3** Date and time stamp | | | |
| **10.3.4** Success or failure indication | **10.3.4** Success or failure indication, including those for wireless connections | | | |
| **10.3.5** Origination of event | **10.3.5** Origination of event | | | |
| **10.3.6** Identity or name of affected data, system component, or resource | **10.3.6** Identity or name of affected data, system component, or resources | | | |
| **10.4** Synchronize all critical system clocks and times | **10.4** Obtain and review the process for acquiring and distributing the correct time within the organization, as well as the time-related system-parameter settings for a sample of system components, critical servers, and wireless access points. Verify the following is included in the process and implemented: | | | |
| | **10.4.a** Verify that NTP or similar technology is used for time synchronization | | | |
| | **10.4.b** Verify that internal servers are not all receiving time signals from external sources. [Two or three central time servers within the organization receive external time signals [directly from a special radio, GPS satellites, or other external sources based on International Atomic Time and UTC (formerly GMT)], peer with each other to keep accurate time, and share the time with other internal servers.] | | | |
| | **10.4.c** Verify that the Network Time Protocol (NTP) is running the most recent version | | | |

 Security Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| | **10.4.d** Verify that specific external hosts are designated from which the time servers will accept NTP time updates (to prevent an attacker from changing the clock). Optionally, those updates can be encrypted with a symmetric key, and access control lists can be created that specify the IP addresses of client machines that will be provided with the NTP service (to prevent unauthorized use of internal time servers). See www.ntp.org for more information | | | |
| **10.5** Secure audit trails so they cannot be altered | **10.5** Interview system administrator and examine permissions to verify that audit trails are secured so that they cannot be altered as follows: | ███████ | ███████ | ███████ |
| **10.5.1** Limit viewing of audit trails to those with a job-related need | **10.5.1** Verify that only individuals who have a job-related need can view audit trail files | | | |
| **10.5.2** Protect audit trail files from unauthorized modifications | **10.5.2** Verify that current audit trail files are protected from unauthorized modifications via access control mechanisms, physical segregation, and/or network segregation | | | |
| **10.5.3** Promptly back up audit trail files to a centralized log server or media that is difficult to alter. | **10.5.3** Verify that current audit trail files are promptly backed up to a centralized log server or media that is difficult to alter | | | |
| **10.5.4** Copy logs for wireless networks onto a log server on the internal LAN | **10.5.4** Verify that logs for wireless networks are offloaded or copied onto a centralized internal log server or media that is difficult to alter | | | |
| **10.5.5** Use file integrity monitoring and change detection software on logs to ensure that existing log data cannot be changed without generating alerts (although new data being added should not cause an alert) | **10.5.5** Verify the use of file integrity monitoring or change detection software for logs by examining system settings and monitored files and results from monitoring activities | | | |
| **10.6** Review logs for all system components at least daily. Log reviews must include those servers that perform security functions like intrusion detection system (IDS) and authentication, authorization, and | **10.6.a** Obtain and examine security policies and procedures to verify that they include procedures to review security logs at least daily and that follow-up to exceptions is required | | | |

 Security Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| accounting protocol (AAA) servers (for example, RADIUS).<br>*Note: Log harvesting, parsing, and alerting tools may be used to meet compliance with Requirement 10.6* | **10.6.b** Through observation and interviews, verify that regular log reviews are performed for all system components | | | |
| **10.7**   Retain audit trail history for at least one year, with a minimum of three months available online. | **10.7.a** Obtain and examine security policies and procedures and verify that they include audit log retention policies and require audit log retention for at least one year | | | |
| | **10.7.b** Verify that audit logs are available online or on tape for at least one year | | | |

## Requirement 11: Regularly test security systems and processes.

Vulnerabilities are being discovered continually by hackers and researchers, and being introduced by new software. Systems, processes, and custom software should be tested frequently to ensure security is maintained over time and with any changes in software.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **11.1**   Test security controls, limitations, network connections, and restrictions annually to assure the ability to adequately identify and to stop any unauthorized access attempts. Use a wireless analyzer at least quarterly to identify all wireless devices in use. | **11.1.a** Confirm by interviewing security personnel and examining relevant code, documentation, and processes that security testing of devices is in place to assure that controls identify and stop unauthorized access attempts within the cardholder environment. | | | |
| | **11.1.b** Verify that a wireless analyzer is used at least quarterly to identify all wireless devices. | | | |
| **11.2**   Run internal and external network vulnerability scans at least quarterly and after any significant change in the network (such as new system component installations, changes in network topology, firewall rule modifications, product upgrades). | **11.2.a**   Inspect output from the most recent four quarters of network, host, and application vulnerability scans to verify that periodic security testing of the devices within the cardholder environment occurs. Verify that the scan process includes rescans until "clean" results are obtained | | | |



Security Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| *Note: Quarterly external vulnerability scans must be performed by a scan vendor qualified by the payment card industry. Scans conducted after network changes may be performed by the company's internal staff.* | **11.2.b** To verify that external scanning is occurring on a quarterly basis in accordance with the PCI Security Scanning Procedures, inspect output from the four most recent quarters of external vulnerability scans to verify that<br>• Four quarterly scans occurred in the most recent 12-month period<br>• The results of each scan satisfy the PCI Security Scanning Procedures (for example, no urgent, critical, or high vulnerabilities)<br>• The scans were completed by a vendor approved to perform the PCI Security Scanning Procedures | | | |
| **11.3** Perform penetration testing at least once a year and after any significant infrastructure or application upgrade or modification (such as an operating system upgrade, a sub-network added to the environment, or a web server added to the environment). These penetration tests must include the following | **11.3** Obtain and examine the results from the most recent penetration test to verify that penetration testing is performed at least annually and after any significant changes to the environment. Verify that any noted vulnerabilities were corrected. Verify that the penetration tests include: | | | |
| **11.3.1** Network-layer penetration tests | **11.3.1** Network-layer penetration tests | | | |
| **11.3.2** Application-layer penetration tests | **11.3.2** Application-layer penetration tests | | | |
| **11.4** Use network intrusion detection systems, host-based intrusion detection systems, and intrusion prevention systems to monitor all network traffic and alert personnel to suspected compromises. Keep all intrusion detection and prevention engines up-to-date. | **11.4.a** Observe the use of network intrusion detection systems and/or intrusion prevention systems on the network. Verify that all critical network traffic in the cardholder data environment is monitored | | | |
| | **11.4.b** Confirm IDS and/or IPS is in place to monitor and alert personnel of suspected compromises | | | |
| | **11.4.c** Examine IDS/IPS configurations and confirm IDS/IPS devices are configured, maintained, and updated per vendor instructions to ensure optimal protection | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **11.5**   Deploy file integrity monitoring software to alert personnel to unauthorized modification of critical system or content files; and configure the software to perform critical file comparisons at least weekly. *Critical files are not necessarily only those containing cardholder data. For file integrity monitoring purposes, critical files are usually those that do not regularly change, but the modification of which could indicate a system compromise or risk of compromise. File integrity monitoring products usually come pre-configured with critical files for the related operating system. Other critical files, such as those for custom applications, must be evaluated and defined by the entity (that is the merchant or service provider)* | **11.5**   Verify the use of file integrity monitoring products within the cardholder data environment by observing system settings and monitored files, as well as reviewing results from monitoring activities | | | |

# Maintain an Information Security Policy

**Requirement 12: Maintain a policy that addresses information security for employees and contractors.**

A strong security policy sets the security tone for the whole company and informs employees what is expected of them. All employees should be aware of the sensitivity of data and their responsibilities for protecting it.

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| **12.1**   Establish, publish, maintain, and disseminate a security policy that accomplishes the following: | **12.1**   Examine the information security policy and verify that the policy is published and disseminated to all relevant system users (including vendors, contractors, and business partners) | | | |
| **12.1.1** Addresses all requirements in this specification | **12.1.1** Verify that the policy addresses all requirements in this specification. | | | |
| **12.1.2** Includes an annual process | **12.1.2** Verify that the information security policy includes | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| that identifies threats, and vulnerabilities, and results in a formal risk assessment | an annual risk assessment process that identifies threats, vulnerabilities, and results in a formal risk assessment | | | |
| **12.1.3** Includes a review at least once a year and updates when the environment changes | **12.1.3** Verify that the information security policy is reviewed at least annually and updated as needed to reflect changes to business objectives or the risk environment | | | |
| **12.2** Develop daily operational security procedures that are consistent with requirements in this specification (for example, user account maintenance procedures, and log review procedures). | **12.2.a** Examine the daily operational security procedures. Verify that they are consistent with this specification, and include administrative and technical procedures for each of the requirements | | | |
| **12.3** Develop usage policies for critical employee-facing technologies (such as modems and wireless) to define proper use of these technologies for all employees and contractors. Ensure these usage policies require the following: | **12.3** Obtain and examine the policy for critical employee-facing technologies and verify the policy contains the following: | ███████ | ███████ | ███████ |
| **12.3.1** Explicit management approval | **12.3.1** Verify that the usage policies require explicit management approval to use the devices | | | |
| **12.3.2** Authentication for use of the technology | **12.3.2** Verify that the usage policies require that all device use is authenticated with username and password or other authentication item (for example, token) | | | |
| **12.3.3** A list of all such devices and personnel with access | **12.3.3** Verify that the usage policies require a list of all devices and personnel authorized to use the devices | | | |
| **12.3.4** Labeling of devices with owner, contact information, and purpose | **12.3.4** Verify that the usage policies require labeling of devices with owner, contact information, and purpose | | | |
| **12.3.5** Acceptable uses of the technology | **12.3.5** Verify that the usage policies require acceptable uses for the technology | | | |
| **12.3.6** Acceptable network locations for the technologies | **12.3.6** Verify that the usage policies require acceptable network locations for the technology | | | |
| **12.3.7** List of company-approved products | **12.3.7** Verify that the usage policies require a list of company-approved products | | | |
| **12.3.8** Automatic disconnect of | **12.3.8** Verify that the usage policies require automatic | | | |

 Security Standards Council

| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| modem sessions after a specific period of inactivity | disconnect of modem sessions after a specific period of inactivity | | | |
| **12.3.9** Activation of modems for vendors only when needed by vendors, with immediate deactivation after use | **12.3.9** Verify that the usage policies require activation of modems used by vendors only when needed by vendors, with immediate deactivation after use | | | |
| **12.3.10** When accessing cardholder data remotely via modem, prohibition of storage of cardholder data onto local hard drives, floppy disks, or other external media. Prohibition of cut-and-paste and print functions during remote access | **12.3.10** Verify that the usage policies prohibit the storage of cardholder data onto local hard drives, floppy disks, or other external media when accessing such data remotely via modem. Verify that the policies prohibit cut-and-paste and print functions during remote access | | | |
| **12.4** Ensure that the security policy and procedures clearly define information security responsibilities for all employees and contractors. | **12.4** Verify that information security policies clearly define information security responsibilities for both employees and contractors | | | |
| **12.5** Assign to an individual or team the following information security management responsibilities: | **12.5** Verify the formal assignment of information security to a Chief Security Officer or other security-knowledgeable member of management. Obtain and examine information security policies and procedures to verify that the following information security responsibilities are specifically and formally assigned: | | | |
| **12.5.1** Establish, document, and distribute security policies and procedures | **12.5.1** Verify that responsibility for creating and distributing security policies and procedures is formally assigned | | | |
| **12.5.2** Monitor and analyze security alerts and information, and distribute to appropriate personnel | **12.5.2** Verify that responsibility for monitoring and analyzing security alerts and distributing information to appropriate information security and business unit management personnel is formally assigned | | | |
| **12.5.3** Establish, document, and distribute security incident response and escalation procedures to ensure timely and effective handling of all situations | **12.5.3** Verify that responsibility for creating and distributing security incident response and escalation procedures is formally assigned | | | |
| **12.5.4** Administer user accounts, | **12.5.4** Verify that responsibility for administering user | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| including additions, deletions, and modifications | account and authentication management is formally assigned | | | |
| **12.5.5** Monitor and control all access to data | **12.5.5** Verify that responsibility for monitoring and controlling all access to data is formally assigned | | | |
| **12.6** Implement a formal security awareness program to make all employees aware of the importance of cardholder data security: | **12.6.a** Verify the existence of a formal security awareness program for all employees | | | |
| | **12.6.b** Obtain and examine security awareness program procedures and documentation and perform the following: | ██████ | ██████ | ██████ |
| **12.6.1** Educate employees upon hire and at least annually (for example, by letters, posters, memos, meetings, and promotions) | **12.6.1.a** Verify that the security awareness program provides multiple methods of communicating awareness and educating employees (for example, posters, letters, meetings) | | | |
| | **12.6.1.b** Verify that employees attend awareness training upon hire and at least annually | | | |
| **12.6.2** Require employees to acknowledge in writing that they have read and understood the company's security policy and procedures | **12.6.2** Verify that the security awareness program requires employees to acknowledge in writing that they have read and understand the company's information security policy | | | |
| **12.7** Screen potential employees to minimize the risk of attacks from internal sources. *For those employees such as store cashiers who only have access to one card number at a time when facilitating a transaction, this requirement is a recommendation only.* | **12.7** Inquire of Human Resource department management and verify that background checks are conducted (within the constraints of local laws) on potential employees who will have access to cardholder data or the cardholder data environment. (Examples of background checks include pre-employment, criminal, credit history, and reference checks) | | | |
| **12.8** If cardholder data is shared with service providers, then contractually the following is required: | **12.8** If the audited entity shares cardholder data with another company, obtain and examine contracts between the organization and any third parties that handle cardholder data (for example, backup tape storage facilities, managed service providers such as Web hosting companies or security service providers, or those that receive data for fraud modeling purposes). Perform the following: | ██████ | ██████ | ██████ |
| **12.8.1** Service providers must | **12.8.1** Verify that the contract contains provisions requiring | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| adhere to the PCI DSS requirements | adherence to the PCI DSS requirements | | | |
| **12.8.2** Agreement that includes an acknowledgement that the service provider is responsible for the security of cardholder data the provider possesses | **12.8.2** Verify that the contract contains provisions for acknowledgement by the third party of their responsibility for securing cardholder data | | | |
| **12.9** Implement an incident response plan. Be prepared to respond immediately to a system breach. | **12.9** Obtain and examine the Incident Response Plan and related procedures and perform the following: | ███████████████ | | |
| **12.9.1** Create the incident response plan to be implemented in the event of system compromise. Ensure the plan addresses, at a minimum, specific incident response procedures, business recovery and continuity procedures, data backup processes, roles and responsibilities, and communication and contact strategies (for example, informing the Acquirers and credit card associations) | **12.9.1** Verify that the Incident Response Plan and related procedures include<br>• roles, responsibilities, and communication strategies in the event of a compromise<br>• coverage and responses for all critical system components<br>• notification, at a minimum, of credit card associations and acquirers<br>• strategy for business continuity post compromise<br>• reference or inclusion of incident response procedures from card associations<br>• analysis of legal requirements for reporting compromises (for example, per California bill 1386, notification of affected consumers is a requirement in the event of an actual or suspected compromise, for any business with California residents in their database) | | | |
| **12.9.2** Test the plan at least annually | **12.9.2** Verify that the plan is tested at least annually | | | |
| **12.9.3** Designate specific personnel to be available on a 24/7 basis to respond to alerts | **12.9.3** Verify through observation and review of policies, that there is 24/7 incident response and monitoring coverage for any evidence of unauthorized activity, critical IDS alerts, and/or reports of unauthorized critical system or content file changes | | | |
| **12.9.4** Provide appropriate training to staff with security breach | **12.9.4** Verify through observation and review of policies that staff with security breach responsibilities are | | | |



| PCI DSS REQUIREMENTS | TESTING PROCEDURES | IN PLACE | NOT IN PLACE | TARGET DATE/ COMMENTS |
|---|---|---|---|---|
| response responsibilities | periodically trained | | | |
| **12.9.5** Include alerts from intrusion detection, intrusion prevention, and file integrity monitoring systems | **12.9.5** Verify through observation and review of processes that monitoring and responding to alerts from security systems are included in the Incident Response Plan | | | |
| **12.9.6** Develop process to modify and evolve the incident response plan according to lessons learned and to incorporate industry developments | **12.9.6** Verify through observation and review of policies that there is a process to modify and evolve the incident response plan according to lessons learned and to incorporate industry developments | | | |
| **12.10** All processors and service providers must maintain and implement policies and procedures to manage connected entities, to include the following | **12.10** Verify through observation, review of policies and procedures, and review of supporting documentation that there is a process to manage connected entities by performing the following: | ███████ | ███████ | ███████ |
| **12.10.1** Maintain list of connected entities | **12.10.1** Verify that a list of connected entities is maintained | | | |
| **12.10.2** Ensure proper due diligence is conducted prior to connecting an entity | **12.10.2** Verify that procedures ensure that proper due diligence is conducted prior to connecting an entity | | | |
| **12.10.3** Ensure the entity is PCI DSS compliant | **12.10.3** Verify that procedures ensure that the entity is PCI DSS compliant | | | |
| **12.10.4** Connect and disconnect entities by following an established process | **12.10.4** Verify that connecting and disconnecting entities occurs following an established process | | | |



# Appendix A: PCI DSS Applicability for Hosting Providers (with Testing Procedures)

## Requirement A.1: Hosting providers protect cardholder data environment

As referenced in Requirement 12.8, all service providers with access to cardholder data (including hosting providers) must adhere to the PCI DSS. In addition, Requirement 2.4 states that hosting providers must protect each entity's hosted environment and data. Therefore, hosting providers must give special consideration to the following::

| Requirements | Testing Procedures | In Place | Not in Place | Target Date/ Comments |
|---|---|---|---|---|
| **A.1**　Protect each entity's (that is merchant, service provider, or other entity) hosted environment and data, as in A.1.1 through A.1.4:<br>A hosting provider must fulfill these requirements as well as all other relevant sections of the PCI DSS.<br>*Note: Even though a hosting provider may meet these requirements, the compliance of the entity that uses the hosting provider is not guaranteed. Each entity must comply with the PCI DSS and validate compliance as applicable.* | **A.1**　Specifically for a PCI audit of a **Shared hosting Provider,** to verify that **Shared hosting Providers** protect entities' (merchants and service providers) hosted environment and data, select a sample of servers (Microsoft Windows and Unix/Linux) across a representative sample of hosted merchants and service providers, and verify **A.1.1** through **A.1.4** below. | | | |
| **A.1.1**　Ensure that each entity only has access to own cardholder data environment | **A.1.1**　If a shared hosting provider allows entities (for example, merchants or service providers) to run their own applications, verify these application processes run using the unique ID of the entity. For example:<br>　• No entity on the system can use a shared web server user ID<br>　• All CGI scripts used by an entity must be created and run as the entity's unique user ID | | | |
| **A.1.2**　Restrict each entity's access and privileges to own cardholder | **A.1.2.a** Verify the user ID of any application process is not a privileged user (root/admin). | | | |

 Security
Standards Council ™

| Requirements | Testing Procedures | In Place | Not in Place | Target Date/ Comments |
|---|---|---|---|---|
| | **A.1.2.b** Verify each entity (merchant, service provider) has read, write, or execute permissions only for files and directories it owns or for necessary system files (restricted via file system permissions, access control lists, chroot, jailshell, etc.). IMPORTANT: An entity's files may not be shared by group | | | |
| | **A.1.2.c** Verify an entity's users do not have write access to shared system binaries | | | |
| | **A.1.2.d** Verify that viewing of log entries is restricted to the owning entity | | | |
| | **A.1.2.e** To ensure each entity cannot monopolize server resources to exploit vulnerabilities (error, race, and restart conditions, resulting in, for example, buffer overflows), verify restrictions are in place for the use of these system resources:<br>• Disk space<br>• Bandwidth<br>• Memory<br>• CPU | | | |
| **A.1.3** Ensure logging and audit trails are enabled and unique to each entity's cardholder data environment and consistent with PCI DSS Requirement 10 | **A.1.3.a** Verify the shared hosting provider has enabled logging as follows, for each merchant and service provider environment:<br>• Logs are enabled for common third party applications<br>• Logs are active by default<br>• Logs are available for review by the owning entity<br>• Log locations are clearly communicated to the owning entity | | | |
| **A.1.4** Enable processes to provide for timely forensic investigation in the event of a compromise to any hosted merchant or service provider. | **A.1.4** Verify the shared hosting provider has written policies that provide for a timely forensics investigation of related servers in the event of a compromise. | | | |

 Security Standards Council ™

# Appendix B – Compensating Controls

## Compensating Controls – General

Compensating controls may be considered for most PCI DSS requirements when an entity cannot meet a technical specification of a requirement, but has sufficiently mitigated the associated risk. See the PCI DSS Glossary for the full definition of compensating controls.

The effectiveness of a compensating control is dependent on the specifics of the environment in which the control is implemented, the surrounding security controls, and the configuration of the control. Companies should be aware that a particular compensating control will not be effective in all environments. Each compensating control must be thoroughly evaluated after implementation to ensure effectiveness. The following guidance provides compensating controls when companies are unable to render cardholder data unreadable per requirement 3.4.

## Compensating Controls for Requirement 3.4

For companies unable to render cardholder data unreadable (for example, by encryption) due to technical constraints or business limitations, compensating controls may be considered. *Only companies that have undertaken a risk analysis and have legitimate technological or documented business constraints can consider the use of compensating controls to achieve compliance.*

Companies that consider compensating controls for rendering cardholder data unreadable must understand the risk to the data posed by maintaining readable cardholder data. Generally, the controls must provide additional protection to mitigate any additional risk posed by maintaining readable cardholder data. The controls considered must be in addition to controls required in the PCI DSS, and must satisfy the "Compensating Controls" definition in the PCI DSS Glossary. Compensating controls may consist of either a device or combination of devices, applications, and controls that meet **all of the** following conditions:

1. Provide additional segmentation/abstraction (for example, at the network-layer)
2. Provide ability to restrict access to cardholder data or databases based on the following criteria:
   - IP address/Mac address
   - Application/service
   - User accounts/groups
   - Data type (packet filtering)
3. Restrict logical access to the database
   - Control logical access to the database independent of Active Directory or Lightweight Directory Access Protocol (LDAP)
4. Prevent/detect common application or database attacks (for example, SQL injection).

 Security Standards Council™

# Appendix C: Compensating Controls Completed Example/Worksheet

## Example

1. Constraints: List constraints precluding compliance with the original requirement.

> Company XYZ employs stand-alone Unix Servers without LDAP. As such, they each require a 'root' login. It is not possible for Company XYZ to manage the 'root' login nor is it feasible to log all 'root' activity by each user.

2. Objective: Define the objective of the original control; identify the objective met by the compensating control.

> The objective of requiring unique logins is twofold. First, it is not considered acceptable from a security perspective to share login credentials. Secondly, shared logins makes it impossible to state definitively that a person is responsible for a particular action.

3. Identified Risk: Identify any additional risk posed by the lack of the original control.

> Additional risk is introduced to the access control system by not ensuring all users have a unique ID and are able to be tracked.

4. Definition of Compensating Controls: Define the compensating controls and explain how they address the objectives of the original control and the increased risk, if any.

> Company XYZ is going to require all users to log into the servers from their desktop using the SU command. SU allows a user to access the 'root' account and perform actions under the 'root' account but is able to be logged in the su-log directory. In this way, each user's actions can be tracked through the SU account.



## Compensating Controls Worksheet

1.  Constraints: List constraints precluding compliance with the original requirement.

2.  Objective: Define the objective of the original control; identify the objective met by the compensating control.

3.  Identified Risk: Identify any additional risk posed by the lack of the original control.

4.  Definition of Compensating Controls: Define the compensating controls and explain how they address the objectives of the original control and the increased risk, if any.

**RAZMIG TCHOGOIAN v. FEDEX OFFICE AND PRINT SERVICES, INC.**
U.S. District Court, Central District of California, Case No. 8:10-cv-01008-AG-MLG

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30ᵗʰ Floor, San Francisco, California 94104-2834. On December 12, 2011, I served the within document(s):

**DECLARATION OF EVAN HENDRICKS IN SUPPORT OF FEDEX OFFICE AND PRINT SERVICES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

☐     FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒     ELECTRONIC TRANSMISSION– by electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

☐     MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐     PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

| | |
|---|---|
| Chant Yedalian, Esq.<br>**CHANT & COMPANY**<br>A Professional Law Corporation<br>10866 Wilshire Boulevard<br>Suite 400<br>Los Angeles, CA  90024<br>Telephone:  424.901.8377<br>Facsimile:  424.744.4177 | Attorneys For Plaintiffs<br>RAZMIG TCHOBOIAN AND<br>ANGELA POTIKYAN |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the

1.

SF/2198337v1

1  U.S. Postal Service on that same day with postage thereon fully prepaid in the
2  ordinary course of business.   I am aware that on motion of the party served,
   service is presumed invalid if postal cancellation date or postage meter date is
   more than one day after date of deposit for mailing in affidavit.

3
4      I declare under penalty of perjury under the laws of the State of California
   that the above is true and correct.   Executed on December 12, 2011, at San
   Francisco, California.

5
6                                                    LAURA A. FLOOD

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sedgwick℠

2.

SF/2198337v1