Chant Yedalian, State Bar No. 222325
(chant@chant.mobi)
CHANT & COMPANY
A Professional Law Corporation
10866 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Phone: 424.901.8377
Fax: 424.744.4177

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIG TCHOBOIAN and ANGELA POTIKYAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC. (f/k/a FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.); and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. SACV10-1008 JAK (MLGx)<br><br>**DECLARATION OF CHANT YEDALIAN CONCERNING JOINT STATEMENT RE METHODS TO DIFFERENTIATE CONSUMER AND COMMERCIAL (BUSINESS) CARDS**<br><br>**HEARING**<br>Date:　March 26, 2012<br>Time:　8:30 a.m.<br>Courtroom: 750<br>Judge: Hon. John A. Kronstadt |

## DECLARATION OF CHANT YEDALIAN

I, Chant Yedalian, declare as follows:

I am an attorney at law licensed to practice before all of the courts of the State of California and have been admitted to practice before this Court. I am the attorney for the named Plaintiffs Razmig Tchoboian and Angela Potikyan ("Plaintiffs"). As such, I have personal knowledge of, or am informed and believe, the following facts herein stated. If called as a witness, I could and would testify competently to the following:

1. Plaintiffs have identified several methods of differentiating between consumer and commercial (business) credit and debit cards and transactions and I have attempted to confer with the defense regarding these methods.

2. In my efforts to confer with the defense, it became evident that the defense does not have any sincere interest in exploring any method to differentiate consumer and commercial (business) cards or transactions.

3. As shown in the attached email chain, I first initiated a request to confer with the defense on March 9, 2012. A call was scheduled for March 12, 2012. During the March 2012 call, I shared with the defense all methods then known to Plaintiffs (which are 5 of the 6 methods identified by Plaintiffs in the concurrently filed joint statement). Although the defense acquired the proposed methods and information which I shared with them during the March 12, 2012 call, the defense did not offer any counterproposals and was reluctant to provide information, stating instead that they will get back to me.

4. Having not heard back from the defense, I again sent an email to the defense on March 16, 2012, asking when I can expect to hear back from the defense so that we can schedule our next call.

5. In response, and as shown in the attached email chain, the defense claimed "spring break" and said they would be in a better position on March 19, 2012 to let me know when we can speak next.

- 1 -
DECLARATION OF CHANT YEDALIAN CONCERNING JOINT STATEMENT
RE METHODS TO DIFFERENTIATE CONSUMER AND COMMERCIAL (BUSINESS) CARDS

6. At approximately 4:12 p.m. on March 19, 2012, the defense sent me a cursory email wherein, as shown in the attached email chain, the defense stated that they have had some follow up discussions with their people that day who have been researching options, and that "at this point, it seems like we should plan to submit our joint report on Wednesday [March 21 by noon]."

7. I responded to the defense's March 19, 2012 email that same day at approximately 5:47 p.m. wherein, among other things, I summarized the situation as follows:

> "So basically what's happened in this process is that your side has acquired the proposals and information I shared with you during our March 12, 2012 call (which you will presumably use to make arguments against them), and all I get from you (despite waiting for you to get back to me and 'spring break') is your email today saying that you have had some follow up discussions with your people today who have been researching options.
>
> You then state that that 'At this point, it seems like we should plan to submit our joint report on Wednesday with plaintiffs' proposals that [I] told [you] about in the first section, and FedEx Office's submission in the second section.'
>
> I did not understand this process to be a one-way exchange of information.
>
> Nonetheless, I've done my part. To that end, this is to notify you that since our last call, Plaintiffs have learned of an additional method [identifying and explaining the face of card statements method]."

8. I did not receive any further response from the defense on either March 19 or March 20, and Plaintiffs proceeded with the process of submitting the joint statement which was due by noon on March 21.

- 2 -
DECLARATION OF CHANT YEDALIAN CONCERNING JOINT STATEMENT
RE METHODS TO DIFFERENTIATE CONSUMER AND COMMERCIAL (BUSINESS) CARDS

9. A true and correct copy of my email exchanges with the defense is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of March 2012 at Los Angeles, California.

```
    /S/ – Chant Yedalian
    CHANT YEDALIAN
    Declarant
```

- 3 -
DECLARATION OF CHANT YEDALIAN CONCERNING JOINT STATEMENT
RE METHODS TO DIFFERENTIATE CONSUMER AND COMMERCIAL (BUSINESS) CARDS

# Chant Yedalian

| | |
|---|---|
| **From:** | Chant Yedalian [chant@chant.mobi] |
| **Sent:** | Monday, March 19, 2012 5:47 PM |
| **To:** | 'Sheridan, Stephanie' |
| **Cc:** | 'Paal, Victoria' |
| **Subject:** | RE: FedEx: Confer On Joint Plan |

Stephanie,

So basically what's happened in this process is that your side has acquired the proposals and information I shared with you during our March 12, 2012 call (which you will presumably use to make arguments against them), and all I get from you (despite waiting for you to get back to me and "spring break") is your email today saying that you have had some follow up discussions with your people today who have been researching options.

You then state that that "At this point, it seems like we should plan to submit our joint report on Wednesday with plaintiffs' proposals that [I] told [you] about in the first section, and FedEx Office's submission in the second section."

I did not understand this process to be a one-way exchange of information.

Nonetheless, I've done my part.  To that end, this is to notify you that since our last call, Plaintiffs have learned of an additional method which involves viewing the face of customers' payment card statements.  Whether a statement is for a commercial (business) card is evident on the face of the statement in at least three separate ways, any one of which may be used.  First, the face of each commercial card statement contains specific nomenclature (such as, for example, "Business" or "Corporate") identifying the account is a commercial (business) account.  Second, the face of each commercial (business) card statement will also identify the specific and known type of card within the commercial (business) category for which that statement was issued. Third, the face of each commercial (business) card statement contains a section separately setting forth merchant category code ("MCC") summaries.  If you are amenable to this approach or would like to discuss it further, please let me know.

As far as your comments regarding the filing of the joint statement, I am assuming that you're saying that you will both file and handle delivery of the courtesy copy to Chambers before noon, if I provide Plaintiffs' portions by 10:30 a.m. Wednesday.  If that's correct, that's fine, I don't mind handling it that way.

Chant

---

**From:** Sheridan, Stephanie [mailto:Stephanie.Sheridan@sedgwicklaw.com]
**Sent:** Monday, March 19, 2012 4:12 PM
**To:** Sheridan, Stephanie; Chant Yedalian
**Cc:** Paal, Victoria
**Subject:** RE: FedEx: Confer On Joint Plan

Chant—

We had some follow up discussions with our people today, who have been researching options for determining whether receipts of prospective class members can be fairly and efficiently evaluated, short of individual investigations.

At this point, it seems like we should plan to submit our joint report on Wednesday with plaintiffs' proposals that you told us about in the first section, and FedEx Office's submission in the second section.  Let us know how you'd like to go about having each part combined into a single document.  We presume you'd want your part first, and we'd take on getting it filed before noon, as the court requested, assuming you can get us your section Wednesday morning by 10:30.

Please advise.

Stephanie

---

**From:** Sheridan, Stephanie
**Sent:** Friday, March 16, 2012 3:55 PM
**To:** Chant Yedalian
**Cc:** Paal, Victoria
**Subject:** RE: FedEx: Confer On Joint Plan

Chant—

We followed up with our client right after our call with you earlier this week. Since this week is "spring break" in their area, most of the people we need to speak with have been out of the office all week. Nevertheless, they have been trying to assist us in answering questions. We have plans to speak with them on Monday when they are all back in the office, and will be in a better position at that time to let you know when we can speak next.

Stephanie

---

**From:** Chant Yedalian [mailto:chant@chant.mobi]
**Sent:** Friday, March 16, 2012 12:24 PM
**To:** Sheridan, Stephanie
**Cc:** Paal, Victoria
**Subject:** RE: FedEx: Confer On Joint Plan

Stephanie,

Please let me know when I can expect to hear back from you so that we can schedule our next call.

Thanks.

Chant

---

**From:** Chant Yedalian [mailto:chant@chant.mobi]
**Sent:** Friday, March 09, 2012 1:10 PM
**To:** 'Sheridan, Stephanie'
**Cc:** 'Paal, Victoria'
**Subject:** RE: FedEx: Confer On Joint Plan

Sure, that works, I'll call you at 2p.m. on Monday.

Chant

---

**From:** Sheridan, Stephanie [mailto:Stephanie.Sheridan@sedgwicklaw.com]
**Sent:** Friday, March 09, 2012 12:58 PM
**To:** Chant Yedalian
**Cc:** Paal, Victoria
**Subject:** RE: FedEx: Confer On Joint Plan

How about 2pm on Monday?

---

3/20/2012

**From:** Chant Yedalian [mailto:chant@chant.mobi]
**Sent:** Friday, March 09, 2012 9:23 AM
**To:** Sheridan, Stephanie
**Cc:** Paal, Victoria
**Subject:** FedEx: Confer On Joint Plan

Stephanie,

Please let me know your availability so that we can confer about the joint plan regarding consumer cards and commercial (business) cards.

Thanks.


Chant Yedalian, Esq.
CHANT & COMPANY
A Professional Law Corporation
10866 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Phone: 424.901.8377
Fax: 424.744.4177
chant@chant.mobi
www.chant.mobi

NOTICE: This email and all attachments are a private communication sent by an attorney and may be protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, reproduction, copying, dissemination or other use of this email or of any attachment is strictly prohibited. If you have received this email or any attachment in error, please immediately notify the sender and delete this email, including all attachments.

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that

any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.